**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Miller, Marcia | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>dba Select Properties, dba Maple Leaf Inn, Inc. and Travelodge<br>aka, The Deck, aka Oakwood Bar and Grill, dba Days Inn and<br>Suites Hotel, Days Inn Galesburg | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 9073 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>309 7th Ave<br>Sterling, IL  61081 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Whiteside | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney: Bernard J. Natale, Illinois 2018683<br>Bernard J. Natale, Ltd.<br>6833 Stalter Drive - Suite 201<br>Rockford, IL  61108   ph: 815/964-4700 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☑ Individual(s)
☐ Corporation
☐ Partnership
☐ Other _____

☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 13
☐ Chapter 9      ☐ Chapter 12

**Nature of Debts** (Check one box)

☐ Consumer/Non-Business      ☑ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Marcia Miller |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/ Marcia Miller
Signature of Debtor

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
October 13, 2005
Date

### Signature of Attorney

X    /s/ Bernard J. Natale
Signature of Attorney for Debtor(s)

BERNARD J. NATALE Illinois 2018683
Printed Name of Attorney for Debtor(s)

Bernard J. Natale, Ltd.
Firm Name

6833 Stalter Drive - Suite 201
Address

Rockford, IL  61108

815/964-4700
Telephone Number

October 13, 2005
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

FORM B6A
(6/90)

In re _____Marcia Miller_____    Case No. _____
                    Debtor                                              (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 309 7th Ave<br>Sterling, IL | Fee Simple | W | 50,000 | Exceeds FMV |
| 1600 Lake St<br>Kewanee, IL 61443<br><br>Single Family Residence | Fee Simple | W | 25,000 | 24,000 |
| 414 Ridyard Ave<br>Kewanee, IL 61443<br><br>Single Family Residence | Fee Simple | W | 30,000 | 20,000 |
| 425 Rockwell<br>Kewanee, IL 61443<br><br>Single Family Residence | Fee Simple | W | 35,000 | 24,000 |
| 1032 Zang<br>Kewanee, IL<br><br>Single Family Residence | Fee Simple | W | 29,000 | 23,000 |

Total ▶

**(Report also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6A
(6/90)

In re  Marcia Miller
_____
Debtor

Case No. _____
(if known)

# SCHEDULE A - REAL PROPERTY (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 115 S Walnut<br>Kewanee, IL 61443<br><br>Duplex | Fee Simple | W | 40,000 | 20,000 |
| 122 E 7th St<br>Kewanee, IL 61443<br><br>Single Family Residence | Fee Simple | W | 22,000 | 20,000 |
| 606 W 3rd St<br>Sterling, IL 61081<br><br>Duplex | Fee Simple | W | 59,000 | 45,000 |
| 1211 - 1211 1/2  9th Ave<br>Rock Falls, IL 61071<br><br>2 Single Family Residences | Fee Simple | W | 55,000 | Exceeds FMV |
| 506 - 508 W 3rd St<br>Sterling, IL 61081<br><br>Duplex | Fee Simple | W | 60,000 | Exceeds FMV |
| 606-606 1/2 W 5th St<br>Sterling, IL 61081<br><br>Duplex | Fee Simple | W | 55,000 | Exceeds FMV |

Total ▶

(Report also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6A
(6/90)

In re _____Marcia Miller_____    Case No._____
            Debtor                                                              (if known)

# SCHEDULE A - REAL PROPERTY (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1211 W 21st St<br>Rock Falls, IL<br><br>Single Family Residence | Fee Simple | W | 49,000 | 35,000 |
| 213 1st Ave<br>Rock Falls, IL<br><br>Commercial Office Bldg | Fee Simple | W | 30,000 | 27,000 |
| 408 Circle Dr<br>Rock Falls<br><br>4 Family | Fee Simple | W | 125,000 | 88,000 |
| 716 8th Ave<br>Rock Falls, IL<br><br>Single Family Residence | Fee Simple | W | 26,000 | 19,000 |
| 202 W 7th St<br>Sterling, IL<br><br>5 Family | Fee Simple | W | 95,000 | 80,000 |
| 1002 W 4th St<br>Sterling, IL<br><br>6 Family | Fee Simple | W | 87,000 | 70,000 |

Total ▶

**(Report also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30204

FORM B6A
(6/90)

In re **Marcia Miller**
_____          Case No. _____
                        Debtor                                              (if known)

## SCHEDULE A - REAL PROPERTY (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 308 13th Ave<br>Sterling, IL<br><br>Duplex | Fee Simple | W | 40,000 | 37,000 |
| 208 -210 E 12th St<br>Sterling, IL<br><br>Duplex | Fee Simple | W | 59,500 | 49,500 |
| 3282 N Henderson St<br>Galesburg, IL 61401<br><br>Days Inn & Suites Galesburg | Fee Simple | W | 2,900,000 | 1,181,000 |
| | | Total ▶ | 3,871,500 | |

(Report also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6B
(10/89)

Marcia Miller

In re _____     Case No. _____
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account - Select Employees CU | W | 1,000 |
| | | Checking Account - Sauk Valley Bank | J | 10 |
| | | Savings Account - Select Employess CU | W | 25 |
| | | (3) Savings Account - Sauk Valley Bank | W | 10 |
| | | (3) Checking Account - Wells Fargo Bank | W | 0 |
| | | Marcia Miller Select Properties (2) Days Inn & Suites | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | Ameren IP | W | 17,000 |
| | | May be subject to setoff Days Inn & Suites | | |
| | | City of Geneseo | W | 5,000 |
| | | Maple Leaf Inn aka The Deck and may be subject to setoff | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30204

FORM B6B
(10/89)

In re ___Marcia Miller_____    Case No. _____
            Debtor                                                  (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Ameren IP<br>115 S Walnut<br>Kewanee, IL | W | 442 |
| | | Nicor<br>1002 W 4th St<br>Sterling, IL | W | 200 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods & Furnishings | J | 2,000 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | Clothing & Wearing Apparel | W | 250 |
| 7.   Furs and jewelry. | | Mis jewelry and wedding ring | W | 500 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term insurance through employer | W | 1 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Illinois Deferred Compensation Plan | W | 15,000 |
| | | Illinois State Retirement System<br>Partially Vested | W | Unknown |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., - ver. 3.9.0-644 - 30204

FORM B6B
(10/89)

In re _Marcia Miller_____    Case No. _____

Debtor    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | fdba Maple Leaf Inn, Inc et al<br><br>Closed April, 2005 | W | Unknown |
| | | fdba Days Inn Galesburg, LLC<br><br>Closed April, 2005 Value included in full market value of real estate | W | Indeterminate |
| 13.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | | Frank Ticas & Carlos Cardona<br><br>Possible claim for breach of contract and fraud | W | Unknown |
| | | Michael Brisson<br><br>Possbile claim for embezzlement and fraud. | W | Unknown |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6B
(10/89)

In re ___Marcia Miller_____     Case No. _____
    Debtor                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 21.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Saturn<br><br>120000 Miles and body damage | W | 2,000 |
| | | 1995 Chevy S-10<br><br>150000 miles and body damage | W | 1,000 |
| | | 1983 Suzuki Motorcycle<br><br>Not safely operable | W | 0 |
| 24.  Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | | Home Computer | J | 100 |
| 27.  Machinery, fixtures, equipment, and supplies used in business. | | Full compliment of hotel furnishings<br><br>Value included in fmv of real estate | W | Indeterminate |
| 28.  Inventory. | X | | | |
| 29.  Animals. | | 4 cats | J | 4 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6B
(10/89)

In re ___Marcia Miller_____    Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **30. Crops - growing or harvested.  Give particulars.** | X | | | |
| **31. Farming equipment and implements.** | X | | | |
| **32. Farm supplies, chemicals, and feed.** | X | | | |
| **33. Other personal property of any kind not already listed.** | | Timeshare<br><br>Orlando, FL | J | Unknown |

0
___ **continuation sheets attached**

**Total** ▶ $ 　　　　　　44,542

**(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6C
(6/90)
Marcia Miller

In re _____          Case No._____
                     Debtor                                                              (if known)


# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐  11 U.S.C. §522(b)(1)   Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑  11 U.S.C. §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile
                          has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the
                          180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the
                          extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 309 7th Ave<br>Sterling, IL | 735 I.L.C.S 5§12-901 | 7,500 | 50,000 |
| Checking Account - Select Employees CU | 735 I.L.C.S 5§12-1001(b) | 1,000 | 1,000 |
| Household Goods & Furnishings | 735 I.L.C.S 5§12-1001(b) | 1,000 | 2,000 |
| Clothing & Wearing Apparel | 735 I.L.C.S 5§12-1001(a) | 250 | 250 |
| Term insurance through employer | 735 I.L.C.S 5§12-1001(f) | 1 | 1 |
| Illinois Deferred Compensation Plan | 735 I.L.C.S 5§12-1006 | 15,000 | 15,000 |
| Illinois State Retirement System | 735 I.L.C.S 5§12-1006 | 100% | Unknown |
| 2000 Saturn | 735 I.L.C.S 5§12-1001(c) | 1,200 | 2,000 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30204

Form B6D
(12/03)

In re _____,   Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

In re: Marcia Miller

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Fifth Third Bank<br>PO Box 630778<br>Cincinnati, OH 45263 | | | Security: 309 7th Ave<br>Sterling, IL<br><br>VALUE $ 50,000 | | | | 36,500 | 0 |
| ACCOUNT NO. <br><br>Fifth Third Bank<br>PO Box 630778<br>Cincinnati, OH 45263 | | | Security: 606 W 3rd St<br>Sterling, IL 61081<br><br>VALUE $ 59,000 | | | | 45,000 | 0 |
| ACCOUNT NO. <br><br>Financial Freedom<br>Daniel Muhe<br>2375 Jefferson Street<br>Carlsbad, CA 92008 | | | Security: 3282 N Henderson St<br>Galesburg, IL 61401<br><br>VALUE $ 2,900,000 | | | | 990,000 | 0 |
| ACCOUNT NO. <br><br>First Federal S&L<br>101 W Central Blvd<br>Kewanee, IL 61443 | | | Security: 115 S Walnut<br>Kewanee, IL 61443<br><br>VALUE $ 40,000 | | | | 20,000 | 0 |

_5_____ continuation sheets attached

Subtotal ➤ (Total of this page)   $ 1,091,500

Total ➤ (Use only on last page)   $

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6D - Cont.
(12/03)

In re _____,   Case No. _____
  Marcia Miller
        **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>First Federal S&L<br>101 W Central Blvd<br>Kewanee, IL 61443 | | | Security: 122 E 7th St<br>Kewanee, IL 61443<br><br><br>VALUE $ 22,000 | | | | 20,000 | 0 |
| ACCOUNT NO.<br><br>First Federal S&L<br>101 W Central Blvd<br>Kewanee, IL 61443 | | | Security: 122 E 7th St<br>Kewanee, IL 61443<br><br><br>VALUE $ 22,000 | | | | 20,000 | 0 |
| ACCOUNT NO.<br><br>Frank Ticas & Carlos Cardona<br>404 W. 4th St. - Ste. A<br>Santa Ana, CA 92701 | | | Security: 3282 N Henderson St<br>Galesburg, IL 61401<br><br><br>VALUE $ 2,900,000 | | | | 0 | 0 |
| ACCOUNT NO.<br><br>Growth Investment Properties<br>11752 Garden Grove Blvd. - Ste. 115<br>Garden Grove, CA 92843 | | | Security: 3282 N Henderson St<br>Galesburg, IL 61401<br><br><br>VALUE $ 2,900,000 | | | | 125,000 | 0 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604 | | | <br><br><br>VALUE $ 0 | | | | 16,000 | 16,000 |

Sheet no. _1_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal ▸ $ 181,000
(Total of this page)

Total ▸ $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6D - Cont.
(12/03)

In re _____,   Case No. _____
          **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

Marcia Miller

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sauk Valley Bank<br>201 W 3rd St<br>Sterling, IL 61081 | | | Security: 309 7th Ave<br>Sterling, IL<br><br>VALUE $     50,000 | | | | 20,000 | 0 |
| ACCOUNT NO.<br><br>Sauk Valley Bank & Trust Co.<br>PO Box 1063<br>Sterling, IL  61081 | | | Security: 1211 W 21st St<br>Rock Falls, IL<br><br>VALUE $     49,000 | | | | 35,000 | 0 |
| ACCOUNT NO.<br><br>Sauk Valley Bank & Trust Co.<br>PO Box 1063<br>Sterling, IL  61081 | | | Security: 213 1st Ave<br>Rock Falls, IL<br><br>VALUE $     30,000 | | | | 27,000 | 0 |
| ACCOUNT NO.<br><br>Sauk Valley Bank & Trust Co.<br>PO Box 1063<br>Sterling, IL  61081 | | | Security: 408 Circle Dr<br>Rock Falls<br><br>VALUE $     125,000 | | | | 88,000 | 0 |
| ACCOUNT NO.<br><br>Sauk Valley Bank & Trust Co.<br>PO Box 1063<br>Sterling, IL  61081 | | | Security: 716 8th Ave<br>Rock Falls, IL<br><br>VALUE $     26,000 | | | | 19,000 | 0 |

Sheet no. _2_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal ▸          $     189,000
(Total of this page)

Total          $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6D - Cont.
(12/03)

In re _____Marcia Miller_____,   Case No. _____
                                         **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Sauk Valley Bank & Trust Co. <br> PO Box 1063 <br> Sterling, IL  61081 | | | Security: 202 W 7th St <br> Sterling, IL <br><br><br> VALUE $ 95,000 | | | | 80,000 | 0 |
| ACCOUNT NO. <br><br> Sauk Valley Bank & Trust Co. <br> PO Box 1063 <br> Sterling, IL  61081 | | | Security: 1002 W 4th St <br> Sterling, IL <br><br><br> VALUE $ 87,000 | | | | 70,000 | 0 |
| ACCOUNT NO. <br><br> Sauk Valley Bank & Trust Co. <br> PO Box 1063 <br> Sterling, IL  61081 | | | Security: 308 13th Ave <br> Sterling, IL <br><br><br> VALUE $ 40,000 | | | | 37,000 | 0 |
| ACCOUNT NO. <br><br> Sauk Valley Bank & Trust Co. <br> PO Box 1063 <br> Sterling, IL  61081 | | | Security: 208 -210 E 12th St <br> Sterling, IL <br><br><br> VALUE $ 59,500 | | | | 49,500 | 0 |
| ACCOUNT NO. <br><br> Sauk Valley Bank & Trust Co. <br> PO Box 1063 <br> Sterling, IL  61081 | | | Security: 3282 N Henderson St <br> Galesburg, IL 61401 <br><br><br> VALUE $ 2,900,000 | | | | 50,000 | 0 |

Sheet no. _3_ of _5_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶ $ 286,500
(Total of this page)

Total $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6D - Cont.
(12/03)

