**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MILLER, MARCIA | § | Case No. 05-77123 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 15, 2005. The undersigned trustee was appointed on October 15, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         46,553.59

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 6,435.00 |
   | Administrative expenses | 13,053.38 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 27,065.21 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/21/2006 and the deadline for filing governmental claims was 04/21/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,405.36. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,405.36, for a total compensation of $5,405.36.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $275.00, for total expenses of $275.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/19/2010          By:/s/BRADLEY J. WALLER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-77123
Case Name: MILLER, MARCIA
Trustee Name: BRADLEY J. WALLER

**Balance on hand:** $ 27,065.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 27,065.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 5,405.36 | 0.00 | 5,405.36 |
| Trustee, Expenses - BRADLEY J. WALLER | 275.00 | 0.00 | 275.00 |
| Accountant for Trustee, Fees - LEE G. SCHWENDNER, CPA | 2,250.00 | 0.00 | 2,250.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses: $ 8,180.36
Remaining balance: $ 18,884.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 18,884.85

**UST Form 101-7-TFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $37,767.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE | 115.17 | 0.00 | 54.61 |
|  | INTERNAL REVENUE SERVICE | 26.92 | 0.00 | 12.76 |
|  | INTERNAL REVENUE SERVICE | 37.15 | 0.00 | 17.62 |
|  | INTERNAL REVENUE SERVICE | 37.15 | 0.00 | 17.62 |
| 7 | Frances L. DeShane | 344.00 | 0.00 | 344.00 |
| 12 | Ronald A. Stetter | 348.50 | 0.00 | 348.50 |
| 14 | Illinois Department of Revenue | 10,000.00 | 0.00 | 4,741.68 |
| 43 | Marilyn Curran | 194.00 | 0.00 | 194.00 |
| 47 | Emily Juchinski | 172.00 | 0.00 | 172.00 |
| 52 | Ashley Theobald | 280.00 | 0.00 | 280.00 |
| 53 | Diana Loerzeh | 316.00 | 0.00 | 316.00 |
| 58 | Robert DeShane | 203.00 | 0.00 | 203.00 |
| 59S | Internal Revenue Service | 400.00 | 0.00 | 189.67 |
| 82P | IL Dept of Employment Security | 13,434.28 | 0.00 | 6,370.10 |
| 83P | IL Dept of Employment Security | 11,859.29 | 0.00 | 5,623.29 |

Total to be paid for priority claims: $ 18,884.85
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,058,224.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Service Solutions | 138.20 | 0.00 | 0.00 |
| 2 | Universal Premium Acceptance Corp c/o Keith J Shuttleworth | 2,039.57 | 0.00 | 0.00 |
| 3 | Sallie Mae Trust | 25,995.37 | 0.00 | 0.00 |
| 4 | Klavine Motor Co. | 502.50 | 0.00 | 0.00 |
| 5 | Illinois Power Co | 9,421.58 | 0.00 | 0.00 |