In re _____,    Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

Marcia Miller

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Sauk Valley Bank & Trust Co. <br> PO Box 1063 <br> Sterling, IL 61081 | | | Security: 3282 N Henderson St <br> Galesburg, IL 61401 <br><br><br> VALUE $    2,900,000 | | | | 50,000 | 0 |
| ACCOUNT NO. <br><br> Sterling Federal Savings <br> 110 E. 4th Street <br> Sterling, IL 61081 | | | Security: 506 - 508 W 3rd St <br> Sterling, IL 61081 <br><br><br> VALUE $    60,000 | | | | 128,061 | 68,061 |
| ACCOUNT NO. <br><br> Sterling Federal Savings <br> 110 E. 4th Street <br> Sterling, IL 61081 | | | Security: 606-606 1/2 W 5th St <br> Sterling, IL 61081 <br><br><br> VALUE $    55,000 | | | | 128,061 | 73,061 |
| ACCOUNT NO. <br><br> Union Federal S&L <br> 104 N Tremont <br> Kewanee, IL 61443 | | | Security: 1600 Lake St <br> Kewanee, IL 61443 <br><br><br> VALUE $    25,000 | | | | 24,000 | 0 |
| ACCOUNT NO. <br><br> Union Federal S&L <br> 104 N Tremont <br> Kewanee, IL 61443 | | | Security: 414 Ridyard Ave <br> Kewanee, IL 61443 <br><br><br> VALUE $    30,000 | | | | 20,000 | 0 |

Sheet no. _4_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal ▶   $    350,122
(Total of this page)

Total   $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6D - Cont.
(12/03)

In re _____Marcia Miller_____,   Case No. _____
                       **Debtor**                                                             **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Union Federal S&L<br>104 N Tremont<br>Kewanee, IL 61443 | | | Security: 425 Rockwell<br>Kewanee, IL 61443<br><br>VALUE $      35,000 | | | | 24,000 | 0 |
| ACCOUNT NO.<br><br>Union Federal S&L<br>104 N Tremont<br>Kewanee, IL 61443 | | | Security: 414 Ridyard Ave<br>Kewanee, IL 61443<br><br>VALUE $      30,000 | | | | 20,000 | 0 |
| ACCOUNT NO.<br><br>Union Federal S&L<br>104 N Tremont<br>Kewanee, IL 61443 | | | Security: 1032 Zang<br>Kewanee, IL<br><br>VALUE $      29,000 | | | | 23,000 | 0 |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

                         Subtotal ➤   $      67,000
                    (Total of this page)
                            Total ➤   $      2,165,122
             (Use only on last page)
             (Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E
(04/04)

In re Marcia Miller _____ .   Case No._____
                    Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__29__ continuation sheets attached

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,    Case No. _____
                     **Debtor**                                                                             **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Adam Gentry<br>2181 S. Oakwood Ave.<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Amanda J. Carton<br>115 W. Exchange St.<br>Atkins0on, IL 61235 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Amber C. Danner<br>445 E. South St.<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Ann F. Scranton<br>549 N. Aldrich St.<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Antoine L. Robinson<br>2181 S. Oakwood Ave.<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. _1_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ $            0
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,        Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)        **Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Antonia Martinez<br>224 N. Sommers<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Ashley Jackson<br>109 North Williams<br>Geneseo, IL 612154 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Ashley N. Christian<br>712 Roosevelt Ave.<br>Kewanee, IL 61443 | | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Ashley Theobald<br>319 1/2 W. Front St.<br>Annanwan, IL 61234 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Becky Stach<br>601 S. Stewart - Lot 60<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Unknown | Unknown |

Sheet no. _2_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,    Case No. _____
                     Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Betty J. GAlle<br>28833 County Hwy 1<br>Erie, IL  61250 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Betty Lou Schaefer<br>261 Hillcrest Dr.<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Billie J. Zoril<br>700 N. Main<br>Wyoming, IL  61491 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Brenda Bons<br>2055 Banks Road<br>Erie, IL  61250 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Candace Haney<br>112 E. North St.<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. _3_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)
Total ➤ | $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,     Case No. _____
           **Debtor**                     **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Carolyn Jean Lewis <br> 632 N. Russell <br> Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Cassandra C. Bevan <br> PO Box 864 <br> Erie, IL 61250 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Charla L. Smith <br> 23450 E. 1200 St. <br> Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Charles L. Ricail <br> 305 W. Center St. <br> Atkinson, IL 61235 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Chastity L. Johnson <br> 101 1/2 W. Exchange - Apt. 7 <br> Cambridge, IL 61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __4__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤   $      0
(Total of this page)

Total ➤   $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,      Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chris Vandersnick<br>26 Maple City Trailer Ct.<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Christina A. Cox<br>2181 S. Oakwood Avenue<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Christina B. Tines<br>915 S. Center St. - Apt. #4<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Christopher S. Worley<br>1100 Western Avenue<br>Kewanee, IL  61443 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Cinthia M. Stoner<br>300 N. Lincoln St.<br>Atkinson, IL 61235 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. _5_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ $                    0
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,     Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cody W. Sullivan<br>19705 E. 950  St.<br>Geneseo, Il 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Cristobal Rodriguez III<br>2181 S. Oakwood Ave. - Room 219<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Crystal L. Young<br>2181 S.Oakwood Ave - Ste. 2<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Crystal Meerryman<br>702  7th Street<br>Erie, IL  61250 | X | | Maple Leaf Inn | | | X | Unknown | Unknown |
| ACCOUNT NO.<br><br>Dan Klein<br>2181 S. Oakwood Ave. - Apt. 24<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __6__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)

Total ➤ | $ |
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,    Case No. _____
　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dan Klein<br>2181 S. Oakwood Avenue - Apt. 24<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>David A. Moody, Jr.<br>309 E. South St.<br>Cambridge, IL 61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Deborah A. Woods<br>405 N. Ridge St.<br>Cambridge, IL 61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Deborah L. Hashaway<br>2055 Banks Road<br>Erie, IL  61250 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Debra Sue Blankenship<br>119 N. Vail<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. _7_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤　$　　　　　　　0
(Total of this page)

Total ➤　$
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,   Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Diana Loerzeh <br> 134 US Highway 6 West <br> Mineral, IL  61344 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Diana R. Stout <br> 120 Main Street <br> Hillsdale, IL 61257 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Douglas E. Mitchell <br> 13870 Moline Rd. <br> Erie, IL  61250 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Dr. John A. Miller <br> 408 W. Lincolnway <br> Morrison, IL  61270 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Dustin A. Radcliff <br> 309 E. South St. <br> Cambridge, IL  61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __8__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ $            0
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,      Case No. _____
                      **Debtor**                                                                     **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dustin P. Mulder<br>516 N. School St.<br>Atkinson, IL 61235 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Emily Juchinski<br>326 N. Vail St.<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Emily Reynolds<br>23232 E. 750th St.<br>Colona, IL 61241 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Felicia H. McClinton<br>2181 S. Oakwood Ave<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Felicia P. Cotes<br>310 N. Pleasant Street<br>Cambaridge, IL 61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __9__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ $        0
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,        Case No. _____
 Debtor                                                                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Frances L. DeShane<br>208 W. Locust<br>Cambridge, IL  61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>George M. Desmond<br>2318  4th St. A<br>East Moline, IL  61244 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Ginger R. Nimick<br>524 S. Congress<br>Geneseo, Il  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Gregory A. Miller<br>113 S. College Ave.<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Heather Gustafson<br>2181 S. Oakwood Avenue<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __10__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤  $                        0
(Total of this page)

Total ➤  $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,          Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)                    **Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Heather Jo Lester<br>9909 Wolf Rd.<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Holly J. Lentz<br>309 E. South St.<br>Cambridge, IL 61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Jacob A. Burton<br>28326 E. 1870 St.<br>Geneseo, IL 612154 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Jacob J. Park<br>70 Lynwood Ave.<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Jacqueline Allen<br>2181 South Oakwood Avenue<br>Suite 1<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __11__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤          $                    0
(Total of this page)

Total ➤          $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,     Case No. _____
                          **Debtor**                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  James L.Perrigo 22695 Dorchester Dr. Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.  Jamie L. Kilpatrick 601S. Stewart - #2 Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.  Jarred W. Gephart 10868 Wolf Rd. Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.  Jason E. Geeskie 2181 S. Oakwood Avenue Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.  Jennifer Gorman 121 N. Chicago St. Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. _12_ of _29_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)

Total ➤ | $ |
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,     Case No. _____
                        Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jill K. Hanssesn<br>10868 Wolf Rd.<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Joan Wirth<br>2140 Banks Road<br>Erie, IL 61250 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Joanna F. Nimrick<br>419 E. Orange St.<br>Geneseo, Il 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Jodi L. Addis<br>513 E. Orange<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Jodie Hanley<br>112 E. North St.<br>Geneseo, IL 612154 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __13__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ $           0
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,    Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> John Barbre <br> 2181 S. Oakwood Avenue - Room 14 <br> Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Jolene N. Iannitelli <br> 309 E. South St. <br> Cambridge, IL  61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Jonathon D. Klein <br> 2181 S. Oakwood Ave <br> Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Joseph G. Heeren <br> 2511 Locust St. <br> Prophetstown, IL  61277 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Karen R. Carlson <br> 711  5th Avenue <br> Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __14__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)

Total ➤ | $ |
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,          Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)                    **Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Karen S. Buhler <br> 313 E. South St. <br> Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Katherine R. Holman <br> 11666 N. 1000th Ave. <br> Cambridge, IL 61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Kelly M. Haviland <br> 619 E. Prospect Ct. <br> Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Ken Stottler <br> PO Box 311 <br> Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Kevin L. Hager <br> 707 E. 4th St. - Apt. #1 <br> Sterling, IL  61081 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __15__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)

Total ➤ | $ |
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,          Case No. _____
                        **Debtor**                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kristen M. Reagin<br>51 Longview Dr.<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Kristin L. Littrel<br>207 S. West St.<br>Cambridge, IL 61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Liennea Goreth<br>216 S. Spring St.<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Lisa Gerhardt<br>735 N. Aldrich St.<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Lisa N. Ross<br>100 E. Upper St. - Lot #17<br>Cambridge, IL 61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __16__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,   Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Maria De La Luz Arciego<br>615 Est.<br>Kewanee, IL 61443 | X | | Maple Leaf Inn | | | X | Unknown | Unknown |
| ACCOUNT NO.<br><br>Marian M. Van Ormer<br>Box 232<br>Atkinson, IL 61235 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Marilyn Curran<br>501 South Center<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Unknown | Unknown |
| ACCOUNT NO.<br><br>Marilynn T. Curran<br>501 S. Center St.<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Marjorie M. Goepper<br>126 Southwind Est.<br>Kewanee, IL 61443 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __17__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,     Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mark D. Slayton<br>38 Green Acres<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Matthew L. Nicholson<br>205 W. South St.<br>Cambridge, IL  61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Melissa Johnson<br>11726 Osco Rd.<br>Cambridge, IL  61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Michele M. Rodriguez<br>306 E. Henry St.<br>Atkinson, IL  61235 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Natalie Hongsermeier<br>236 Evelyn Avenue<br>Loves Park, IL  61111 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __18__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,     Case No. _____
       Debtor              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Natasha Nilsson <br> 13733 N. 2250 Ave. <br> Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Natasha R. Cotton <br> 17029 E. 100th St. <br> Orion, IL  61273 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Nickole L. Wagner <br> 505 E. Wells <br> Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Nicole L. Pratt <br> 2131 W. 3rd St. <br> Davenport, IA  52802 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Pamela Kay Rowald <br> 601 S. Steward - #34 <br> Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __19_ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤   $      0
(Total of this page)

Total ➤   $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,     Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pamela Perrigo<br>22695 Dorchester Dr.<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Pat Warner<br>226 N Center - Apt. 2<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Patricia K. Weeber<br>702  7th St.<br>Erie, IL  61250 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Patrick E. Schaefer<br>PO Box 101<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Patty Weber<br>702  7th St.<br>Erie, IL  61250 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __20__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,    Case No. _____

Debtor    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Paul A. Heise <br> PO Box 461 <br> Atkinson, IL  61235 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Randi Winfree <br> 519 S. Henry St. <br> Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Raymond A. DePauw <br> 613 S. Oakwood <br> Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Richard Porter <br> 1120 Kent St. <br> Rockford, IL 61102 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Robbie L. Wirth <br> 615  13th St. <br> Erie, IL  61250 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __21__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,       Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robert DeShane<br>100 E. Upper St. - Lot 28<br>Cambaridge, IL 61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Rodney A. Van Rycke, Sr.<br>1613 Wike Drive<br>Rock Falls, IL  61071 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Ronald A. Stetter<br>49 Meadowbrook Dr.<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Ronald E. Lewis<br>625 S. Olive St.<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Ronnie E. Danner<br>445 E. South St.<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __22__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,     Case No. _____
                           **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rose M. Dennis<br>140 Fairview Junkon - Apt. #1<br>Kewanee, IL  61443 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Ryan Bell<br>12 Ponderosa Drive<br>Colona, IL  61241 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Sandra Gonzales<br>103 Hollis St.<br>Kewanee, IL  61443 | X | | Maple Leaf Inn | | | X | Unknown | Unknown |
| ACCOUNT NO.<br><br>Sandra M. Graves<br>PO Box 644<br>Colona, IL  61241 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Shawn P. Murphy<br>101 1/2  W. Exchange<br>Cambridge, IL  61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __23__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,    Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

### Wages, Salaries & Commissions

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Sheanna D. Brooks <br> 17225 E. 1500th St. <br> Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Sheri Ballard <br> 13660 Van Damme Rd. <br> Prophetstown, IL  61277 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Shirley A. Fletcher <br> 17284  45th St. <br> Mineral, IL  61344 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Shronda E. Johnson <br> 602 Jackson St. <br> Prophetstown, IL  61277 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Sindi R. Krause <br> 115 W. Exchange St. <br> Atkinson, IL  61235 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __24__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ $　　　　　　0
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,   Case No. _____
                  Debtor                                                                 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Spencer L. Dragolovich <br> 504 S. Oakwood <br> Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Stella M. Sherbeyn <br> 412 W. View Dr. <br> Box 22 <br> Atkinson, IL 61235 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Steven A. Loftus <br> 17119 N. 2250 Avenue <br> Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Steven L. Morgan <br> 117 E. South St. <br> Geneseo, IL 61254-1758 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Steven Murphy <br> 101 1/2 W. Exchange -#4 <br> Cambridge, IL 61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __25__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,      Case No. _____
                  **Debtor**                                                               **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Susan K. Ricail<br>305 W. Center St.<br>Atkinson, IL  61235 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Tammy J. Williams<br>PO Box 47<br>Atkinson, IL  61235 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Thomas W. Johnson<br>23553 N. 2900 Avenue<br>Prophetstown, IL  61277 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Tia M. Mariman<br>755 Dilenbeck Dr. - Apt. 1<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Timothy Perrigo<br>22695 Dorchester Dr.<br>Geneseo, IL  61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __26__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,        Case No. _____
                           **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries & Commissions**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Toni N. Chandler<br>101 1/2 W. Exchange<br>Cambridge, IL 61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Valari L. Baumberger<br>2181 S. Oakwood Avenue - Ste. 3<br>Geneseo, IL 61254 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Vanessa Hurtt<br>2437 W. Adams<br>St. Charles, MO 63031 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>William R. Saulnier<br>223 W. Holmes<br>Cambridge, IL 61238 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Zeb A. Holewet<br>12424 Wolf Rd.<br>Geneseo, IL 612514 | X | | Maple Leaf Inn | | | X | Notice Only | Notice Only |