UST Form 101-7-TFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 8 | American Industrial Door Company | 3,168.89 | 0.00 | 0.00 |
| 10 | American Hotel Register Co | 2,436.84 | 0.00 | 0.00 |
| 11 | Geneseo Telephone Company | 231.67 | 0.00 | 0.00 |
| 13 | Zenith Insurance Co | 1,628.00 | 0.00 | 0.00 |
| 16 | Cone's Repair Service | 606.07 | 0.00 | 0.00 |
| 18 | Allied Waste Services | 84.48 | 0.00 | 0.00 |
| 19 | Allied Waste Services | 141.68 | 0.00 | 0.00 |
| 20 | City of Kewanee | 519.76 | 0.00 | 0.00 |
| 21 | Phillips Lawncare | 468.00 | 0.00 | 0.00 |
| 22 | Sauk Valley Newspapers | 68.58 | 0.00 | 0.00 |
| 23 | Ecolab | 8,158.80 | 0.00 | 0.00 |
| 24 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | 1,721.81 | 0.00 | 0.00 |
| 25 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | 1,721.81 | 0.00 | 0.00 |
| 26 | Nazir Qureshi | 85,000.00 | 0.00 | 0.00 |
| 27 | Henry County Advertiser Shopper | 3,397.39 | 0.00 | 0.00 |
| 28 | Roque andKristina Peneflor | 400.00 | 0.00 | 0.00 |
| 29 | Frances L. DeShane | 344.00 | 0.00 | 0.00 |
| 30 | Harker's Distribution, Inc. | 100.00 | 0.00 | 0.00 |
| 31 | Garrison Electric | 170.44 | 0.00 | 0.00 |
| 33 | Illinois American Water | 56.61 | 0.00 | 0.00 |
| 34 | Barry and Melanie Kirby | 100,000.00 | 0.00 | 0.00 |
| 35 | Erick Poffenberger | 12,000.00 | 0.00 | 0.00 |
| 36 | Mary Wienen | 15,000.00 | 0.00 | 0.00 |
| 38 | Ronald A. Stetter | 348.50 | 0.00 | 0.00 |
| 39 | Federal Express Corp | 248.26 | 0.00 | 0.00 |
| 40 | Kohl's Department Store | 357.70 | 0.00 | 0.00 |
| 41 | Helen F Behrends | 80,000.00 | 0.00 | 0.00 |
| 42 | Lisa Behrends | 25,000.00 | 0.00 | 0.00 |
| 44 | Galesburg Sign & Lighting, Inc. | 5,225.00 | 0.00 | 0.00 |
| 45 | Citibank (South Dakota) | 7,743.28 | 0.00 | 0.00 |
| 48 | Days Inn Worldwide Inc c/o David S Catuogno Esq | 11,682.16 | 0.00 | 0.00 |
| 49 | Travelodge Hotels c/o David S Catuogno Esq | 55,959.40 | 0.00 | 0.00 |
| 50 | Saranda's Furniture Co., Inc. | 10,000.00 | 0.00 | 0.00 |

UST Form 101-7-TFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 54 | Verizon Wireless Midwest/AFNI | 21.27 | 0.00 | 0.00 |
| 55 | Verizon Wireless Midwest/AFNI | 434.29 | 0.00 | 0.00 |
| 56 | Allied Waste Services | 84.48 | 0.00 | 0.00 |
| 57 | Allied Waste Services | 141.68 | 0.00 | 0.00 |
| 59U | Internal Revenue Service | 100.00 | 0.00 | 0.00 |
| 60 | Goodwood Custom Homes, Inc. | 3,328.75 | 0.00 | 0.00 |
| 61 | Virginia Surety Co., Inc. | 1,732.77 | 0.00 | 0.00 |
| 62 | Sauk Valley Bank & Trust Co. | 5,092.02 | 0.00 | 0.00 |
| 73 | Noel and Sue Feather | 195,000.00 | 0.00 | 0.00 |
| 74 | Russell and Barbara Swords | 20,000.00 | 0.00 | 0.00 |
| 75 | William and Beverly Boesen | 10,000.00 | 0.00 | 0.00 |
| 76 | William and Kay Abner c/o Ward, Murray, Pace & Johnson | 24,000.00 | 0.00 | 0.00 |
| 77 | Carol Drummet c/o Ward, Murray, Pace & Johnson | 90,000.00 | 0.00 | 0.00 |
| 78 | Lois Drummet c/o Ward, Murray, Pace & Johnson, P.C. | 10,000.00 | 0.00 | 0.00 |
| 79 | John and Brenda Martin c/o Ward, Murray, Pace & Johnson, P.C | 33,000.00 | 0.00 | 0.00 |
| 80 | Ron Marlier Ward, Murray, Pace & Johnson | 150,000.00 | 0.00 | 0.00 |
| 81 | Amy Smith c/o Ward, Murray, Pace & Johnson | 20,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 600.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 82U | IL Dept of Employment Security | 220.00 | 0.00 | 0.00 |
| 83U | IL Dept of Employment Security | 380.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)

Case 05-77123   Doc 153   Filed 12/09/10   Entered 12/09/10 15:24:06   Desc Main
Document   Page 8 of 16

Exhibit A
Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-77123
Case Name: MILLER, MARCIA
Period Ending: 11/19/10