Sheet no. __27__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0
(Total of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,        Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)                    Taxes & Debts to Governments

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Henry County Treasurer <br> 307 W. Center Stret <br> Cambridge, IL  61238 | | | | | | | 3,000 | 0 |
| ACCOUNT NO. <br><br> IL Dept of Employment Security <br> PO Box 6996 <br> Chicago, IL  60680-6996 | | | Consideration: Unemployment taxes | | | | Unknown | Unknown |
| ACCOUNT NO. <br><br> IL Dept of Revenue <br> 211 S. Wyman <br> Rockford, IL  61101 | | | | | | | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> IL Dept of Revenue <br> Bankruptcy Section <br> PO Box 64338 <br> Chicago IL 60664-0338 | | | Consideration: 940 & 941 Taxes | | | | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> IL Dept of Revenue <br> Bankruptcy Section <br> PO Box 64338 <br> Chicago IL 60664-0338 | | | Consideration: Sales Tax | | | | Unknown | Unknown |

Sheet no. __28__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ (Total of this page) | $ | 3,000 |
| Total ➤ (Use only on last page of the completed Schedule E.) | $ | |

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6E - Cont.
(04/04)

Marcia Miller

In re _____,        Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes & Debts to Governments**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Internal Revenue Service 211 S. Court St. Rockford, IL  61101 | | | | | | | Notice Only | Notice Only |
| ACCOUNT NO. Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | Incurred: 6/04 - Consideration: 940 & 941 Taxes | | | | 100,000 | 0 |
| ACCOUNT NO. Knox County Treasuer 200 S Cherry Street Galesburg, IL  61401 | | | | | | | 3,000 | 0 |
| ACCOUNT NO. Knox County Treasuer 200 S Cherry Street Galesburg, IL  61401 | | | Incurred: 2003 - 04 | | | | 100,000 | 0 |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __29__ of __29__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 203,000
Total ➤ | $ | 206,000
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F (12/03)

In re _____Marcia Miller_____,   Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary  of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  338 <br><br>105.3 KFM-WKAY <br>PO Box 1227 <br>Galesburg, IL  61402-1227 | X | | Consideration: Advertising | | | X | 70 |
| ACCOUNT NO.  591 <br><br>A&Y Sign, Inc. <br>PO Box 156 <br>McCausland, IA  52758 | X | | Consideration: Material Supplier - Travelodge | | | X | 394 |
| ACCOUNT NO.  944460 <br><br>A.D. Huesing Corporation <br>PO Box 6880 <br>Rock Island, IL  61204-6880 | X | | Consideration: Material Supplier - Maple Leaf Inn | | | X | 235 |
| ACCOUNT NO.  9329-DX <br><br>Acme Sign Co., Inc. <br>1504 W. 4th Street <br>Davenport, IA  52802 | X | | Consideration: Material Supplier | | | X | 2,644 |

_____40_____continuation sheets attached

Subtotal ➤ | $ | 3,343
(Total of this page)

Total ➤ | $ |
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., - ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,    Case No. _____
          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Acroprint Time Recorder Co. <br> 5640 Departure Drive <br> Raleigh, NC  27616-1841 | X | | Consideration: Material Supplier - Deck Plaza Motel | | | X | 669 |
| ACCOUNT NO. <br><br> Adjan & Atip Bajrami <br> 2511 Locust Street <br> Sterling, IL  61081 | X | | | | | X | Notice Only |
| ACCOUNT NO.  17903 <br><br> Alexander Lumber Co. <br> 209 W. Exchange St. <br> Geneseo, IL  61254 | X | | Consideration: Material Supplier - Maple Leaf Inn | | | X | 57 |
| ACCOUNT NO.  629645322 <br><br> Allied Interstate <br> PO Box 5023 <br> New York, NY  10163 | X | | Consideration: Collection on behalf of Sprint | | | X | 100 |
| ACCOUNT NO.  Various <br><br> Allied Waste Services <br> 1214 S. Bataan Road <br> Dixon, IL  61021 | X | | Consideration: Waste Removal | | | X | 255 |

Sheet no. _1_ of _40_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     1,081
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,      Case No. _____
                  **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4412588833<br><br>Ameren IP<br>PO Box 2522<br>Decatur, IL  62525-2522 | X | | Consideration: Elec Service | | | X | 22,693 |
| ACCOUNT NO.  148605<br><br>American<br>100 S. Milwaukee Avenue<br>Vernon Hills, IL  60061 | X | | Consideration: Material Supplier | | | X | 2,434 |
| ACCOUNT NO.  12185<br><br>American Industrial Door Company<br>629 Perry Street<br>Davenport, IA  52803 | X | | Consideration: Material Supplier - Travelodge | | | X | 372 |
| ACCOUNT NO.<br><br>Amy and Antonio Hicks<br>1211 W.21st St.<br>Rock Falls, IL  61071 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.<br><br>Amy Smith<br>2045 E. 117th Drive<br>North Glenn, CO  80233 | X | | Ray Hagar Investor | | | X | Notice Only |

Sheet no. _2_ of _40_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $      25,499
(Total of this page)

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,    Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Anita McConnell<br>506 W. 3rd Street<br>Sterling, IL  61081 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.  1071001<br><br>Aramark Uniform Service<br>PO Box 878<br>East Moline, IL  61244-0878 | X | | Consideration: Linens | | | X | 631 |
| ACCOUNT NO.  GA0400430<br><br>Ashworth College<br>430 Technology Parkway<br>Norcross, GA  30092 | | | Consideration: Student Loan | | | | 2,008 |
| ACCOUNT NO.<br><br>Attorney Jim Blake<br>303-5 Hill Arcade Building<br>Galesburg, IL  61401 | X | | | | | X | Notice Only |
| ACCOUNT NO.<br><br>Aztec Financial<br>2624 West Magnolia Blvd.<br>Burbank, CA  91505 | X | | Consideration: Select Properties | | | X | Notice Only |

Sheet no. _3_ of _40_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $      2,639
(Total of this page)
Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,     Case No. _____
                 **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bad Mojo Band<br>RR Box 172<br>Toulon, IL  61483 | X | | Consideration: NSF Check for payment of band | | | X | 350 |
| ACCOUNT NO.  17852-000D<br><br>Barash & Everett, LLC<br>PO Box 1408<br>Galesburg, IL  61402-1408 | X | | Consideration: Legal services | | | X | 3,208 |
| ACCOUNT NO.<br><br>Barb Preston<br>202 W. 7th St. - Apt. 2<br>Sterling, IL  61081 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.<br><br>Barry and Melanie Kirby<br>16430 EllerdaleLane<br>Eden Prairie, MN  55346 | X | | Days Inn and Suites Hotel Investor | | | X | Notice Only |
| ACCOUNT NO.<br><br>Becker & Becker, Inc.<br>101 S. Chicago St.<br>Geneseo, IL  61254 | X | | Consideration: Subcontractor - Maple Leaf Inn | | | X | 2,602 |

Sheet no. __4__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $       6,160
(Total of this page)
Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,      Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Jan & Feb<br><br>Bestor Bros.<br>17819 Rte. 84 N<br>East Moline, IL  61244 | X | | Consideration: Sign Rental - Maple Leaf Inn | | | X | 450 |
| ACCOUNT NO.<br><br>Beverly Boesen<br>2011   15th Avenue<br>Sterling, IL  61081 | X | | Ray Hagar Investor | | | X | Notice Only |
| ACCOUNT NO.  200408<br><br>Blackhawk College<br>301 Avenue of the Cities<br>East Moline, IL  61244-4038 | X | | Consideration: Food Sanitation Classes - Maple Leaf Inn | | | X | 78 |
| ACCOUNT NO.<br><br>Bob Ditsworth<br>1002 W. 4th St. - Apt. 5<br>Sterling, IL  61081 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.  540<br><br>Boswell Dist. Co.<br>217 W. Third Street<br>Kewanee, IL  61443 | X | | Consideration: Material Supplier - Maple Leaf Inn | | | X | 57 |

Sheet no. _5_ of _40_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $  585
(Total of this page)
Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,    Case No. _____
               **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brenda Loomis<br>716  8th AVenue<br>Rock Falls, IL  61071 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.<br><br>Brenda Martin<br>22120 Carroll Road<br>Sterling, IL  61081 | X | | Ray Hagar Investor | | | X | Notice Only |
| ACCOUNT NO.  208773-4<br><br>Brown & Joseph, Ltd.<br>PO Box 59838<br>Schaumburg, IL  60159 | X | | Consideration: Collection on behalf of Prairie Waste | | | X | 3,952 |
| ACCOUNT NO.  38786<br><br>Business Information Corporation<br>141 Robert E. Lee - Ste. 580<br>New Orleans, LA  70124 | X | | Consideration: Advertising - Deck Plaza Motel | | | X | 249 |
| ACCOUNT NO.<br><br>Carol Drummet<br>922 Baxter Lane<br>Freeport, IL  61032 | X | | Ray Hagar Investor | | | X | Notice Only |

Sheet no. __6__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 4,201
(Total of this page)

Total ➤ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,     Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1212 <br><br> Carpetdirect.com <br> PO Box 1112 <br> Ringgold, GA  30736 | X | | Consideration: Material Supplier - Deck Plaza Motel | | | X | 4,855 |
| ACCOUNT NO.  868491 <br><br> Case, Roberts, Shuttleworth, PC <br> 7500 College Blvd. - 5th Floor <br> Lighton Tower <br> Overland Park, KS  66210 | X | | Consideration: UPAC account - Maple Leaf Inn | | | X | 1,927 |
| ACCOUNT NO.  15069-98208 <br><br> Cedant Hotel Group <br> 9700 W. Higgins Rd. - Ste. 200 <br> Rosemont, IL  60018 | X | | | | | X | 10,615 |
| ACCOUNT NO.  4798-1737-8300-0170 <br><br> Central Bank Illinois <br> Elan Financial Services <br> PO Box 790408 <br> St. Louis, MO  63179-0408 | X | | Consideration: Visa - Maple Leaf Inn | | | X | 1,471 |
| ACCOUNT NO.  MLI 2524 <br><br> Central Industries, Inc. <br> 11433 Cronridge Drive - Ste. F <br> Owings Mills, MD  21117 | X | | Consideration: Material Supplier - Maple Leaf Inn | | | X | 998 |

Sheet no. __7__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $    19,866
(Total of this page)

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,      Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  T0174378<br><br>Certified Laboratories<br>PO Box 2493<br>Ft. Worth, TX  76113-2493 | X | | Consideration: Material Supplier - Travelodge | | | X | 200 |
| ACCOUNT NO.<br><br>Charlie Strand<br>1211  9th Avenue<br>Rock Falls, IL  61071 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.  501996<br><br>Chicago Street Decorating Center<br>1000 S. Chicago Street<br>Geneseo, IL  61254 | X | | Consideration: Subcontractor | | | X | 170 |
| ACCOUNT NO.<br><br>Cindy James<br>1002 W. 4th St. - Apt. #2<br>Sterling, IL  61081 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.<br><br>Citi Cards<br>PO Box 20507<br>Kansas City, MO  64195 | | | Consideration: Credit card debt | | | | 7,743 |

Sheet no.  8  of  40  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 8,113
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,          Case No. _____
         **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0200269001006<br><br>City of Galesburg<br>PO Box 1589<br>Galesburg, IL 61402-1589 | X | | Consideration: Water & Sewer - Days Inn | | | X | 3,207 |
| ACCOUNT NO. 05 AR 95<br><br>City of Geneso<br>% Attorney Virgil A. Thurman<br>137 S. State St. - Ste. 208<br>Geneseo, IL 61254 | X | | Consideration: Collection regarding unpaid utilities | | | X | 11,398 |
| ACCOUNT NO. Various<br><br>City of Kewanee<br>401 East Third Street<br>Kewanee, IL 61443 | X | | Consideration: Water Service | | | X | 487 |
| ACCOUNT NO. 16-00650-07<br><br>City of Rock Falls<br>603 W. 10th Street<br>Rock Falls, IL 61071-2854 | X | | Consideration: Water & Electric | | | X | 187 |
| ACCOUNT NO. Various<br><br>City of Rock Falls<br>603 W. 10th Street<br>Rock Falls, IL 61071-2854 | X | | Consideration: Utilities | | | X | 637 |

Sheet no. 9 of 40 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $      15,916
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,        Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Various<br><br>ComEd<br>Systems Credit Department<br>2100 Swift Drive<br>Oakbrook, IL  60523 | X | | Consideration: Electrical Service | | | X | 1,506 |
| ACCOUNT NO.  DEC218<br><br>Cone's Repair Service<br>2408  40th Avenue<br>Moline, IL  61265 | X | | Consideration: Subcontractor - Maple Leaf Inn | | | X | 589 |
| ACCOUNT NO.  1MLINN<br><br>Country Club Coffee<br>PO Box 2424<br>Davenport, IA  52809 | X | | Consideration: Material Supplier - Maple Leaf Inn | | | X | 2,340 |
| ACCOUNT NO.<br><br>Countryside Pool & Spa<br>119 N. Russell Avenue<br>Geneseo, IL  61254 | X | | Consideration: Material Supplier | | | X | 303 |
| ACCOUNT NO.<br><br>Crescent Electric Supply Company<br>7750 Dunleith Drive<br>East Dubuque, IL  61025 | X | | Consideration: Subcontractor - Maple Leaf Inn | | | X | 203 |

Sheet no.  10  of  40  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤　$　　4,941
(Total of this page)
Total ➤　$
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,   Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1150386/3099444651  CRU  218A S. 108th Avenue  Omaha, NE 68154-2631 | X | | Consideration: Collection on behalf of Geneseo Telephone Company | | | X | Notice Only |
| ACCOUNT NO.  4046-6081-4000-0736  Customer Service  PO Box 30495  Tampa, FL  33630 | | | Consideration: Credit card debt | | | | 4,903 |
| ACCOUNT NO.  004382974-012255663  D&B RMS  PO Box 523  Richfield, OH  44286 | X | | Consideration: Collection on behalf of Prairie Waste Service | | | X | Notice Only |
| ACCOUNT NO.  David and Cheryl Israel  122 E. 7th Street  Kewanee, IL  61443 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.  David DeVries  Remax Home Unlimited  931 1st Avenue  Rock Falls, IL  61071 | X | | Possible commission from real estate listings | | | X | Unknown |

Sheet no.  11  of  40  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $              4,903
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,        Case No. _____
                        **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   IN1401016 <br><br> Days Inn Worldwide <br> PO Box 360536 <br> Pittsburgh, PA  15251-6536 | X | | Consideration: Franchise Fees | | | X | 6,121 |
| ACCOUNT NO. <br><br> Detra Quick <br> 115 S. Walnut St. <br> Kewanee, IL  61443 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.   6011-0133-1830-081 <br><br> Discover Financial Network <br> PO Box 3016 <br> New Albany, OH  43054 | X | | Consideration: Days Inn Restaurant | | | X | Unknown |
| ACCOUNT NO.   MAPLEA <br><br> Dohrn Transfer Cmpany <br> 623  3rd Avenue <br> Rock Island, IL  61201 | X | | Consideration: Transportation Charges - Maple Leaf Inn | | | X | 2,700 |
| ACCOUNT NO. <br><br> Don O'Brien Plastering <br> 1021  8th Street <br> Beloit, WI  53511 | X | | Consideration: Subcontractor | | | X | 11,961 |