Trustee: (330501) BRADLEY J. WALLER
Filed (f) or Converted (c): 10/15/05 (f)
§341(a) Meeting Date: 12/09/05
Claims Bar Date: 04/21/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE-309 7TH AVE, STERLING | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | RENTAL PROPERTY- 1600 LAKE ST. KEWANEE | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | RENTAL PROPERTY-414 RIDYARD AVE, KEWANEE | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | RENTAL PROPERTY-425 ROCKWELL, KEWANEE | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | RENTAL PROPERTY-1032 ZANG, KEWANEE | 29,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | RENTAL PROPERTY-115 S. WALNUT, KEWANEE | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | RENTAL PROPERTY-122 E. 7TH ST, KEWANEE | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | RENTAL PROPERTY-606 W 3RD ST, STERLING | 59,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | RENTAL PROPERTY-1211-1211 1/2 9TH AVE ROCK FALLS | 55,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | RENTAL PROPERTY-506-508 W. 3RD ST, STERLING | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | RENTAL PROPERTY-606-606 1/2 W 5TH, STERLING | 55,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | RENTAL PROPERTY-1211 W 21 ST, ROCK FALLS | 49,000.00 | 0.00 | OA | 0.00 | FA |
| 13 | RENTAL PROPERTY-213 1ST AVE, ROCK FALLS | 30,000.00 | 0.00 | OA | 0.00 | FA |
| 14 | RENTAL PROPERTY-408 CIRCLE DR, ROCK FALLS | 125,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | RENTAL PROPERTY-716 8TH AVE, ROCK FALLS | 26,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | RENTAL PROPERTY-202 W 7TH ST, STERLING | 95,000.00 | 0.00 | OA | 0.00 | FA |
| 17 | RENTAL PROPERTY-1002 W 4TH ST., STERLING | 87,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | RENTAL PROPERTY-308 13TH AVE, STERLING | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 19 | RENTAL PROPERTY-208-210 E 12TH ST, STERLING | 59,500.00 | 0.00 | OA | 0.00 | FA |
| 20 | DAYS INN & SUITES, GALESBURG | 2,900,000.00 | 34,800.00 | | 34,800.00 | FA |
| 21 | CHECKING ACCOUNT-SELECT EMPLOYEES CU | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | CHECKING ACCOUNT-SAUK VALLEY BANK | 10.00 | 0.00 | DA | 0.00 | FA |
| 23 | SAVINGS ACCOUNT-SELECT EMPLOYEES CU | 25.00 | 0.00 | DA | 0.00 | FA |
| 24 | SAVING ACCOUNT-SAUK VALLEY BANK | 10.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-77123  
Case Name: MILLER, MARCIA  
Period Ending: 11/19/10

Trustee: (330501) BRADLEY J. WALLER  
Filed (f) or Converted (c): 10/15/05 (f)  
§341(a) Meeting Date: 12/09/05  
Claims Bar Date: 04/21/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | CHECKING ACCOUNT-WELLS FARGO BANK | 0.00 | 0.00 | DA | 0.00 | FA |
| 26 | AMEREN IP-DAYS INN & SUITES | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | CITY OF GENESEO | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 28 | AMEREN IP-115 S. WALNUT, KEWANEE | 442.00 | 0.00 | DA | 0.00 | FA |
| 29 | NICOR-1002 W 4TH ST, STERLING | 200.00 | 0.00 | DA | 0.00 | FA |
| 30 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 31 | WEARING APPAREL | 250.00 | 0.00 | DA | 0.00 | FA |
| 32 | JEWELRY | 500.00 | 0.00 | DA | 0.00 | FA |
| 33 | TERM INSURANCE | 1.00 | 0.00 | DA | 0.00 | FA |
| 34 | ILLINOIS DEFERRED COMPENSATION PLAN | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 35 | ILLINOIS STATE RETIREMENT SYSTEM | Unknown | 0.00 | DA | 0.00 | FA |
| 36 | STOCKS & INTERESTS-MAPLE LEAF INN, INC | Unknown | 0.00 | DA | 0.00 | FA |
| 37 | STOCKS & INTERESTS-DAYS INN-GALESBURG, LLC | Unknown | 0.00 | DA | 0.00 | FA |
| 38 | POSSIBLE BREACH OF CONTRACT CLAIM | Unknown | 0.00 | DA | 0.00 | FA |
| 39 | POSSIBLE CLAIM FOR EMBEZZLEMENT AND FRAUD | Unknown | 0.00 | DA | 0.00 | FA |
| 40 | 2000 SATURN | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 41 | 1995 CHEVY S-10 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 42 | 1983 SUZUKI MOTORCYCLE | 0.00 | 0.00 | DA | 0.00 | FA |
| 43 | HOME COMPUTER | 100.00 | 0.00 | DA | 0.00 | FA |
| 44 | 4 CATS | 4.00 | 0.00 | DA | 0.00 | FA |
| 45 | TIMESHARE-ORLANDO, FL | Unknown | 0.00 | DA | 0.00 | FA |
| 46 | RENT RECEIPTS (u) | 0.00 | 11,360.00 | | 11,360.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 393.59 | Unknown |
| 47 | Assets    Totals (Excluding unknown values) | $3,916,042.00 | $46,160.00 | | $46,553.59 | $0.00 |