Sheet no. __12__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤     $        20,782
(Total of this page)

Total ➤     $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,      Case No. _____
          **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dr. Brent C. Nielsen<br>1005 East 6th St.<br>Coal Valley, IL  61240 | X | | Maple Leaf Inn Investor<br>Days Inn and Suites Hotel Investor | | | X | Notice Only |
| ACCOUNT NO.<br><br>Dr. Ronald & Rebecca Williams<br>1008 Hilltop Drive<br>Morrison, IL 61270 | X | | Maple Leaf Inn Investor<br>Days Inn and Suites Hotel Investor | | | X | Notice Only |
| ACCOUNT NO.   400-55660<br><br>DunsDemand<br>PO Box 5223<br>Richfield, OH  44286 | X | | Consideration: Collection Account | | | X | 530 |
| ACCOUNT NO.   019715748<br><br>Ecolab<br>Ecolab Center<br>St. Paul, MN  55102 | X | | Consideration: Material Supplier - Maple Leaf Inn | | | X | 1,242 |
| ACCOUNT NO.   4798173783000170<br><br>Elan<br>PO Box 790084<br>St. Louis, MO 63179-0084 | X | | Consideration: Credit card debt | | | X | 1,737 |

Sheet no. __13__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 3,509
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,        Case No. _____
            **Debtor**                                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Endelia Dyer<br>1002 W. 4th St. - Apt. 6<br>Sterling, IL  61081 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.<br><br>Erick Poffenberger<br>207 N. Locust Ave.<br>Forreston, IL  61030 | X | | Ray Hagar Investor | | | X | Notice Only |
| ACCOUNT NO.  5269<br><br>Farster Communications<br>8014 S. Clinton St.<br>Dixon, IL  61021 | X | | Consideration: Subcontractor - Travelodge | | | X | 99 |
| ACCOUNT NO.  3020-8056-9<br><br>FedEx<br>US Collection Department<br>PO Box 94515<br>Palatine, IL  60094-4515 | X | | Consideration: Shipping - Maple Leaf Inn | | | X | 50 |
| ACCOUNT NO.  97106<br><br>First Financial Services of America, Inc.<br>PO Box 816<br>Frankfort, IL  60423 | X | | Consideration: Days Inn NSF Check | | | X | 2,437 |

Sheet no. __14__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     2,586
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,      Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 851 <br><br> Four Seasons Pest Control <br> 1281 North Henderson Street <br> Galesburg, IL 61401 | X | | Consideration: Pest Control | | | X | 140 |
| ACCOUNT NO. 1866Z100 <br><br> Fox River Foods <br> 5030 Baseline Road <br> Montgomery, IL 60538 | X | | Consideration: Material Supplier - Maple Leaf Inn | | | X | 16,330 |
| ACCOUNT NO. 04080484 <br><br> Freedman Anselmo Lindberg & Rappe, LLC <br> PO Box 3228 <br> Naperville, IL 60566-7228 | X | | Ford Motor Credit/Joan L. Wirth | | | X | 6,363 |
| ACCOUNT NO. <br><br> FRF Leasing <br> 5030 Baseline Road <br> Montgomery, IL 60538 | X | | Consideration: Equipment Leasing - Maple Leaf Inn | | | X | 89 |
| ACCOUNT NO. 24015 <br><br> Galesburg Sign & Lighting, Inc. <br> 1177 Monmouth Blvd. <br> Galesburg, IL 61401 | X | | Consideration: Subcontractor | | | X | 4,689 |

Sheet no. _15_ of _40_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  27,611
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,    Case No. _____
       **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   10-14-03-023888<br><br>Gallatin River Communications<br>PO Box 1800<br>Galesburg, IL  61402-4522 | X | | Consideration: Telephone | | | X | 2,415 |
| ACCOUNT NO.   272073<br><br>Garrison Electric<br>615 W. Grove Street<br>Galesburg, IL  61401 | X | | Consideration: Subcontractor | | | X | 165 |
| ACCOUNT NO.<br><br>Geneseo Chamber of Commerce<br>100 W. Main Street<br>Geneseo, IL  61254 | X | | Consideration: Chamber of Commerce Dues - Travelodge | | | X | 168 |
| ACCOUNT NO.   Various<br><br>Geneseo Municipal Utilities<br>101 S. State St.<br>Geneseo, IL 61254 | X | | Consideration: Watar & Sewer Maple Leaf Inn | | | X | 20,710 |
| ACCOUNT NO.<br><br>Geneseo Rotary Club<br>PO Box 203<br>Geneseo, IL  61254 | X | | Consideration: Professional Dues | | | X | 200 |

Sheet no.   16   of  40   continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 23,658
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,     Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 309-944-4651 Geneseo Telephone Company PO Box 330 Geneseo, IL 61254 | X | | Consideration: Telephone | | | X | 430 |
| ACCOUNT NO. Goodwood Custom Homes, Inc. 6430 Doering Lane Prophetstown, IL 61277 | X | | Consideration: Subcontractor | | | X | 3,329 |
| ACCOUNT NO. Various Hammond-Henry Hospital 600 N. College Avenue Geneseo, IL 61254-1099 | X | | Consideration: Medical services | | | X | 1,191 |
| ACCOUNT NO. 235047 Harker's Distribution, Inc. Box 1308 LeMars, IA 51031 | X | | Consideration: Material Supplier | | | X | 100 |
| ACCOUNT NO. Harley's Wooden Nickel 131 S. State St. Geneseo, IL 61254 | X | | Consideration: Advertising | | | X | 1,086 |

Sheet no. __17__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤　$　6,136
(Total of this page)
Total➤　$
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,          Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9036378<br><br>Harvard Collection Services, Inc.<br>4839 N. Elston AVenue<br>Chicago, IL  60630-2534 | X | | Consideration: Collection on behalf of MCI - Maple Leaf Inn | | | X | 449 |
| ACCOUNT NO.  5529-0000B<br><br>Hasselberg, Williams, Grebe, Snodgrass & Birdsall<br>Bank One Bldg. - Ste. 360<br>124 SW Adams Street<br>Peoria, IL  f61602-1320 | X | | Consideration: Legal services | | | X | 2,862 |
| ACCOUNT NO.  Various<br><br>Henry County Advertiser Shopper<br>108 W. 1st Street<br>Geneseo, IL  61254 | X | | Consideration: Advertising | | | X | 4,825 |
| ACCOUNT NO.  15APRO5<br><br>Hobart Corporation<br>1312 N. Harrison Street<br>Davenport, IA  52803 | X | | Consideration: Material - Maple Leaf Inn | | | X | 1,768 |
| ACCOUNT NO.  65271<br><br>Honkamp Krueger & Co.<br>PO Box 699<br>Dubuque, IA  52004-0699 | X | | Consideration: Accounting Services | | | X | 609 |

Sheet no.  18  of  40   continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $        10,513
(Total of this page)
Total➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,    Case No. _____
                  **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 329<br><br>Hughes Business Telephone<br>2407 40th Avenue<br>Moline, IL 61265 | X | | Consideration: Telephone Repair - Maple Leaf Inn | | | X | 255 |
| ACCOUNT NO.<br><br>IL Dept. of Transportation<br>819 Depot Avenue<br>Dixon, IL 61021-3500 | X | | Consideration: Highway Signage - Travelodge | | | X | 620 |
| ACCOUNT NO. Various<br><br>Illinois American Water<br>PO Box 578<br>Alton, IL 62002-0578 | X | | Consideration: Water, Sewer & Garbage Service | | | X | 285 |
| ACCOUNT NO. 38307<br><br>Illinois Casualty Company<br>PO Box 4208<br>Rock Island, IL 61204-4208 | X | | Consideration: Days Inn insurance | | | X | 4,801 |
| ACCOUNT NO. 23330239130-03<br><br>Insight Communications<br>PO Box 151<br>Galesburg, IL 61402-0151 | X | | Consideration: Cable Services @ Day's Inn | | | X | 3,226 |

Sheet no. 19 of 40 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $      9,187
(Total of this page)
Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,    Case No. _____
                      **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jennifer Soltow<br>208 E. 12th  Street<br>Sterling, IL  61081 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.<br><br>John Miller<br>200 E. Roosevelt Rd. - #129<br>Lombard, IL  60148 | X | | Maple Leaf Inn Investor<br>Days Inn and Suites Hotel Investor | | | X | Notice Only |
| ACCOUNT NO.<br><br>John Newbould<br>1002 W. 4th St. - Apt. 3<br>Sterling, IL  61081 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.  8907<br><br>John's Glass Shop<br>504 Commercial Street<br>Kewanee, IL  61443 | X | | Consideration: Material Supplier - Travelodge | | | X | 137 |
| ACCOUNT NO.<br><br>Joseph Heeren<br>1032 Zang<br>Kewanee, IL  61443 | X | | Maple Leaf Inn Investor | | | X | Notice Only |

Sheet no. __20__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $     137
(Total of this page)

Total▶   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,     Case No. _____
               **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Joseph Heeren<br>1032 Zang<br>Kewanee, IL 61443 | X | | Days Inn and Suites Hotel Investor | | | X | Notice Only |
| ACCOUNT NO. Various<br><br>Judge & Dolph, Ltd.,<br>1620 W. Chanute - Stes A & B<br>Peoria, IL 61615 | X | | Consideration: Material Supplier - Maple Leaf Inn | | | X | 277 |
| ACCOUNT NO.<br><br>Judy Powell<br>511 E. 3rd St.<br>Sterling, IL 61081 | X | | | | | X | Unknown |
| ACCOUNT NO.<br><br>Kamron Karringotn<br>9811 W. Charleston Blvd. - Ste. 2-248<br>Las Vegas, NV 89117 | X | | | | | X | Unknown |
| ACCOUNT NO.<br><br>Karen Huett<br>185 Lakeview Drive<br>Melrose, FL 32666 | X | | Ray Hagar Investor | | | X | Notice Only |

Sheet no. __21__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ | $ | 277
(Total of this page)
Total➤ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,   Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Z065301301<br><br>Kathleen A. Sauer<br>21255 Califa Street<br>Woodland Hills, CA  91367-5021 | X | | Consideration: WC insurance for Maple Leaf Inn | | | X | 1,628 |
| ACCOUNT NO. 12427<br><br>Klavine Motor Co.<br>119 South Center Street<br>Geneseo, IL 61254-1337 | X | | Consideration: Repairs - Maple Leaf Inn | | | X | 281 |
| ACCOUNT NO. 2500970<br><br>Knowles Publishing, Inc.<br>PO Box 911004<br>Ft Worth, TX  76111-9104 | X | | Consideration: Publications - Maple Leaf Inn | | | X | 162 |
| ACCOUNT NO.<br><br>Knox-Galesburg Symphony<br>Knox College<br>Box K-195<br>Galesburg, IL  61401 | X | | Consideration: Advertising | | | X | 525 |
| ACCOUNT NO. 037-5506-052<br><br>Kohl's<br>P.O. Box 2983<br>Milwaukee, WI 53201-2093 | | | Consideration: Credit Card | | | | 342 |

Sheet no. __22__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,938
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,        Case No. _____
                           **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Larry Brill<br>408 Circle Drive - B<br>Rock Falls, IL  61071 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.<br><br>Laura Brill<br>202 W. 7th St. - #1<br>Sterling, IL  61081 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.<br><br>Linda Beck<br>425 Rockwell<br>Kewanee, IL 61443 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.<br><br>Liquidity Solutions, Inc.<br>One University Plaza - Ste. 312<br>Hackensack, NJ  07601 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Lisa Behrends<br>1005 East 6th St.<br>Coal Valley, IL  61240 | X | | Days Inn and Suites Hotel Investor | | | X | Notice Only |

Sheet no. __23__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $            0
(Total of this page)
Total ► $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,   Case No. _____
              **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Luz Mulero<br>202 W. 7th St. - Apt. 4<br>Sterling, IL  61081 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.<br><br>Marcia Miller<br>309 7th Ave.<br>Sterling, IL  61081 | X | | Maple Leaf Inn Investor<br>Days Inn & Suites Hotel Investor | | | X | Notice Only |
| ACCOUNT NO.<br><br>Mary Wienen<br>306 Bench Street<br>Galena, IL  61036 | X | | Ray Hagar Investor | | | X | Notice Only |
| ACCOUNT NO.<br><br>Meagan Gorman<br>115 1/2 S. Walnut St.<br>Kewanee, IL  61443 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.  8383 91 354 0023565<br><br>Mediacom<br>3900  26th Avenue<br>Moline, IL  61265-4999 | X | | Consideration: Cablevision | | | X | 738 |

Sheet no. __24__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 738
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,        Case No. _____
        **Debtor**                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mel Foster<br>731 South Tremont<br>Kewanee, IL  61443 | X | | | | | X | Unknown |
| ACCOUNT NO.<br><br>Miller, Lancaster & Walker, PC<br>PO Box 535<br>Sterling, IL  61081 | X | | | | | X | Notice Only |
| ACCOUNT NO.  Various<br><br>Moline Dispatch Publishing Company, LLC<br>1720  5th Avenue<br>Moline, IL  61265-7977 | X | | Consideration: Advertising | | | X | 726 |
| ACCOUNT NO.<br><br>Murphy's Container Service<br>330 N. Park<br>Kewanee, IL  61443 | X | | Consideration: Rubbish container @ Travelodge | | | X | 301 |
| ACCOUNT NO.  20232213514<br><br>National By-Products, LLC<br>PO Box 615<br>Des Moines, IA  50303-0615 | X | | Consideration: Services @ The Deck & Maple Leaf Inn | | | X | 150 |

Sheet no. __25__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ | $ | 1,177
(Total of this page)

Total➤ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,        Case No. _____
             **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4311-9660-1923-1347<br><br>National City<br>PO Box 2349<br>Kalamazoo, MI  49003-2349 | | | Consideration: Credit card debt | | | | 5,518 |
| ACCOUNT NO.  25200<br><br>National Telecommunications<br>520 Broad Street<br>Newark, NJ  07102 | X | | Consideration: Advertising - Travelodge | | | X | 150 |
| ACCOUNT NO.<br><br>Nazir Qureshi<br>605  4th Ave.<br>Sterling, IL  61081 | X | | Maple Leaf Inn Investor<br>Days Inn and Suites Hotel Investor | | | X | Notice Only |
| ACCOUNT NO.  6101<br><br>Network Business Systems, Inc.<br>23834 E. 1260th St.<br>Geneseo, IL  61264 | X | | Consideration: Burn CD & copy to new computer - Travelodge | | | X | 113 |
| ACCOUNT NO.  8-29-67-5106-1<br><br>NiCor Bankruptcy Department<br>1844 Ferry Road<br>Naperville, IL  60563 | X | | Consideration: Heating | | | X | 6,624 |

Sheet no. __26__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 12,405
(Total of this page)

Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,     Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8-38-73-1830-9<br><br>NiCor Bankruptcy Department<br>1844 Ferry Road<br>Naperville, IL 60563 | X | | Consideration: Heating | | | X | 178 |
| ACCOUNT NO. 8-35-71-0386-3<br><br>NiCor Bankruptcy Department<br>1844 Ferry Road<br>Naperville, IL 60563 | X | | Consideration: Heating | | | X | 164 |
| ACCOUNT NO. 8-25-62-1087-6<br><br>NiCor Bankruptcy Department<br>1844 Ferry Road<br>Naperville, IL 60563 | X | | Consideration: Heating | | | X | 2 |
| ACCOUNT NO. 8-35-71-2591-6<br><br>NiCor Bankruptcy Department<br>1844 Ferry Road<br>Naperville, IL 60563 | X | | Consideration: Heating | | | X | 21 |
| ACCOUNT NO. 8-35-71-2581-7<br><br>NiCor Bankruptcy Department<br>1844 Ferry Road<br>Naperville, IL 60563 | X | | Consideration: Heating | | | X | 25 |

Sheet no. _27_ of _40_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 390
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,        Case No. _____
                                    **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Noel Feather<br>723 W. Route 30<br>Rock Falls, IL  61071 | X | | Ray Hagar Investor | | | X | Notice Only |
| ACCOUNT NO.  Various<br><br>Office Specialists, LLC<br>PO Box 70<br>Galesburg, IL  61402-0070 | X | | Consideration: Copy Machine Repair | | | X | 918 |
| ACCOUNT NO.  260286<br><br>OSF-St. Mary Medical Center<br>3333 N. Seminary St.<br>Galesburg,IL  61401-1251 | X | | Consideration: Medical services | | | X | 65 |
| ACCOUNT NO.<br><br>Pat Whitmer<br>1211 1/2  9th Avenue<br>Sterling, IL  61071 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO.  110151<br><br>PCI - Complince Service Dept.<br>2865 Metropolitan Place<br>Pomina, CA  91767 | X | | Consideration: Labor Law Posters - Maple leaf Inn | | | X | 8 |

Sheet no. __28__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $                     991
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,   Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  00MAM820<br><br>Pekin Insurance<br>2505 Court Street<br>Pekin, IL  61558-0001 | X | | Consideration: Insurance | | | X | 153 |
| ACCOUNT NO.  137363<br><br>Persona, Inc.<br>PO Box 210<br>Watertown, SD  57201-0210 | X | | Consideration: Signage Materials - Maple Leaf Inn | | | X | 3,514 |
| ACCOUNT NO.<br><br>Phillips Lawcare<br>2215 US Highway 150N<br>Wataga, IL 61488 | X | | Consideration: Lawncare | | | X | 550 |
| ACCOUNT NO.  Various<br><br>Prairie Waste Service<br>6449 Valley Drive<br>Bettendorf, IA  52722 | X | | Consideration: Waste Removal - Maple Leaf Inn | | | X | 2,052 |
| ACCOUNT NO.  RD-20061<br><br>Prophetstown Farmers Mutual Ins. Co.<br>PO Box 95<br>Prophetstown, IL  61277 | | | Consideration: Insurance | | | | 661 |

Sheet no. __29__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤   $        6,930
(Total of this page)
Total➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,        Case No. _____
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  014539<br><br>Puritan Beverage<br>820 Sibley Memorial Highway<br>Mendota Heights, MN  55118 | X | | Consideration:  Coffee service @ Maple Leaf Inn | | | X | Unknown |
| ACCOUNT NO.<br><br>Ray Hagar<br>16682 Spring Valley Road<br>Morrison, IL 61270 | X | | Days Inn and Suites Hotel Investor | | | X | Notice Only |
| ACCOUNT NO.  01874018288<br><br>Rentway<br>1515 E. Main Street<br>Galesburg, IL 61401 | X | | Consideration: Rental of big screen TV | | | X | 4,983 |
| ACCOUNT NO.  M52303<br><br>Restaurant News<br>PO Box 5038<br>Brentwood, TN  37024 | X | | Consideration: Maple Leaf Inn | | | X | 45 |
| ACCOUNT NO.<br><br>Robert Fecht<br>202 W. 7th St. - Apt. 5<br>Sterling, IL  61081 | X | | Tenant/Residential Lease | | | X | Notice Only |

Sheet no. __30__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ | $ | 5,028
(Total of this page)
Total➤ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,        Case No. _____
　　　　　　　　　**Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3249 <br><br> Roberts Sign Services, Inc. <br> PO Box 765 <br> Memphis, TN  38101 | X | | Consideration: Signage - Days Inn | | | X | 579 |
| ACCOUNT NO. <br><br> Ron Marlier <br> 29086 Meehling Road <br> Rock Falls, IL  61071 | X | | Ray Hagar Investor | | | X | Notice Only |
| ACCOUNT NO. <br><br> Roque andKristina Peneflor <br> 308  13th Avenue <br> Sterling, IL  61081 | X | | Tenant/Residential Lease | | | X | Notice Only |
| ACCOUNT NO. <br><br> Russell & Barbara Swords <br> 1205  8th Ave. <br> Rock Falls, IL  61071 | X | | Ray Hagar Investor | | | X | Notice Only |
| ACCOUNT NO. <br><br> Sabrina and Marco Walker <br> 606 1/2  W. 5th St. <br> Sterling, IL  61081 | X | | Tenant/Residential Lease | | | X | Notice Only |

Sheet no. _31_ of _40_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 579
(Total of this page)
Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,          Case No. _____
        **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sallie Mae<br>PO Box 9500<br>Wilkes-Barre, PA  18773-9500 | | | Consideration: Student Loan | | | | 26,006 |
| ACCOUNT NO.<br><br>Saranda's Furniture Co., Inc.<br>4015 N. Rockwell<br>Chicago, IL  60618 | X | | Consideration: Maple Leaf Inn | | | X | 765 |
| ACCOUNT NO.  06103548<br><br>Sauk Valley Newspapers<br>PO Box 498<br>Sterling, IL  61081 | X | | Consideration: Advertising | | | X | 32 |
| ACCOUNT NO.  4476<br><br>Scholmer Refrigeration<br>1804 Windish Drive<br>Galesburg, IL  61401 | X | | Consideration: HVAC Repairs | | | X | 938 |
| ACCOUNT NO.<br><br>Sean Ryan<br>606 W. 3rd St. - #B<br>Sterling, IL  61081 | X | | Tenant/Residential Lease | | | X | Notice Only |

Sheet no. __32__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal ➤ | $ | 27,741 |
|---|---|---|---|
|  | (Total of this page) | | |
|  | Total ➤ | $ | |
|  | (Use only on last page of the completed Schedule F.) | | |

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,          Case No. _____
　　　　　　　　　　　　**Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  054469337<br><br>Service Solutions<br>PO Box 100494<br>Atlanta, GA  30384 | X | | Consideration: Material Supplier | | | X | 138 |
| ACCOUNT NO.  147-744-593<br><br>Shell<br>PO Box 790070<br>Houston, TX  77279-9070 | | | Consideration: Credit card debt | | | | 428 |
| ACCOUNT NO.<br><br>Shell/CitiBank SD NA<br>PO Box 15687<br>Wilmington, DE  19850 | | | Consideration: Credit card debt | | | | 428 |
| ACCOUNT NO.  003-2033<br><br>Sign Innovations<br>4009 E. 53rd St. - Ste. 103<br>Davenport, IA  52807 | X | | Consideration: Pool Signage - Travelodge | | | X | 691 |
| ACCOUNT NO.  3428230<br><br>Southern Wine & Spirits of Illinois<br>2971 Paysphere Circle<br>Chicago, IL  60674-2971 | | | Consideration: Material Supplier - Maple Leaf Inn | | | | 195 |

Sheet no. _33_ of _40_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $          1,880
(Total of this page)

Total➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,        Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 925122842 <br> Sprint <br> PO Box 88026 <br> Chicago, IL 60680-1206 | X | | Consideration: Telephone | | | X | 705 |
| ACCOUNT NO. 44651 <br> Stern Beverage <br> PO Box 828 <br> Milan, IL 61264 | X | | Consideration: Material Supplier - Maple Leaf Inn | | | X | 89 |
| ACCOUNT NO. 18946-000F <br> Stoerzbach & Morrison <br> PO Box 1328 <br> Galesburg, IL 61402-1328 | X | | Consideration: Legal services | | | X | 225 |
| ACCOUNT NO. <br> Sue Feather <br> 22109 Buell Rd. <br> Sterling, IL 61081 | X | | Ray Hagar Investor | | | X | Notice Only |
| ACCOUNT NO. <br> Tasha & Wilbur Schultz <br> 408 Circle Drive - C <br> Rock Falls, IL 61071 | X | | Tenant/Residential Lease | | | X | Notice Only |

Sheet no. __34__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 1,019
(Total of this page)
Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,        Case No. _____
            **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Terence M. Patton - State's Attorney <br> 307 W. Center Strete <br> Cambridge, IL 61238 | X | | Consideration: Hotel Tax for Deck Motel | | | X | Unknown |
| ACCOUNT NO. 3003 <br><br> The Register-Mail <br> PO Box 310 <br> Galesburg, IL 61402-0310 | X | | Consideration: Material Supplier | | | X | 1,949 |
| ACCOUNT NO. <br><br> The Times Record <br> PO Box 309 <br> Aledo, IL 61231 | X | | Consideration: Advertising | | | X | 57 |
| ACCOUNT NO. 1169142 <br><br> Tiburon Financial, LLC <br> 218A S. 108th Avenue <br> Omaha, NE 68154-2631 | X | | Consideration: Collection on behalf of Geneseo Telephone Co. | | | X | Notice Only |
| ACCOUNT NO. 1850776 <br><br> Traveler Discount Guide <br> 4025 Northwest Sixth Street <br> Gainesville, FL 32609 | X | | Consideration: Advertising - Travelodge | | | X | 4,040 |

Sheet no. 35 of 40 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $        6,046
(Total of this page)
Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,    Case No. _____
           **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  NR0017688 <br><br> Travelodge/Thriftlodge <br> PO Box 360933 <br> Pittsburgh, PA  15251-6933 | X | | Consideration: Maple Leaf Inn | | | X | 4,575 |
| ACCOUNT NO.  IN1492888 <br><br> Travelodge/Thriftlodge <br> PO Box 360933 <br> Pittsburgh, PA  15251-6933 | X | | Consideration: Travelodge | | | X | 122 |
| ACCOUNT NO. <br><br> Tri-City Communications <br> 415 Perry Street <br> Davenport, IA  52801 | X | | Consideration: Intercom system - Maple Leaf Inn | | | X | 3,420 |
| ACCOUNT NO.  13626 <br><br> Tri-City Electric Co. <br> 415 Perry Street <br> Davenport, IA  52801 | X | | Consideration: Subcontractor Maple Leaf Inn | | | X | 485 |
| ACCOUNT NO.  MAPLEL <br><br> Tri-City Equipment Co. <br> 527 W. 4th Street <br> Davenport, IA  52801 | X | | Consideration: Material Supplier - Maple Leaf Inn | | | X | 736 |

Sheet no. _36_ of _40_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     9,338
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,        Case No. _____
                              **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Tri-Co Insurance Service <br> PO Box 66 <br> Geneseo, IL  612154 | X | | Consideration: Insurance | | | X | 2,184 |
| ACCOUNT NO.  3000 <br><br> Tri-State Fire Control, Inc. <br> 2316 Fourth Avenue <br> Moline, IL 61265 | X | | Consideration: Material Supplier - Maple Leaf Inn | | | X | 384 |
| ACCOUNT NO. <br><br> TriLutions Computer & Internet Center <br> PO Box 909 <br> Galesburg, IL  61402-0909 | X | | Consideration: Internet Service @ Days Inn | | | X | 401 |
| ACCOUNT NO.  Various <br><br> UPAC <br> PO Box 212516 <br> Kansas City,M O  64121-2516 | X | | Consideration: Insurance Premium | | | X | 14,815 |
| ACCOUNT NO.  307218 <br><br> US Food Service <br> PO Box 102 <br> Streator, IL 61364 | X | | Consideration: Material Supplier | | | X | 11,050 |

Sheet no. 37  of 40  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal ➤ <br> (Total of this page) | $  28,834 |
| Total ➤ <br> (Use only on last page of the completed Schedule F.) | $ |

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,      Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 000104907 <br><br> USA Today <br> PO Box 2847 <br> Glen Ellyn, IL  60138-2847 | X | | | | | X | 94 |
| ACCOUNT NO. 600290327 <br><br> Verizon Wireless <br> 777 Big Timber Road <br> Elgin, IL  60123 | | | Consideration: Telephone | | | | 552 |
| ACCOUNT NO. 1177932 <br><br> Virginia Surety Co., Inc. <br> 8385 Innovation Way <br> Chicago, IL 60682-0083 | X | | Consideration: Insurance - Maple Leaf Inn | | | X | 70 |
| ACCOUNT NO. 301-0056857-0052-7 <br><br> Waste Management, Inc. <br> PO Box 2506 <br> East Peoria, IL  61611 | X | | Consideration: Rubbish Removal | | | X | 1,963 |
| ACCOUNT NO. 6183506 <br><br> Watkins & Shepard Trucking <br> PO Box 5238 <br> Missoula, Montana 59806-5328 | X | | Consideration: Freight for hauling carpet | | | X | 70 |

Sheet no. _38_ of _40_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $  2,749
(Total of this page)
Total➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,      Case No. _____
　　　　　　　　　　Debtor                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Various<br><br>Wells Fargo Bank<br>200 E. Main Street<br>Galesburg, IL  61401-4798 | X | | Consideration: NSF Fees & Outstanding Checks | | | X | 1,186 |
| ACCOUNT NO.<br><br>William and Kay Abner<br>512 W. 11th St.<br>Rock Falls, IL 61071 | X | | Ray Hagar Investor | | | X | Notice Only |
| ACCOUNT NO.<br><br>William Harmening - Chief Special Agent<br>Illinois Securities Dept.<br>300 W. Jefferson St. - Ste. 300A<br>Springfield,IL 62702 | | | | | | | Notice Only |
| ACCOUNT NO.  4481<br><br>Wilson Paper Co.<br>PO Box 1367<br>Galesburg, IL 61402 | X | | Consideration: Material Supplier | | | X | 703 |
| ACCOUNT NO.<br><br>Winstein, Kavensky & Wallace<br>PO Box 4298<br>Rock Island, IL 61204-4298 | X | | Consideration: Greg Miller | | | X | 1,731 |

Sheet no. __39__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤　$　　　3,620
(Total of this page)

Total ➤　$
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Form B6F - Cont.
(12/03)