**Major Activities Affecting Case Closing:**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-77123  
**Case Name:** MILLER, MARCIA  
**Period Ending:** 11/19/10

**Trustee:** (330501)  BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 10/15/05 (f)  
**§341(a) Meeting Date:** 12/09/05  
**Claims Bar Date:** 04/21/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**  December 31, 2007   **Current Projected Date Of Final Report (TFR):**  March 31, 2010

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-77123 | | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|---|
| Case Name: | MILLER, MARCIA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****06-65 - Money Market Account |
| Taxpayer ID #: | **-***4469 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/19/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/14/05 | {46} | John Newbould-1002 W. 4th St. Sterling | Rent -Apt. 3 | 1222-000 | 365.00 | | 365.00 |
| 11/14/05 | {46} | Kristina Castillo-308 13th Ave, Sterling | Rent | 1222-000 | 380.00 | | 745.00 |
| 11/14/05 | {46} | Amy Hicks-1221 W.21st St, Rock Falls | Rent | 1222-000 | 405.00 | | 1,150.00 |
| 11/14/05 | {46} | Patricia Whitmer-1211 1/2 9th Ave,RockFa | Rent | 1222-000 | 225.00 | | 1,375.00 |
| 11/14/05 | {46} | Joseph Rivera-1501 Buell Rd, RockFalls | Rent - for Pat Whitner (first half) | 1222-000 | 225.00 | | 1,600.00 |
| 11/14/05 | {46} | Linda Beck-425 Rockwell, Kewanee | Rent | 1222-000 | 400.00 | | 2,000.00 |
| 11/14/05 | {46} | Robert Fecht-202 W.7th, Sterling | Rent- Apt. 5 | 1222-000 | 350.00 | | 2,350.00 |
| 11/14/05 | {46} | Anita McConnell-506 W 3rd, Sterling | Rent | 1222-000 | 440.00 | | 2,790.00 |
| 11/14/05 | {46} | Delia Dyer-1002 W 4th, Sterling | Rent-Apt. 6 | 1222-000 | 375.00 | | 3,165.00 |
| 11/14/05 | {46} | Cindy James-1002 W. 4th Street, Sterling | Rent | 1222-000 | 380.00 | | 3,545.00 |
| 11/18/05 | {46} | Carla Wagner-301 E 9th, Rock Falls | Rent | 1222-000 | 300.00 | | 3,845.00 |
| 11/18/05 | {46} | Marcia Miller for 408 Circle Dr. Apt. D | Rent- for Mike & Sandy Helm | 1222-000 | 395.00 | | 4,240.00 |
| 11/28/05 | {46} | Charlie Strand | Rent | 1222-000 | 150.00 | | 4,390.00 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.90 | | 4,390.90 |
| 12/02/05 | {46} | Charlie Strand-1211 9th Ave Rock Falls | Rent | 1222-000 | 150.00 | | 4,540.90 |
| 12/02/05 | {46} | Joseph A. Rivera for Pat Whitner | Rent | 1222-000 | 225.00 | | 4,765.90 |
| 12/06/05 | {46} | John A. Newbould | Rent | 1222-000 | 365.00 | | 5,130.90 |
| 12/06/05 | {46} | Linda L. Beck | Rent | 1222-000 | 400.00 | | 5,530.90 |
| 12/08/05 | {46} | Joseph Rivera | Rent for Pat Whitner | 1222-000 | 225.00 | | 5,755.90 |
| 12/08/05 | {46} | Amy J. Hicks | Rent | 1222-000 | 550.00 | | 6,305.90 |
| 12/12/05 | {46} | Anita A. McConnell | Rent | 1222-000 | 440.00 | | 6,745.90 |
| 12/12/05 | {46} | Mike & Sandy Helm | Rent (2 months) | 1222-000 | 790.00 | | 7,535.90 |
| 12/19/05 | 1001 | Sterling Federal Bank, F.S. B | Payment of Rent Collected and turned over to Secured Creditor | 4110-000 | | 2,080.00 | 5,455.90 |
| 12/19/05 | 1002 | Sauk Valley Bank & Trust Co. | Payment of Rent collected and turned over to Secured Creditor | 4110-000 | | 4,355.00 | 1,100.90 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.29 | | 1,104.19 |
| 01/31/06 | {46} | Joseph Rivera | Rent for Pat Whitmer | 1222-000 | 225.00 | | 1,329.19 |
| 01/31/06 | {46} | Linda Beck | Rent | 1222-000 | 400.00 | | 1,729.19 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.85 | | 1,731.04 |