Marcia Miller

In re _____,     Case No. _____
              **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  36835 <br><br> Wirth, Inc. <br> 133 E. Exchange St. <br> Geneseo, IL 61254 | X | | Consideration: Repair pool heater - Maple Leaf Inn | | | X | 44 |
| ACCOUNT NO.  976073 <br><br> Worldwide Collections <br> United Mercantile Agencies, Inc. <br> 600 S. 7th Street <br> Louisville, KY  40201-1672 | X | | Consideration: Collection on behalf of Crescent Electric | | | X | Notice Only |
| ACCOUNT NO.  4651 <br><br> Wright Electric, Inc. <br> PO Box 148 <br> Geneseo, IL  61254-0148 | X | | Consideration: Subcontractor - Maple Leaf Inn | | | X | 413 |
| ACCOUNT NO.  812 <br><br> WYEC <br> PO Box 266 <br> Kewanee, IL  61443 | X | | Consideration: Advertising - Maple Leaf Inn | | | X | 327 |
| ACCOUNT NO.  315080077-1012 <br><br> Yellow Pages, Inc. <br> PO Box 60006 <br> Anaheim, CA  92812-6006 | X | | Consideration: Advertising - Maple Leaf Inn | | | X | 179 |

Sheet no. __40__ of __40__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸ | $ | 963
(Total of this page)
Total ▸ | $ | 315,009
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6G
(10/89)

In re ___Marcia Miller_____     Case No. _____
          Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Larry Brill<br>408 Circle Drive - B<br>Rock Falls, IL  61071 | Lease of residence |
| Tasha & Wilbur Schultz<br>408 Circle Drive - C<br>Rock Falls, IL  61071 | Lease of residence |
| Jennifer Soltow<br>208 E. 12th Street<br>Sterling, IL  61081 | Residential Lease |
| Anita McConnell<br>506 W. 3rd Street<br>Sterling, IL  61081 | Residential Lease |
| Sabrina and Marco Walker<br>606 1/2  W. 5th St.<br>Sterling, IL  61081 | Residential Lease |
| Brenda Loomis<br>716  8th AVenue<br>Rock Falls, IL  61071 | Residential Lease |
| Cindy James<br>1002 W. 4th St. - Apt. #2<br>Sterling, IL  61081 | Residential Lease |
| John Newbould<br>1002 W. 4th St. - Apt. 3<br>Sterling, IL  61081 | Residential Lease |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30204

FORM B6G
(10/89)

In re  Marcia Miller
_____

Case No. _____

Debtor

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Bob Ditsworth<br>1002 W. 4th St. - Apt. 5<br>Sterling, IL  61081 | Residential Lease |
| Endelia Dyer<br>1002 W. 4th St. - Apt. 6<br>Sterling, IL  61081 | Residential Lease |
| Charlie Strand<br>1211  9th Avenue<br>Rock Falls, IL  61071 | Residential Lease |
| Pat Whitmer<br>1211  1/2  9th Avenue<br>Rock Falls, IL  61071 | Residential Lease |
| Sean Ryan<br>606 W. 3rd St. - #B<br>Sterling, IL  61081 | Residential Lease |
| Amy and Antonio Hicks<br>1211 W.21st St.<br>Rock Falls, IL  61071 | Residential Lease |
| Laura Brill<br>202 W. 7th St. - #1<br>Sterling, IL  61081 | Residential Lease |
| Barb Preston<br>202 W. 7th St. - Apt. 2<br>Sterling, IL  61081 | Residential Lease |
| Luz Mulero<br>202 W. 7th St. - Apt. 4<br>Sterling, IL  61081 | Residential Lease |
| Robert Fecht<br>202 W. 7th St. - Apt. 5<br>Sterling, IL  61081 | Residential Lease |
| Roque andKristina Peneflor<br>308  13th Avenue<br>Sterling, IL  61081 | Residential Lease |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6G
(10/89)

In re ___Marcia Miller_____    Case No. _____
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| David and Cheryl Israel<br>122 E. 7th Street<br>Kewanee, IL  61443 | Residential Lease |
| Detra Quick<br>115 S. Walnut St.<br>Kewanee, IL  61443 | Residential Lease |
| Meagan Gorman<br>115 1/2 S. Walnut St.<br>Kewanee, IL  61443 | Residential Lease |
| Linda Beck<br>425 Rockwell<br>Kewanee, IL 61443 | Residential Lease |

FORM B6H
(6/90)

In re ___Marcia Miller_____          Case No._____
           Debtor                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6I
12/03

In re Marcia Miller _____ ,          Case No. _____
                    Debtor                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP  No dependents | AGE |

| Employment: Occupation | DEBTOR Correction Leisure Activity Spec | SPOUSE Unemployed |
|---|---|---|
| Name of Employer | Illinois Dept of Corrections | |
| How long employed | 8 years | |
| Address of Employer | 2600 N Brinton Ave | |
| | Dixon, IL 61021 | |

**Income:** (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 5,015 | $ 0 |
| Estimated monthly overtime | $ 0 | $ 0 |
| SUBTOTAL | $ 5,015 | $ 0 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 929 | $ 0 |
| b. Insurance | $ 158 | $ 0 |
| c. Union Dues | $ 47 | $ 0 |
| d. Other (Specify: (D)Retirmenet=$133 & Charity=$20 ) | $ 331 | $ 0 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,465 | $ 0 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 3,550 | $ 0 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0 | $ 0 |
| Income from real property | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ 0 |
| Social security or other government assistance (Specify) _____ | $ 0 | $ 0 |
| Pension or retirement income | $ 0 | $ 0 |
| Other monthly income (Specify) _____ | $ 0 | $ 0 |
| | $ 0 | $ 0 |
| TOTAL MONTHLY INCOME | $ 3,550 | $ 0 |

TOTAL COMBINED MONTHLY INCOME     $ 3,550          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Debtor will no longer receive rental income but strictly wages from employment

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6J
(6/90)

In re _____Marcia Miller_____ ,   Case No. _____
                        Debtor                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 343 |
| Are real estate taxes included? Yes ✓ No | |
| Is property insurance included? Yes ✓ No | |
| Utilities   Electricity and heating fuel | $ 300 |
| Water and sewer | $ 70 |
| Telephone | $ 70 |
| Other | $ 0 |
| Home maintenance (Repairs and upkeep) | $ 50 |
| Food | $ 400 |
| Clothing | $ 100 |
| Laundry and dry cleaning | $ 25 |
| Medical and dental expenses | $ 350 |
| Transportation (not including car payments) | $ 500 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100 |
| Charitable contributions | $ 150 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0 |
| Life | $ 0 |
| Health | $ 0 |
| Auto | $ 90 |
| Other | $ 0 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) Non Dischargeable | $ 17,166 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 0 |
| Other   Student Loan | $ 192 |
| Other | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 |
| Payments for support of additional dependents not living at your home | $ 0 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0 |
| Other   Misc Personal | $ 100 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)     $ 20,006

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ N.A. |
| B. Total projected monthly expenses | $ N.A. |
| C. Excess income (A minus B) | $ N.A. |
| D. Total amount to be paid into plan each ____N.A.____ | $ N.A. |
| (interval) | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## Northern District of Illinois

Marcia Miller

In re _____    Case No. _____
                  Debtor                                          (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A  - Real Property | YES | 4 | $        3,871,500 | | |
| B  - Personal Property | YES | 5 | $             44,542 | | |
| C  - Property Claimed As Exempt | YES | 1 | | | |
| D  - Creditors Holding Secured Claims | YES | 6 | | $        2,165,122 | |
| E  - Creditors Holding Unsecured Priority Claims | YES | 30 | | $           206,000 | |
| F  - Creditors Holding Unsecured Nonpriority Claims | YES | 41 | | $           315,009 | |
| G  - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H  - Codebtors | YES | 1 | | | |
| I  - Current Income of Individual Debtor(s) | YES | 1 | | | $             3,550 |
| J  - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $           20,006 |
| Total Number of Sheets in ALL Schedules ▶ | | 93 | | | |
| Total Assets ▶ | | | 3,916,042 | | |
| Total Liabilities ▶ | | | | 2,686,131 | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

Official Form 6-Cont.
(12/03)

In re    Marcia Miller
_____,    Case No. _____
                          Debtor                                                        (If known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____94_____

sheets and that they are true and correct to the best of my knowledge, information and belief.    (Total shown on summary page plus 1)

Date    October 13, 2005                        Signature    /s/ Marcia Miller
_____                    _____
                                                                        Debtor


Date _____                Signature    Not Applicable
                                                            _____
                                                                  (Joint Debtor, if any)

                                            [If joint case, both spouses must sign]


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                            (Required by 11 U.S.C. § 110(c).)
_____

_____
Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        _____
Signature of Bankruptcy Petition Preparer                          Date


*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form 7
(12/03)

# FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In Re  Marcia Miller
　　　　　(Name)

Debtor

Case No. _____
　　　　　　　　　　　(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| 2005(db) | 38632 | Wages |
| 2004(db) | 47,323 | Wages |
| 2003(db) | 45,042 | Wages |

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2005(nfs) | |
| 2004(nfs) | |
| 2003(nfs) | |

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2004(db) | 142,181 | Rental Income |
| 2003(db) | 78,073 | Rental Income |

**3. Payments to Creditors**

None ☒ a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None ☒ b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Marcia Miller Select Properties | Evictions | | Debtor has been plaintiff in various evictions against former tenants |
| City of Geneso, IL vs. Maple Leaf Inn, Inc., etal 05 AR 95 | Collection | 14th JD Henry County, IL | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Mapes Dairy vs. Maple Leaf Inn 04 SC 346 | Small Claims | Henry County Illinois | Judgment |

None ☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.   Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| Possible embezzlement and theft by Michael Brisson | Former hotel manager | June 2004 - April 2005 |

**9.   Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Bernard J. Natale Bernard J. Natale, Ltd. 6833 Stalter Drive Suite 201 Rockford, IL  61108 | Sept 2005 | $3,000 & Costs |

**10.  Other transfers**

None ☐    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Atip & Ijdean Bajrami<br><br>Relationship: None | June 2005 | Surrender of Maple Leaf Inn assets managed per lease agreement. |
| Joan Crillo<br><br>Relationship: None | Sept 2005 | Crillo deposited $25,000 with debtor's husband requesting investment.  Funds were returned to Crillo approximately 30 days of receipt. |

**11.  Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| First National Bank of Naperville | Checking<br>Closing Balance: Approx $2500 | May 2005 |
| Central Bank of Geneseo | Checking Accounts for Maple Leaf Inn and Select Properties<br>Closing Balance: 0 | June, 2005 |

**12.  Safe deposit boxes**

None ☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None

☐  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604 | Unknown | Unknown |

**14.  Property held for another person**

None

☒  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None

☒

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None

☐

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Days Inn | | | Hotel | 11/04 to 9/05 |
| Maple Leaf Inn, Inc. | | | Hotel | 10/03 to 4/05 |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 – 30204

**19.  Books, record and financial statements**

None    a.      List all bookkeepers and accountants who within the six years immediately preceding the filing of this
☐        bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                DATES SERVICES RENDERED

JK Bookkeeping
1102  7th Avenue
Sterling, IL  61081

Michael Motsinger
706 Spillerton Road
Marion, IL  62959

Jeralyn Wood
1157 W. North St.
Galesburg, IL  61401

Michael Brisson - ID #12518-424
FCI Oxford Federal Correctional
Center
PO Box 1000
Oxford, WI  53952

None    b.      List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒        case have audited the books of account and records, or prepared a financial statement  of the debtor.

NAME                              ADDRESS                    DATES SERVICES RENDERED

None    c.      List all firms or individuals who at the time of the commencement of this case were in possession of the
☒        books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                              ADDRESS

None    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒        financial statement was issued within the two years immediately preceding the commencement of this case by
        the debtor.

NAME AND ADDRESS                                        DATE
                                                        ISSUED

**20.  Inventories**

None  a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
⊠       taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None  b.    List the name and address of the person having possession of the records of each of the two inventories
⊠       reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None  a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Marcia Miller | | 100% |

None  b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐       directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Marcia Miller | Owner | 100% |

**22.  Former partners, officers, directors and shareholders**

None  a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year
⊠       immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation
⊠       terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23.    Withdrawals from a partnership or distribution by a corporation**

None    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒    including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24.    Tax Consolidation Group**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation
☒    of any consolidated group for tax purposes of which the debtor has been a member at any time within the
six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25.    Pension Funds**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒    which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct.

Date    October 13, 2005                    Signature    /s/ Marcia Miller
                                    of Debtor
                                    MARCIA MILLER

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____         _____

Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                               (Required by 11 U.S.C. § 110(c).)

_____

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____         _____

Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*
*11 U.S.C. § 110;  18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

__0__  continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

**Form B8 (Official Form 8)**
**(12/03)**

# Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re    Marcia Miller                                    ,        Case No. _____

                        Debtor

                                                         Chapter         Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a.  Property to Be Surrendered.*

| Description of Property | Creditor's name |
|---|---|
| 309 7th Ave | Sauk Valley Bank |
| 309 7th Ave | Fifth Third Bank |
| 1600 Lake St | Union Federal S&L |
| 414 Ridyard Ave | Union Federal S&L |
| 425 Rockwell | Union Federal S&L |
| 1032 Zang | Union Federal S&L |
| 115 S Walnut | First Federal S&L |
| 122 E 7th St | First S&L |
| 606 W 3rd St | Fifth Third Bank |
| 1211 - 1211 1/2  9th Ave | Sterling Federal |
| 506 - 508 W 3rd St | Sterling Federal |
| 606-606 1/2 W 5th St | Sterling Federal |
| 1211 W 21st St | Sauk Valley Bank |
| 408 Circle Dr | Sauk Valley Bank |
| 716 8th Ave | Sauk Valley Bank |
| 202 W 7th St | Sauk Valley Bank |
| 1002 W 4th St | Sauk Valley Bank |
| 308 13th Ave | Sauk Valley Bank |
| 208 -210 E 12th St | Sauk Valley Bank |
| 3282 N Henderson St | Financial Freedom |
| 3282 N Henderson St | Growth Investment Properties |
| 3282 N Henderson St | Sauk Valley Bank |
| 3282 N Henderson St | IRS |
| Timeshare | Fairfield Inn Timeshare |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30204

Form B8 (Official Form 8) (12/03)
(12/03)

**Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

**(CONTINUATION SHEET)**

In re   Marcia Miller                                                ,

                          Debtor                                Case No. _____

b.  *Property to Be Retained.*                    *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| NONE | | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30204

Date:   October 13, 2005                              /s/ Marcia Miller

                                                      Signature of Debtor        MARCIA MILLER

Form B8 (Official Form 8) (12/03)
(12/03)

**Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

**(CONTINUATION SHEET)**

In re    Marcia Miller                                              ,

Debtor                                    Case No. _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                              (Required by 11 U.S.C. § 110(c).)