Subtotals :    $8,166.04    $6,435.00

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 05-77123
Case Name: MILLER, MARCIA

Taxpayer ID #: **-***4469
Period Ending: 11/19/10

Trustee: BRADLEY J. WALLER (330501)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****06-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/09/06 | {46} | Mary H. Musyl | Rent for Robert Ditsworth | 1222-000 | 300.00 | | 2,031.04 |
| 02/09/06 | 1003 | First Glass | Payment for parts and labor to board up commercial door opening at Days Inn | 2420-000 | | 151.60 | 1,879.44 |
| 02/13/06 | {46} | Linda Beck | Rent | 1222-000 | 400.00 | | 2,279.44 |
| 02/17/06 | {46} | JP MORGAN CHASE BANK | NSF- check #1406 by Mary H. Musyl returned for non sufficient funds | 1222-000 | -300.00 | | 1,979.44 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.01 | | 1,980.45 |
| 03/15/06 | {46} | Linda Beck | Rent | 1222-000 | 400.00 | | 2,380.45 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.29 | | 2,381.74 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.51 | | 2,383.25 |
| 05/19/06 | {20} | American Auction Associates, Inc. | Gross Auction Proceeds from Sale of Hotel (Furniture and Equipment) | 1110-000 | 34,800.00 | | 37,183.25 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.49 | | 37,191.74 |
| 06/21/06 | 1004 | American Auction Associates, Inc. | Payment for Expenses per court order of 06/19/2006 | 3620-000 | | 12,647.66 | 24,544.08 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.46 | | 24,568.54 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.03 | | 24,588.57 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.71 | | 24,605.28 |
| 09/14/06 | {46} | Linda Beck | Rent payment | 1222-000 | 400.00 | | 25,005.28 |
| 09/14/06 | {46} | Linda Beck | Rent payment | 1222-000 | 400.00 | | 25,405.28 |
| 09/14/06 | {46} | Linda Beck | Rent payment | 1222-000 | 400.00 | | 25,805.28 |
| 09/14/06 | {46} | Linda Beck | Rent payment | 1222-000 | 400.00 | | 26,205.28 |
| 09/14/06 | {46} | Linda Beck | Rent payment | 1222-000 | 400.00 | | 26,605.28 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.16 | | 26,621.44 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.66 | | 26,640.10 |
| 11/02/06 | 1005 | Ed's Heating, A/C, PLB, EL Inc | Payment for Invoice # 48626, Service call for Basement Floor Backed up with Sewage. | 2420-000 | | 60.00 | 26,580.10 |
| 11/13/06 | {46} | Linda L. Beck | Rent payment | 1222-000 | 400.00 | | 26,980.10 |
| 11/13/06 | 1006 | H & H Sewer & Drain Cleaning Service | Payment for Invoice dated 10/31/2006 at 425 Rockwell | 2420-000 | | 175.00 | 26,805.10 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.61 | | 26,822.71 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.04 | | 26,839.75 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.89 | | 26,857.64 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.38 | | 26,871.02 |
| 03/01/07 | 1007 | BRADLEY J. WALLER | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-77123 Voided on 03/01/07 | 2300-000 | | ! 19.12 | 26,851.90 |