_____

_____
Address
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

105.3 KFM-WKAY
PO Box 1227
Galesburg, IL  61402-1227

A&Y Sign, Inc.
PO Box 66
McConnell, IL  52758

A.D. Huesing Corporation
PO Box 6880
Rock Island, IL  61204-6880

Acme Sign Co., Inc.
1504 W. 4th Street
Davenport, IA  52802

Acroprint Time Recorder Co.
5640 Departure Drive
Raleigh, NC  27616-1841

Adam Gentry
2181 S. Oakwood Ave.
Geneseo, IL  61254

Adjan & Atip Bajrami
2511 Locust Street
Sterling, IL  61081

Alexander Lumber Co.
209 W. Exchange St.
Geneseo, IL  61254

Allied Interstate
PO Box 5023
New York, NY  10163

Allied Waste Services
1214 S. Bataan Road
Dixon, IL  61021

Amanda J. Carton
115 W. Exchange St.
Atkins0on, IL  61235

Amber C. Danner
445 E. South St.
Geneseo, IL  61254

Ameren IP
PO Box 2522
Decatur, IL  62525-2522

American
100 S. Milwaukee Avenue
Vernon Hills, IL  60061

American Industrial Door Company
629 Perry Street
Davenport, IA  52803

Amy and Antonio Hicks
1211 W.21st St.
Rock Falls, IL  61071

Amy Smith
2045 E. 117th Drive
North Glenn, CO  80233

Anita McConnell
506 W. 3rd Street
Sterling, IL  61081

Ann F. Scranton
549 N. Aldrich St.
Geneseo, IL  61254

Antoine L. Robinson
2181 S. Oakwood Ave.
Geneseo, IL  61254

Antonia Martinez
224 N. Sommers
Geneseo, IL  61254

Aramark Uniform Service
PO Box 878
East Moline, IL  61244-0878

Ashley Jackson
109 North Williams
Geneseo, IL  612154

Ashley N. Christian
712 Roosevelt Ave.
Kewanee, IL  61443

Ashley Theobald
319 1/2  W. Front St.
Annanwan, IL  61234

Ashworth College
430 Technology Parkway
Norcross, GA  30092

Attorney Jim Blake
303-5 Hill Arcade Building
Galesburg, IL  61401

Aztec Financial
2624 West Magnolia Blvd.
Burbank, CA  91505

Bad Mojo Band
RR Box 172
Toulon, IL  61483

Barash & Everett, LLC
PO Box 1408
Galesburg, IL  61402-1408

Barb Preston
202 W. 7th St. - Apt. 2
Sterling, IL  61081

Barry and Melanie Kirby
16430 EllerdaleLane
Eden Prairie, MN  55346

Becker & Becker, Inc.
101 S. Chicago St.
Geneseo, IL  61254

Becky Stach
601 S. Stewart - Lot 10
Geneseo, IL 61254

Bestor Bros.
1781 River Dr.
East Moline, Il 61244

Betty J. GAlle
888 S. County Desc
Erie, IL 61250

Betty Lou Schaefer
261 Hillcrest Dr.
Geneseo, IL  61254

Beverly Boesen
2011   15th Avenue
Sterling, IL  61081

Billie J. Zoril
700 N. Main
Wyoming, IL  61491

Blackhawk College
301 Avenue of the Cities
East Moline, IL  61244-4038

Bob Ditsworth
1002 W. 4th St. - Apt. 5
Sterling, IL  61081

Boswell Dist. Co.
217 W. Third Street
Kewanee, IL  61443

Brenda Bons
2055 Banks Road
Erie, IL  61250

Brenda Loomis
716  8th AVenue
Rock Falls, IL  61071

Brenda Martin
22120 Carroll Road
Sterling, IL  61081

Brown & Joseph, Ltd.
PO Box 59838
Schaumburg, IL  60159

Business Information Corporation
141 Robert E. Lee - Ste. 580
New Orleans, LA  70124

Candace Haney
112 E. North St.
Geneseo, IL  61254

Carol Drummet
922 Baxter Lane
Freeport, IL  61032

Carolyn Jean Lewis
632 N. Russell
Geneseo, IL  61254

Carpetdirect.com
PO Box 1112
Ringgold, GA  30736

Case, Roberts, Shuttleworth, PC
7500 College Blvd. - 5th Floor
Lighton Tower
Overland Park, KS  66210

Cassandra C. Bevan
PO Box 864
Erie, IL  61250

Cedant Hotel Group
9700 W. Higgins Rd. - Ste. 200
Rosemont, IL  60018

Central Bank Illinois
Elan Financial Services
PO Box 790408
St. Louis, MO  63179-0408

Central Industries, Inc.
11433 Cronridge Drive - Ste. F
Owings Mills, MD  21117

Certified Laboratories
PO Box 2493
Ft. Worth, TX  76113-2493

Charla L. Smith
23450 E. 1200 St.
Geneseo, IL 61254

Charles L. Ricail
305 W. Center St.
Atkinson, IL  61235

Charlie Strand
1211  9th Avenue
Rock Falls, IL  61071

Chastity L. Johnson
101 1/2 W. Exchange - Apt. 7
Cambridge, IL  61238

Chicago Street Decorating Center
1000 S. Chicago Street
Geneseo, IL  61254

Chris Vandersnick
26 Maple City Trailer Ct.
Geneseo, IL  61254

Christina A. Cox
2181 S. Oakwood Avenue
Geneseo, IL  61254

Christina B. Tines
915 S. Center St. - Apt. #4
Geneseo, IL  61254

Christopher S. Worley
1100 Western Avenue
Kewanee, IL  61443

Cindy James
1002 W. 4th St. - Apt. #2
Sterling, IL 61081

Cinthia M. Stoner
100 Independence Dr.
Atkinson, IL 61235

Citi Cards
PO Box 6077
Kansas City, MO 64195

City of Galesburg
PO Box 1589
Galesburg, IL 61402-1589

City of Geneso
% Attorney Virgil A. Thurman
137 S. State St. - Ste. 208
Geneseo, IL 61254

City of Kewanee
401 East Third Street
Kewanee, IL 61443

City of Rock Falls
603 W. 10th Street
Rock Falls, IL 61071-2854

City of Rock Falls
603 W. 10th Street
Rock Falls, IL 61071-2854

Cody W. Sullivan
19705 E. 950 St.
Geneseo, Il 61254

ComEd
Systems Credit Department
2100 Swift Drive
Oakbrook, IL 60523

Cone's Repair Service
2408 40th Avenue
Moline, IL 61265

Country Club Coffee
PO Box 2424
Davenport, IA 52809

Countryside Pool & Spa
119 N. Russell Avenue
Geneseo, IL 61254

Crescent Electric Supply Company
7750 Dunleith Drive
East Dubuque, IL 61025

Cristobal Rodriguez III
2181 S. Oakwood Ave. - Room 219
Geneseo, IL 61254

CRU
218A S. 108th Avenue
Omaha, NE 68154-2631

Crystal L. Young
2181 S.Oakwood Ave - Ste. 2
Geneseo, IL 61254

Crystal Meerryman
702 7th Street
Erie, IL 61250

Customer Service
PO Box 30495
Tampa, FL 33630

D&B RMS
PO Box 523
Richfield, OH 44286

Dan Klein
2181 S. Oakwood Ave. - Apt. 24
Geneseo, IL 61254

Dan Klein
2181 S. Oakwood Avenue - Apt. 24
Geneseo, IL 61254

David A. Moody, Jr.
309 E. South St.
Cambridge, IL 61238

David and Cheryl Israel
122 E. 7th Street
Kewanee, IL 61443

David DeVries
Remax Home Unlimited
931 1st Avenue
Rock Falls, IL 61071

Days Inn Worldwide
PO Box 360536
Pittsburgh, PA 15251-6536

Deborah A. Woods
405 N. Ridge St.
Cambridge, IL 61238

Deborah L. Hashaway
2055 Banks Road
Erie, IL 61250

Debra Sue Blankenship
119 N. Vail
Geneseo, IL 61254

Detra Quick
115 S. Walnut St.
Kewanee, IL 61443

Diana Loerzeh
134 US Highway 6 West
Mineral, IL 61344

Diana R. Stout
120 Main Street
Hillsdale, IL 61257

Discover Financial Network
PO Box 3016
New Albany, OH 43054

Dohrn Transfer Cmpany
623 3rd Avenue
Rock Island, IL 61201

Don O'Brien Plastering
1021 Blackhawk
Beloit, WI 53511

Douglas E. Mitchell
3750 Maxine Rd.
Erie, IL 61250

Dr. Brent C. Nielsen
1005 East 6th St.
Coal Valley, IL 61240

Dr. John A. Miller
408 W. Lincolnway
Morrison, IL 61270

Dr. Ronald & Rebecca Williams
1008 Hilltop Drive
Morrison, IL 61270

DunsDemand
PO Box 5223
Richfield, OH 44286

Dustin A. Radcliff
309 E. South St.
Cambridge, IL 61238

Dustin P. Mulder
516 N. School St.
Atkinson, IL 61235

Ecolab
Ecolab Center
St. Paul, MN 55102

Elan
PO Box 790084
St. Louis, MO 63179-0084

Emily Juchinski
326 N. Vail St.
Geneseo, IL 61254

Emily Reynolds
23232 E. 750th St.
Colona, IL 61241

Endelia Dyer
1002 W. 4th St. - Apt. 6
Sterling, IL 61081

Erick Poffenberger
207 N. Locust Ave.
Forreston, IL 61030

Farster Communications
8014 S. Clinton St.
Dixon, IL 61021

FedEx
US Collection Department
PO Box 94515
Palatine, IL 60094-4515

Felicia H. McClinton
2181 S. Oakwood Ave
Geneseo, IL 61254

Felicia P. Cotes
310 N. Pleasant Street
Cambaridge, IL 61238

Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263

Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263

Financial Freedom
Daniel Muhe
2375 Jefferson Street
Carlsbad, CA 92008

First Federal S&L
101 W Central Blvd
Kewanee, IL 61443

First Federal S&L
101 W Central Blvd
Kewanee, IL 61443

First Federal S&L
101 W Central Blvd
Kewanee, IL 61443

First Financial Services of America, Inc.
PO Box 816
Frankfort, IL 60423

Four Seasons Pest Control
1281 North Henderson Street
Galesburg, IL 61401

Fox River Foods
5030 Baseline Road
Montgomery, IL 60538

Frances L. DeShane
208 W. Locust
Cambridge, IL 61238

Frank Ticas & Carlos Cardona
404 W. 4th St. - Ste. A
Santa Ana, CA 92701

Freedman Anselmo Lindberg & Rappe, LLC
PO Box 3228
Naperville, IL 60566-7228

FRF Leasing
5030 Baseline Road
Montgomery, IL 60538

Galesburg Sign & Lighting, Inc.
1177 Monmouth Blvd.
Galesburg, IL 61401

Gallatin River Communications
PO Box 1800
Galesburg, IL 61402-4522

Garrison Electric
115 W. Exchange St.
Geneseo, IL 61254

Geneseo Chamber of Commerce
107 N. State Street
Geneseo, IL 61254

Geneseo Municipal Utilities
101 S. State St.
Geneseo, IL 61254

Geneseo Rotary Club
PO Box 203
Geneseo, IL 61254

Geneseo Telephone Company
PO Box 330
Geneseo, IL 61254

George M. Desmond
2318 4th St. A
East Moline, IL 61244

Ginger R. Nimick
524 S. Congress
Geneseo, Il 61254

Goodwood Custom Homes, Inc.
6430 Doering Lane
Prophetstown, IL 61277

Gregory A. Miller
113 S. College Ave.
Geneseo, IL 61254

Growth Investment Properties
11752 Garden Grove Blvd. - Ste. 115
Garden Grove, CA 92843

Hammond-Henry Hospital
600 N. College Avenue
Geneseo, IL 61254-1099

Harker's Distribution, Inc.
Box 1308
LeMars, IA 51031

Harley's Wooden Nickel
131 S. State St.
Geneseo, IL 61254

Harvard Collection Services, Inc.
4839 N. Elston AVenue
Chicago, IL 60630-2534

Hasselberg, Williams, Grebe, Snodgrass &
Birdsall
Bank One Bldg. - Ste. 360
124 SW Adams Street
Peoria, IL f61602-1320

Heather Gustafson
2181 S. Oakwood Avenue
Geneseo, IL 61254

Heather Jo Lester
9909 Wolf Rd.
Geneseo, IL 61254

Henry County Advertiser Shopper
108 W. 1st Street
Geneseo, IL 61254

Henry County Treasurer
307 W. Center Stret
Cambridge, IL 61238

Hobart Corporation
1312 N. Harrison Street
Davenport, IA 52803

Holly J. Lentz
309 E. South St.
Cambridge, IL 61238

Honkamp Krueger & Co.
PO Box 699
Dubuque, IA 52004-0699

Hughes Business Telephone
2407 40th Avenue
Moline, IL 61265

IL Dept of Employment Security
PO Box 6996
Chicago, IL 60680-6996

IL Dept of Revenue
211 S. Wyman
Rockford, IL 61101

IL Dept of Revenue
Bankruptcy Section
PO Box 64338
Chicago IL 60664-0338

IL Dept of Revenue
Bankruptcy Section
PO Box 64338
Chicago IL 60664-0338

IL Dept. of Transportation
819 Depot Avenue
Dixon, IL 61021-3500

Illinois American Water
PO Box 578
Alton, IL 62002-0578

Illinois Casualty Company
PO Box 4208
Rock Island, IL 61204-4208

Insight Communications
PO Box 151
Galesburg, IL 61402-0151

Internal Revenue Service
211 S. Court St.
Rockford, IL 61101

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Jacob A. Burton
1882 E. 1870 N
Geneseo, IL 612154