Subtotals: $38,174.24   $13,053.38

{} Asset reference(s)    !-Not printed or not transmitted

Printed: 11/19/2010 09:59 AM   V.12.54

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-77123 | | Trustee: | BRADLEY J. WALLER (330501) |
| Case Name: | MILLER, MARCIA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*06-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*4469 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/19/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/07 | 1007 | BRADLEY J. WALLER | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-77123<br>Voided: check issued on 03/01/07 | 2300-000 | | !   -19.12 | 26,871.02 |
| 03/01/07 | 1008 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-77123 | 2300-000 | | 19.12 | 26,851.90 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.34 | | 26,866.24 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.82 | | 26,881.06 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.83 | | 26,895.89 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.88 | | 26,909.77 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.32 | | 26,925.09 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.85 | | 26,939.94 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.42 | | 26,953.36 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.83 | | 26,969.19 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.03 | | 26,983.22 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 13.74 | | 26,996.96 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 12.34 | | 27,009.30 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.54 | | 27,014.84 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.01 | | 27,019.85 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.76 | | 27,023.61 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.38 | | 27,026.99 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.43 | | 27,030.42 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.43 | | 27,033.85 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.21 | | 27,037.06 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.54 | | 27,040.60 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.94 | | 27,043.54 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.12 | | 27,045.66 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.91 | | 27,047.57 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 27,048.67 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.03 | | 27,049.70 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 27,050.87 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 27,051.97 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 27,053.03 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 27,054.20 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 27,055.34 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 27,056.48 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 27,057.58 |

Subtotals :   $205.68   $0.00

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 11/19/2010 09:59 AM   V.12.54

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 05-77123 | Trustee: BRADLEY J. WALLER (330501) |
| Case Name: MILLER, MARCIA | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: \*\*\*-\*\*\*\*\*06-65 - Money Market Account |
| Taxpayer ID #: \*\*-\*\*\*4469 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 11/19/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 27,058.68 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 27,059.82 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 27,060.96 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 27,062.02 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.03 | | 27,063.05 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 27,064.26 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.18 | | 27,064.44 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*0665 | Wire out to BNYM account 9200\*\*\*\*\*\*0665 | 9999-000 | -27,064.44 | | 0.00 |
| | | | ACCOUNT TOTALS | | 19,488.38 | 19,488.38 | $0.00 |
| | | | Less: Bank Transfers | | -27,064.44 | 0.00 | |
| | | | Subtotal | | 46,552.82 | 19,488.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $46,552.82 | $19,488.38 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-77123 | | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|---|
| Case Name: | MILLER, MARCIA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******06-65 - Money Market Account |
| Taxpayer ID #: | **-***4469 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/19/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******0665 | Wire in from JPMorgan Chase Bank, N.A. account *******0665 | 9999-000 | 27,064.44 | | 27,064.44 |
| 04/21/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.77 | | 27,065.21 |
| 04/21/10 | | To Account #9200******0666 | | 9999-000 | | 27,065.21 | 0.00 |
| | | | ACCOUNT TOTALS | | 27,065.21 | 27,065.21 | $0.00 |
| | | | Less: Bank Transfers | | 27,064.44 | 27,065.21 | |
| | | | Subtotal | | 0.77 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.77 | $0.00 | |

{} Asset reference(s)

Printed: 11/19/2010 09:59 AM   V.12.54

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 05-77123 | | Trustee: | BRADLEY J. WALLER (330501) |
| Case Name: | MILLER, MARCIA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******06-66 - Checking Account |
| Taxpayer ID #: | **-***4469 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/19/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/10 | | From Account #9200******0665 | | 9999-000 | 27,065.21 | | 27,065.21 |
| | | | ACCOUNT TOTALS | | 27,065.21 | 0.00 | $27,065.21 |
| | | | Less: Bank Transfers | | 27,065.21 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****06-65 | 46,552.82 | 19,488.38 | 0.00 |
| MMA # 9200-******06-65 | 0.77 | 0.00 | 0.00 |
| Checking # 9200-******06-66 | 0.00 | 0.00 | 27,065.21 |
| | $46,553.59 | $19,488.38 | $27,065.21 |