Jacob J. Park
70 Lynwood Ave.
Geneseo, IL 61254

Jacqueline Allen
2181 South Oakwood Avenue
Suite 1
Geneseo, IL 61254

James L.Perrigo
22695 Dorchester Dr.
Geneseo, IL 61254

Jamie L. Kilpatrick
601S. Stewart - #2
Geneseo, IL 61254

Jarred W. Gephart
10868 Wolf Rd.
Geneseo, IL 61254

Jason E. Geeskie
2181 S. Oakwood Avenue
Geneseo, IL 61254

Jennifer Gorman
121 N. Chicago St.
Geneseo, IL 61254

Jennifer Soltow
208 E. 12th Street
Sterling, IL 61081

Jill K. Hanssesn
10868 Wolf Rd.
Geneseo, IL 61254

Joan Wirth
2140 Banks Road
Erie, IL 61250

Joanna F. Nimrick
419 E. Orange St.
Geneseo, Il 61254

Jodi L. Addis
513 E. Orange
Geneseo, IL 61254

Jodie Hanley
112 E. North St.
Geneseo, IL 612154

John Barbre
2181 S. Oakwood Avenue - Room 14
Geneseo, IL 61254

John Miller
200 E. Roosevelt Rd. - #129
Lombard, IL 60148

John Newbould
1002 W. 4th St. - Apt. 3
Sterling, IL 61081

John's Glass Shop
504 Commercial Street
Kewanee, IL 61443

Jolene N. Iannitelli
309 E. South St.
Cambridge, IL 61238

Jonathon D. Klein
2181 S. Oakwood Ave
Geneseo, IL 61254

Joseph G. Heeren
2511 Locust St.
Prophetstown, IL 61277

Joseph Heeren
1032 Zang
Kewanee, IL 61443

Joseph Heeren
1032 Zang
Kewanee, IL 61443

Judge & Dolph, Ltd.,
1620 W. Chanute - Stes A & B
Peoria, IL 61615

Judy Powell
511 E. 3rd St.
Sterling, IL 61081

Kamron Karringotn
9811 W. Charleston Blvd. - Ste. 2-248
Las Vegas, NV 89117

Karen Huett
185 Lakeview Drive
Melrose, FL 32666

Karen R. Carlson
711 5th Avenue
Geneseo, IL 61254

Karen S. Buhler
313 E. South St.
Geneseo, IL 61254

Katherine R. Holman
11666 N. 1000th Ave.
Cambridge, IL 61238

Kathleen A. Sauer
21255 Califa Street
Woodland Hills, CA 91367-5021

Kelly M. Haviland
619 E. Prospect Ct.
Geneseo, IL 61254

Ken Stottler
PO Box 341
Geneseo, IL 61254

Kevin L. Hager
407 12th St.
Sterling, IL 61081

Klavine Motor Co.
119 South Center Street
Geneseo, IL 61254-1337

Knowles Publishing, Inc.
PO Box 911004
Ft Worth, TX 76111-9104

Knox County Treasurer
200 S Cherry Street
Galesburg, IL 61401

Knox County Treasurer
200 S Cherry Street
Galesburg, IL 61401

Knox-Galesburg Symphony
Knox College
Box K-195
Galesburg, IL 61401

Kohl's
P.O. Box 2983
Milwaukee, WI 53201-2093

Kristen M. Reagin
51 Longview Dr.
Geneseo, IL 61254

Kristin L. Littrel
207 S. West St.
Cambridge, IL 61238

Larry Brill
408 Circle Drive - B
Rock Falls, IL 61071

Laura Brill
202 W. 7th St. - #1
Sterling, IL 61081

Liennea Goreth
216 S. Spring St.
Geneseo, IL 61254

Linda Beck
425 Rockwell
Kewanee, IL 61443

Liquidity Solutions, Inc.
One University Plaza - Ste. 312
Hackensack, NJ 07601

Lisa Behrends
1005 East 6th St.
Coal Valley, IL 61240

Lisa Gerhardt
735 N. Aldrich St.
Geneseo, IL 61254

Lisa N. Ross
100 E. Upper St. - Lot #17
Cambridge, IL 61238

Luz Mulero
202 W. 7th St. - Apt. 4
Sterling, IL 61081

Marcia Miller
309 7th Ave.
Sterling, IL 61081

Maria De La Luz Arciego
615 Est.
Kewanee, IL 61443

Marian M. Van Ormer
Box 232
Atkinson, IL 61235

Marilyn Curran
501 South Center
Geneseo, IL 61254

Marilynn T. Curran
501 S. Center St.
Geneseo, IL 61254

Marjorie M. Goepper
126 Southwind Est.
Kewanee, IL 61443

Mark D. Slayton
38 Green Acres
Geneseo, IL 61254

Mary Wienen
306 Bench Street
Galena, IL 61036

Matthew L. Nicholson
205 W. South St.
Cambridge, IL 61238

Meagan Gorman
115 1/2 S. Walnut St.
Kewanee, IL 61443

Mediacom
3900 26th Avenue
Moline, IL 61265-4999

Mel Foster
731 South Tremont
Kewanee, IL 61443

Melissa Johnson
11726 Osco Rd.
Cambridge, IL 61238

Michele M. Rodriguez
306 E. Henry St.
Atkinson, IL 61235

Miller, Lancaster & Walker, PC
PO Box 5354
Sterling, IL 61081

Moline Dispatch Publishing Company, LLC
1720 5th Avenue
Moline, IL 61265-7977

Murphy's Container Service
330 N. Park
Kewanee, IL 61443

Natalie Hongsermeier
236 Evelyn Avenue
Loves Park, IL 61111

Natasha Nilsson
13733 N. 2250 Ave.
Geneseo, IL 61254

Natasha R. Cotton
17029 E. 100th St.
Orion, IL 61273

National By-Products, LLC
PO Box 615
Des Moines, IA 50303-0615

National City
PO Box 2349
Kalamazoo, MI 49003-2349

National Telecommunications
520 Broad Street
Newark, NJ 07102

Nazir Qureshi
605 4th Ave.
Sterling, IL 61081

Network Business Systems, Inc.
23834 E. 1260th St.
Geneseo, IL 61264

Nickole L. Wagner
505 E. Wells
Geneseo, IL 61254

Nicole L. Pratt
2131 W. 3rd St.
Davenport, IA 52802

NiCor Bankruptcy Department
1844 Ferry Road
Naperville, IL 60563

NiCor Bankruptcy Department
1844 Ferry Road
Naperville, IL 60563

NiCor Bankruptcy Department
1844 Ferry Road
Naperville, IL 60563

NiCor Bankruptcy Department
1844 Ferry Road
Naperville, IL 60563

NiCor Bankruptcy Department
1844 Ferry Road
Naperville, IL 60563

NiCor Bankruptcy Department
1844 Ferry Road
Naperville, IL 60563

Noel Feather
723 W. Route 30
Rock Falls, IL 61071

Office Specialists, LLC
PO Box 70
Galesburg, IL 61402-0070

OSF-St. Mary Medical Center
3333 N. Seminary St.
Galesburg,IL 61401-1251

Pamela Kay Rowald
601 S. Steward - #34
Geneseo, IL 61254

Pamela Perrigo
22695 Dorchester Dr.
Geneseo, IL 61254

Pat Warner
226 N Center - Apt. 2
Geneseo, IL 61254

Pat Whitmer
1211 1/2 9th Avenue
Sterling, IL 61071

Patricia K. Weeber
702 7th St.
Erie, IL 61250

Patrick E. Schaefer
PO Box 101
Geneseo, IL 61254

Patty Weber
702 7th St.
Erie, IL 61250

Paul A. Heise
PO Box 461
Atkinson, IL 61235

PCI - Complince Service Dept.
2865 Metropolitan Place
Pomina, CA 91767

Pekin Insurance
2505 Court Street
Pekin, IL 61558-0001

Persona, Inc.
PO Box 210
Watertown, SD  57201-0210

Phillips Lawcare
1215 E. Division Ave.
Watseka, IL  60388

Prairie Waste Service
3945 State Dr.
Bettendorf, IA  52722

Prophetstown Farmers Mutual Ins. Co.
PO Box 95
Prophetstown, IL  61277

Puritan Beverage
820 Sibley Memorial Highway
Mendota Heights, MN  55118

Randi Winfree
519 S. Henry St.
Geneseo, IL  61254

Ray Hagar
16682 Spring Valley Road
Morrison, IL 61270

Raymond A. DePauw
613 S. Oakwood
Geneseo, IL  61254

Rentway
1515 E. Main Street
Galesburg, IL 61401

Restaurant News
PO Box 5038
Brentwood, TN  37024

Richard Porter
1120 Kent St.
Rockford, IL 61102

Robbie L. Wirth
615  13th St.
Erie, IL  61250

Robert DeShane
100 E. Upper St. - Lot 28
Cambaridge, IL 61238

Robert Fecht
202 W. 7th St. - Apt. 5
Sterling, IL  61081

Roberts Sign Services, Inc.
PO Box 765
Memphis, TN  38101

Rodney A. Van Rycke, Sr.
1613 Wike Drive
Rock Falls, IL  61071

Ron Marlier
29086 Meehling Road
Rock Falls, IL  61071

Ronald A. Stetter
49 Meadowbrook Dr.
Geneseo, IL  61254

Ronald E. Lewis
625 S. Olive St.
Geneseo, IL  61254

Ronnie E. Danner
445 E. South St.
Geneseo, IL  61254

Roque andKristina Peneflor
308  13th Avenue
Stelring, IL  61081

Rose M. Dennis
140 Fairview Junkon - Apt. #1
Kewanee, IL  61443

Russell & Barbara Swords
1205  8th Ave.
Rock Falls, IL   61071

Ryan Bell
12 Ponderosa Drive
Colona, IL  61241

Sabrina and Marco Walker
606 1/2  W. 5th St.
Sterling, IL  61081

Sallie Mae
PO Box 9500
Wilkes-Barre, PA  18773-9500

Sandra Gonzales
103 Hollis St.
Kewanee, IL  61443

Sandra M. Graves
PO Box 644
Colona, IL  61241

Saranda's Furniture Co., Inc.
4015 N. Rockwell
Chicago, IL  60618

Sauk Valley Bank
201 W 3rd St
Sterling, IL 61081

Sauk Valley Bank & Trust Co.
PO Box 1063
Sterling, IL  61081

Sauk Valley Bank & Trust Co.
PO Box 1063
Sterling, IL  61081

Sauk Valley Bank & Trust Co.
PO Box 1063
Sterling, IL  61081

Sauk Valley Bank & Trust Co.
PO Box 1063
Sterling, IL  61081

Sauk Valley Bank & Trust Co.
PO Box 1063
Sterling, IL  61081

Sauk Valley Bank & Trust Co.
PO Box 1063
Sterling, IL  61081

Sauk Valley Bank & Trust Co.
PO Box 1063
Sterling, IL  61081

Sauk Valley Bank & Trust Co.
PO Box 1063
Sterling, IL  61081

Sauk Valley Bank & Trust Co.
PO Box 1063
Sterling, IL  61081

Sauk Valley Bank & Trust Co.
PO Box 1063
Sterling, IL  61081

Sauk Valley Newspapers
PO Box 498
Sterling, IL  61081

Scholmer Refrigeration
1804 Windish Drive
Galesburg, IL  61401

Sean Ryan
606 W. 3rd St. - #B
Sterling, IL  61081

Service Solutions
PO Box 100494
Atlanta, GA  30384

Shawn P. Murphy
101 1/2  W. Exchange
Cambridge, IL  61238

Sheanna D. Brooks
17225 E. 1500th St.
Geneseo, IL  61254

Shell
PO Box 790070
Houston, TX  77279-9070

Shell/CitiBank SD NA
PO Box 15687
Wilmington, DE  19850

Sheri Ballard
13660 Van Damme Rd.
Prophetstown, IL  61277

Shirley A. Fletcher
17284  45th St.
Mineral, IL  61344

Shronda E. Johnson
602 Jackson St.
Prophetstown, IL  61277

Sign Innovations
4009 E. 53rd St. - Ste. 103
Davenport, IA  52807

Sindi R. Krause
115 W. Exchange St.
Atkinson, IL  61235

Southern Wine & Spirits of Illinois
2971 Paysphere Circle
Chicago, IL  60674-2971

Spencer L. Dragolovich
504 S. Oakwood
Geneseo, IL  61254

Sprint
PO Box 88026
Chicago, IL  60680-1206

Stella M. Sherbeyn
412 W. View Dr.
Box 22
Atkinson, IL  61235

Sterling Federal Savings
110 E. 4th Street
Sterling, IL  61081

Sterling Federal Savings
110 E. 4th Street
Sterling, IL  61081

Stern Beverage
PO Box 828
Milan, IL  61264

Steven A. Loftus
17119 N. 2250 Avenue
Geneseo, IL  61254

Steven L. Morgan
117 E. South St.
Geneseo, IL  61254-1758

Steven Murphy
101 1/2  W. Exchange -#4
Cambridge, IL  61238

Stoerzbach & Morrison
PO Box 1328
Galesburg, IL  61402-1328

Sue Feather
22109Buell Rd.
Sterling, IL  61081

Susan K. Ricail
305 W. Center St.
Atkinson, IL  61235

Tammy J. Williams
PO Box 47
Atkinson, IL 61235

Tasha & Wilbur Schultz
408 Center Drive
Rock Falls, IL 61071

Terence M. Patton - State's Attorney
PO Box 188
Cambridge, IL 61238

The Register-Mail
PO Box 310
Galesburg, IL 61402-0310

The Times Record
PO Box 309
Aledo, IL 61231

Thomas W. Johnson
23553 N. 2900 Avenue
Prophetstown, IL 61277

Tia M. Mariman
755 Dilenbeck Dr. - Apt. 1
Geneseo, IL 61254

Tiburon Financial, LLC
218A S. 108th Avenue
Omaha, NE 68154-2631

Timothy Perrigo
22695 Dorchester Dr.
Geneseo, IL 61254

Toni N. Chandler
101 1/2 W. Exchange
Cambridge, IL 61238

Traveler Discount Guide
4025 Northwest Sixth Street
Gainesville, FL 32609

Travelodge/Thriftlodge
PO Box 360933
Pittsburgh, PA 15251-6933

Travelodge/Thriftlodge
PO Box 360933
Pittsburgh, PA 15251-6933

Tri-City Communications
415 Perry Street
Davenport, IA 52801

Tri-City Electric Co.
415 Perry Street
Davenport, IA 52801

Tri-City Equipment Co.
527 W. 4th Street
Davenport, IA 52801

Tri-Co Insurance Service
PO Box 66
Geneseo, IL 612154

Tri-State Fire Control, Inc.
2316 Fourth Avenue
Moline, IL 61265

TriLutions Computer & Internet Center
PO Box 909
Galesburg, IL 61402-0909

Union Federal S&L
104 N Tremont
Kewanee, IL 61443

Union Federal S&L
104 N Tremont
Kewanee, IL 61443

Union Federal S&L
104 N Tremont
Kewanee, IL 61443

Union Federal S&L
104 N Tremont
Kewanee, IL 61443

Union Federal S&L
104 N Tremont
Kewanee, IL 61443

UPAC
PO Box 212516
Kansas City,M O 64121-2516

US Food Service
PO Box 102
Streator, IL 61364

USA Today
PO Box 2847
Glen Ellyn, IL 60138-2847

Valari L. Baumberger
2181 S. Oakwood Avenue - Ste. 3
Geneseo, IL 61254

Vanessa Hurtt
2437 W. Adams
St. Charles, MO 63031

Verizon Wireless
777 Big Timber Road
Elgin, IL 60123

Virginia Surety Co., Inc.
8385 Innovation Way
Chicago, IL 60682-0083

Waste Management, Inc.
PO Box 2506
East Peoria, IL 61611

Watkins & Shepard Trucking
PO Box 5238
Missoula, Montana 59806-5328

Wells Fargo Bank
200 E. Main Street
Galesburg, IL  61401-4798

William and Kay Abner
112 W. 14th St.
Rock Falls, IL  61071

William Harmening - Chief Special Agent
Ill. Securities Dept.
300 W. Jefferson St. - Ste. 300A
Springfield, IL  62702

William R. Saulnier
223 W. Holmes
Cambridge, IL  61238

Wilson Paper Co.
PO Box 1367
Galesburg, IL  61402

Winstein, Kavensky & Wallace
PO Box 4298
Rock Island, IL  61204-4298

Wirth, Inc.
133 E. Exchange St.
Geneseo, IL 61254

Worldwide Collections
United Mercantile Agencies, Inc.
600 S. 7th Street
Louisville, KY  40201-1672

Wright Electric, Inc.
PO Box 148
Geneseo, IL  61254-0148

WYEC
PO Box 266
Kewanee, IL  61443

Yellow Pages, Inc.
PO Box 60006
Anaheim, CA  92812-6006

Zeb A. Holewet
12424 Wolf Rd.
Geneseo, IL  612514

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois

In re   Marcia Miller

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................................  $ _____3,000___

Prior to the filing of this statement I have received ........……………............  $ _____3,000___

Balance Due ...........................................……………………………...............  $ _____0___

2.   The source of compensation paid to me was:

  ☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

  ☐ Debtor          ☑ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

  ☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
  c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

October 13, 2005                                          /s/ Bernard J. Natale
_____          _____
         Date                                             Signature of Attorney

                                                   Bernard J. Natale, Ltd.
                                                 _____
                                                        Name of law firm

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30204