**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MILLER, MARCIA | § | Case No. 05-77123 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER _____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on  01/10/11  in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/19/2010          By: /s/BRADLEY J. WALLER
                                         Trustee

BRADLEY J. WALLER
KLEIN STODDARD BUCK WALLER
2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MILLER, MARCIA | § Case No. 05-77123 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 46,553.59 |
| *and approved disbursements of* | $ 19,488.38 |
| *leaving a balance on hand of* [1] | $ 27,065.21 |
| **Balance on hand:** | $ 27,065.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 27,065.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 5,405.36 | 0.00 | 5,405.36 |
| Trustee, Expenses - BRADLEY J. WALLER | 275.00 | 0.00 | 275.00 |
| Accountant for Trustee, Fees - LEE G. SCHWENDNER, CPA | 2,250.00 | 0.00 | 2,250.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,180.36 |
| Remaining balance: | $ 18,884.85 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $          0.00
Remaining balance:  $    18,884.85

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $37,767.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE | 115.17 | 0.00 | 54.61 |
|  | INTERNAL REVENUE SERVICE | 26.92 | 0.00 | 12.76 |
|  | INTERNAL REVENUE SERVICE | 37.15 | 0.00 | 17.62 |
|  | INTERNAL REVENUE SERVICE | 37.15 | 0.00 | 17.62 |
| 7 | Frances L. DeShane | 344.00 | 0.00 | 344.00 |
| 12 | Ronald A. Stetter | 348.50 | 0.00 | 348.50 |
| 14 | Illinois Department of Revenue | 10,000.00 | 0.00 | 4,741.68 |
| 43 | Marilyn Curran | 194.00 | 0.00 | 194.00 |
| 47 | Emily Juchinski | 172.00 | 0.00 | 172.00 |
| 52 | Ashley Theobald | 280.00 | 0.00 | 280.00 |
| 53 | Diana Loerzeh | 316.00 | 0.00 | 316.00 |
| 58 | Robert DeShane | 203.00 | 0.00 | 203.00 |
| 59S | Internal Revenue Service | 400.00 | 0.00 | 189.67 |
| 82P | IL Dept of Employment Security | 13,434.28 | 0.00 | 6,370.10 |
| 83P | IL Dept of Employment Security | 11,859.29 | 0.00 | 5,623.29 |

Total to be paid for priority claims:  $    18,884.85
Remaining balance:  $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $158,420.34 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Service Solutions | 138.20 | 0.00 | 0.00 |
| 2 | Universal Premium Acceptance Corp c/o Keith J Shuttleworth | 2,039.57 | 0.00 | 0.00 |
| 3 | Sallie Mae Trust | 25,995.37 | 0.00 | 0.00 |
| 4 | Klavine Motor Co. | 502.50 | 0.00 | 0.00 |
| 5 | Illinois Power Co | 9,421.58 | 0.00 | 0.00 |
| 6 | Fox River Foods | 13,927.79 | 0.00 | 0.00 |
| 8 | American Industrial Door Company | 316.89 | 0.00 | 0.00 |
| 10 | American Hotel Register Co | 2,436.84 | 0.00 | 0.00 |
| 11 | Geneseo Telephone Company | 231.67 | 0.00 | 0.00 |
| 13 | Zenith Insurance Co | 1,628.00 | 0.00 | 0.00 |
| 16 | Cone's Repair Service | 606.07 | 0.00 | 0.00 |
| 18 | Allied Waste Services | 84.48 | 0.00 | 0.00 |
| 19 | Allied Waste Services | 141.68 | 0.00 | 0.00 |
| 20 | City of Kewanee | 519.76 | 0.00 | 0.00 |
| 21 | Phillips Lawncare | 468.00 | 0.00 | 0.00 |
| 22 | Sauk Valley Newspapers | 68.58 | 0.00 | 0.00 |
| 23 | Ecolab | 8,158.80 | 0.00 | 0.00 |
| 24 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | 1,721.81 | 0.00 | 0.00 |
| 25 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | 1,721.81 | 0.00 | 0.00 |
| 26 | Nazir Qureshi | 85,000.00 | 0.00 | 0.00 |
| 27 | Henry County Advertiser Shopper | 3,397.39 | 0.00 | 0.00 |
| 28 | Roque and Kristina Peneflor | 400.00 | 0.00 | 0.00 |
| 29 | Frances L. DeShane | 344.00 | 0.00 | 0.00 |
| 30 | Harker's Distribution, Inc. | 100.00 | 0.00 | 0.00 |
| 31 | Garrison Electric | 170.44 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 33 | Illinois American Water | 36.61 | 0.00 | 0.00 |
| 34 | Barry and Melanie Kirby | 100,000.00 | 0.00 | 0.00 |
| 35 | Erick Poffenberger | 12,000.00 | 0.00 | 0.00 |
| 36 | Mary Wienen | 15,000.00 | 0.00 | 0.00 |
| 38 | Ronald A. Stetter | 348.50 | 0.00 | 0.00 |
| 39 | Federal Express Corp | 248.26 | 0.00 | 0.00 |
| 40 | Kohl's Department Store | 357.70 | 0.00 | 0.00 |
| 41 | Helen F Behrends | 80,000.00 | 0.00 | 0.00 |
| 42 | Lisa Behrends | 25,000.00 | 0.00 | 0.00 |
| 44 | Galesburg Sign & Lighting, Inc. | 5,225.00 | 0.00 | 0.00 |
| 45 | Citibank (South Dakota) | 7,743.28 | 0.00 | 0.00 |
| 48 | Days Inn Worldwide Inc c/o David S Catuogno Esq | 11,682.16 | 0.00 | 0.00 |
| 49 | Travelodge Hotels c/o David S Catuogno Esq | 55,959.40 | 0.00 | 0.00 |
| 50 | Saranda's Furniture Co., Inc. | 10,000.00 | 0.00 | 0.00 |
| 51 | US Food Service | 11,930.43 | 0.00 | 0.00 |
| 54 | Verizon Wireless Midwest/AFNI | 218.27 | 0.00 | 0.00 |
| 55 | Verizon Wireless Midwest/AFNI | 434.29 | 0.00 | 0.00 |
| 56 | Allied Waste Services | 84.48 | 0.00 | 0.00 |
| 57 | Allied Waste Services | 141.68 | 0.00 | 0.00 |
| 59U | Internal Revenue Service | 100.00 | 0.00 | 0.00 |
| 60 | Goodwood Custom Homes, Inc. | 3,328.75 | 0.00 | 0.00 |
| 61 | Virginia Surety Co., Inc. | 1,732.77 | 0.00 | 0.00 |
| 62 | Sauk Valley Bank & Trust Co. | 5,092.02 | 0.00 | 0.00 |
| 73 | Noel and Sue Feather | 195,000.00 | 0.00 | 0.00 |
| 74 | Russell and Barbara Swords | 20,000.00 | 0.00 | 0.00 |
| 75 | William and Beverly Boesen | 10,000.00 | 0.00 | 0.00 |
| 76 | William and Kay Abner c/o Ward, Murray, Pace & Johnson | 24,000.00 | 0.00 | 0.00 |
| 77 | Carol Drummet c/o Ward, Murray, Pace & Johnson | 90,000.00 | 0.00 | 0.00 |
| 78 | Lois Drummet c/o Ward, Murray, Pace & Johnson, P.C. | 10,000.00 | 0.00 | 0.00 |
| 79 | John and Brenda Martin c/o Ward, Murray, Pace & Johnson, P.C | 33,000.00 | 0.00 | 0.00 |

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 80 | Ron Marlier Ward, Murray, Pace & Johnson | 50,000.00 | 0.00 | 0.00 |
| 81 | Amy Smith c/o Ward, Murray, Pace & Johnson | 20,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 600.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 82U | IL Dept of Employment Security | 220.00 | 0.00 | 0.00 |
| 83U | IL Dept of Employment Security | 380.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance:  $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER
KLEIN STODDARD BUCK WALLER
2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 7                   Date Rcvd: Dec 09, 2010
Case: 05-77123                 Form ID: pdf006             Total Noticed: 349

The following entities were noticed by first class mail on Dec 11, 2010.
db           +Marcia Miller,    117 Park Drive,    Sterling, IL 61081-3031
aty          +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10289023      105.3 KFM-WKAY,    PO Box 1227,    Galesburg, IL 61402-1227
10289024     +A&Y Sign, Inc.,    PO Box 156,    McCausland, IA 52758-0156
10289025      A.D. Huesing Corporation,    PO Box 6880,    Rock Island, IL 61204-6880
10289035    ++AMEREN IP,    ATTN COLLECTIONS,    PO BOX 2543,    DECATUR IL 62525-2543
             (address filed with court: Ameren IP,     PO Box 2522,    Decatur, IL 62525-2522)
10289026     +Acme Sign Co., Inc.,    1504 W. 4th Street,    Davenport, IA 52802-1203
10289027      Acroprint Time Recorder Co.,    5640 Departure Drive,    Raleigh, NC 27616-1841
10289028     +Adam Gentry,    2181 S. Oakwood Ave.,    Geneseo, IL 61254-1973
10289029     +Adjan & Atip Bajrami,    2511 Locust Street,    Sterling, IL 61081-1223
10289030     +Alexander Lumber Co.,    209 W. Exchange St.,    Geneseo, IL 61254-1263
10289031     +Allied Interstate,    PO Box 5023,    New York, NY 10163-5023
10289032     +Allied Waste Services,    1214 S. Bataan Road,    Dixon, IL 61021-8308
10289033     +Amanda J. Carton,    115 W. Exchange St.,    Atkins0on, IL 61235-7781
10289034     +Amber C. Danner,    445 E. South St.,    Geneseo, IL 61254-1739
10289036    +++American Hotel Register Co,    100 S. Milwaukee Avenue,    Vernon Hills, IL 60061-4322
10289037     +American Industrial Door Company,    629 Perry Street,    Davenport, IA 52803-5525
10289039    +++Amy Smith,    c/o Ward, Murray, Pace & Johnson,    Paul A Osborn,    POB 400,
               Sterling IL 61081-0400
10289038     +Amy and Antonio Hicks,    1211 W.21st St.,    Rock Falls, IL 61071-2645
10289040     +Anita McConnell,    506 W. 3rd Street,    Sterling, IL 61081-3415
10289041     +Ann F. Scranton,    549 N. Aldrich St.,    Geneseo, IL 61254-1052
10289042     +Antoine L. Robinson,    2181 S. Oakwood Ave.,    Geneseo, IL 61254-1973
10289043      Antonia Martinez,    1567 N Flat Iron Dr,    Oro Valley, AZ 85737
10289044     +Aramark Uniform Service,    PO Box 878,    East Moline, IL 61244-0878
10289045     +Ashley Jackson,    109 North Williams,    Geneseo, IL 61254-2117
10289046     +Ashley N. Christian,    712 Roosevelt Ave.,    Kewanee, IL 61443-3034
10289047     +Ashley Theobald,    319 1/2 W. Front St.,    Annanwan, IL 61234-7757
10289048     +Ashworth College,    430 Technology Parkway,    Norcross, GA 30092-3406
10289049      Attorney Jim Blake,    303-5 Hill Arcade Building,    Galesburg, IL 61401
10289050     +Aztec Financial,    2624 West Magnolia Blvd.,    Burbank, CA 91505-3031
10289061   ++++BILLIE J. ZORIL,    7707 TOWNSHIP ROAD 1000 N,    TOULON IL 61483-9043
             (address filed with court: Billie J. Zoril,     RR #1 Box 51,    Toulon, IL 61483)
10289051      Bad Mojo Band,    RR Box 172,    Toulon, IL 61483
10289052      Barash & Everett, LLC,    PO Box 1408,    Galesburg, IL 61402-1408
10289053     +Barb Preston,    202 W. 7th St. - Apt. 2,    Sterling, IL 61081-3597
10289054     +Barry and Melanie Kirby,    16430 EllerdaleLane,    Eden Prairie, MN 55346-1429
10289055     +Becker & Becker, Inc.,    101 S. Chicago St.,    Geneseo, IL 61254-1477
10289056     +Becky Stach,    601 S. Stewart - Lot 60,    Geneseo, IL 61254-1675
10289057     +Bestor Bros.,    17819 Rte. 84 N,    East Moline, IL 61244-9765
10289058     +Betty J. GAlle,    28833 County Hwy 1,    Erie, IL 61250-9213
10289059     +Betty Lou Schaefer,    261 Hillcrest Dr.,    Geneseo, IL 61254-1950
10289060     +Beverly Boesen,    2011 15th Avenue,    Sterling, IL 61081-1422
10289062      Blackhawk College,    301 Avenue of the Cities,    East Moline, IL 61244-4038
10289063     +Bob Ditsworth,    1002 W. 4th St. - Apt. 5,    Sterling, IL 61081-3200
10289064     +Boswell Dist. Co.,    217 W. Third Street,    Kewanee, IL 61443-2186
10289065     +Brenda Bons,    2055 Banks Road,    Erie, IL 61250-9473
10289066     +Brenda Loomis,    716 8th AVenue,    Rock Falls, IL 61071-1537
10289067     +Brenda Martin,    PO Box 411,    Morrison, IL 61270-0411
10289068     +Brown & Joseph, Ltd.,    PO Box 59838,    Schaumburg, IL 60159-0838
10289069     +Business Information Corporation,    141 Robert E. Lee - Ste. 580,    New Orleans, LA 70124-2534
10289085   ++++CHRIS VANDERSNICK,    601 S STEWART ST TRLR 26,    GENESEO IL 61254-1675
             (address filed with court: Chris Vandersnick,     26 Maple City Trailer Ct.,   Geneseo, IL 61254)
10289104      CRU,    218A S. 108th Avenue,    Omaha, NE 68154-2631
10289070     +Candace Haney,    112 E. North St.,    Geneseo, IL 61254-1433
10289071    +++Carol Drummet,    c/o Ward, Murray, Pace & Johnson,    Paul A Osborn,    POB 400,
               Sterling IL 61081-0400
10289072     +Carolyn Jean Lewis,    632 N. Russell,    Geneseo, IL 61254-1063
10289073     +Carpetdirect.com,    PO Box 1112,    Ringgold, GA 30736-1112
10289074     +Case, Roberts, Shuttleworth, PC,    7500 College Blvd. - 5th Floor,    Lighton Tower,
               Overland Park, KS 66210-4035
10289075     +Cassandra C. Bevan,    PO Box 864,    Erie, IL 61250-0864
10289077      Central Bank Illinois,    Elan Financial Services,    PO Box 790408,    St. Louis, MO 63179-0408
10289078     +Central Industries, Inc.,    11433 Cronridge Drive - Ste. F,    Owings Mills, MD 21117-2294
10289079      Certified Laboratories,    PO Box 2493,    Ft. Worth, TX 76113-2493
10289081     +Charles L. Ricail,    305 W. Center St.,    Atkinson, IL 61235-9728
10289083     +Chastity L. Johnson,    101 1/2 W. Exchange - Apt. 7,    Cambridge, IL 61238-1187
10289084     +Chicago Street Decorating Center,    1000 S. Chicago Street,    Geneseo, IL 61254-1849
10289086     +Christina A. Cox,    2181 S. Oakwood Avenue,    Geneseo, IL 61254-1973
10289087     +Christina B. Tines,    336 E Ogden Ave,    Geneseo, IL 61254-1142
10289088     +Christopher S. Worley,    1100 Western Avenue,    Kewanee, IL 61443-2538
10289090     +Cinthia M. Stoner,    300 N. Lincoln St.,    Atkinson, IL 61235-9561
10289091     +Citi Cards,    PO Box 20507,    Kansas City, MO 64195-0507
10627777     +Citibank (South Dakota),    Exception Payment Processing,    POB 6305,    The Lakes NV 88901-6305
10289092      City of Galesburg,    PO Box 1589,    Galesburg, IL 61402-1589
10289093     +City of Geneso,    % Attorney Virgil A. Thurman,    137 S. State St. - Ste. 208,
               Geneseo, IL 61254-1301
10289094     +City of Kewanee,    401 East Third Street,    Kewanee, IL 61443-2365
10289095      City of Rock Falls,    603 W. 10th Street,    Rock Falls, IL 61071-2854
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 7              Date Rcvd: Dec 09, 2010
Case: 05-77123                Form ID: pdf006             Total Noticed: 349

10289097     +Cody W. Sullivan,    19705 E. 950 St.,    Geneseo, Il 61254-8988
10289099     +Cone's Repair Service,    2408 40th Avenue,    Moline, IL 61265-7290
10289100     +Country Club Coffee,    PO Box 2424,    Davenport, IA 52809-2424
10289101     +Countryside Pool & Spa,    119 N. Russell Avenue,    Geneseo, IL 61254-2113
10289102     +Crescent Electric Supply Company,    7750 Dunleith Drive,    East Dubuque, IL 61025-1300
10289103     +Cristobal Rodriguez III,    2181 S. Oakwood Ave. - Room 219,    Geneseo, IL 61254-1973
10289105     +Crystal L. Young,    2181 S.Oakwood Ave - Ste. 2,    Geneseo, IL 61254-1973
10289106     +Crystal Meerryman,    702 7th Street,    Erie, IL 61250-7743
10289107     +Customer Service,    PO Box 30495,    Tampa, FL 33630-3495
10289108     +D&B RMS,    PO Box 523,    Richfield, OH 44286-0523
10289109     +Dan Klein,    2181 S. Oakwood Ave. - Apt. 24,    Geneseo, IL 61254-1973
10540403     +Daniel Eliades,    Forman Holt & Eliades Inc,    218 Route 17 North,    Rochelle Park, NJ 07662-3399
10289111     +David A. Moody, Jr.,    309 E. South St.,    Cambridge, IL 61238-1408
10289113     +David DeVries,    Remax Home Unlimited,    931 1st Avenue,    Rock Falls, IL 61071-1626
10289112     +David and Cheryl Israel,    122 E. 7th Street,    Kewanee, IL 61443-1306
10289114      Days Inn Worldwide,    PO Box 360536,    Pittsburgh, PA 15251-6536
10541607    +++Days Inn Worldwide Inc,    c/o David S Catuogno Esq,    Forman Holt & Eliades LLC,
               218 Rt 17 North,    Rochelle Park, NJ 07662-3399
10289115     +Deborah A. Woods,    405 N. Ridge St.,    Cambridge, IL 61238-1154
10289116     +Deborah L. Hashaway,    2055 Banks Road,    Erie, IL 61250-9473
10289117     +Debra Sue Blankenship,    119 N. Vail,    Geneseo, IL 61254-1313
10289118     +Detra Quick,    115 S. Walnut St.,    Kewanee, IL 61443-2352
10289119     +Diana Loerzeh,    134 US Highway 6 West,    Mineral, IL 61344-9138
10289120     +Diana R. Stout,    120 Main Street,    Hillsdale, IL 61257-9778
10289121     +Discover Financial Network,    PO Box 3016,    New Albany, OH 43054-3016
10289122      Dohrn Transfer Cmpany,    623 3rd Avenue,    Rock Island, IL 61201
10289123     +Don O'Brien Plastering,    1021 8th Street,    Beloit, WI 53511-5128
10289127     +Dr. Ronald & Rebecca Williams,    1008 Hilltop Drive,    Morrison, IL 61270-9536
10289128      DunsDemand,    PO Box 5223,    Richfield, OH 44286
10289129     +Dustin A. Radcliff,    309 E. South St.,    Cambridge, IL 61238-1408
10289130     +Dustin P. Mulder,    516 N. School St.,    Atkinson, IL 61235-9774
10289131      Ecolab,    Ecolab Center,    St. Paul, MN 55102
10289133     +Emily Juchinski,    326 N. Vail St.,    Geneseo, IL 61254-1250
10289135     +Endelia Dyer,    1002 W. 4th St. - Apt. 6,    Sterling, IL 61081-3200
10289136     +Erick Poffenberger,    207 N. Locust Ave.,    Forreston, IL 61030-9237
10289141    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    PO Box 630778,    Cincinnati, OH  45263)
10289153     +FRF Leasing,    5030 Baseline Road,    Montgomery, IL 60538-1125
10289137     +Farster Communications,    8014 S. Clinton St.,    Dixon, IL 61021-9413
10289138      FedEx,    US Collection Department,    PO Box 94515,    Palatine, IL  60094-4515
10606877     +Federal Express Corp,    Attn: Revenue Recovery/Bankruptcy,    2005 Corporate Ave 2nd Floor,
               Memphis TN 38132-1796
10289139     +Felicia H. McClinton,    2181 S. Oakwood Ave,    Geneseo, IL 61254-1973
10289140     +Felicia P. Cotes,    508 Pleasant Street,    Kewanee, IL 61443-2961
10289143     +Financial Freedom,    Daniel Muhe,    2375 Jefferson Street,    Carlsbad, CA 92008-1405
10289144     +First Federal S&L,    101 W Central Blvd,    Kewanee, IL 61443-2229
10289147     +First Financial Services of America, Inc,    PO Box 816,    Frankfort, IL 60423-0816
10289148     +Four Seasons Pest Control,    1281 North Henderson Street,    Galesburg, IL 61401-1510
10289149     +Fox River Foods,    5030 Baseline Road,    Montgomery, IL 60538-1100
10289150     +Frances L. DeShane,    208 W. Locust,    Cambridge, IL 61238-1121
10289151     +Frank Ticas & Carlos Cardona,    404 W. 4th St. - Ste. A,    Santa Ana, CA 92701-4569
10289152     +Freedman Anselmo Lindberg & Rappe, LLC,    PO Box 3228,    Naperville, IL 60566-3228
10289154     +Galesburg Sign & Lighting, Inc.,    1177 Monmouth Blvd.,    Galesburg, IL 61401-5766
10289156     +Garrison Electric,    615 W. Grove Street,    Galesburg, IL 61401-3501
10289157     +Geneseo Chamber of Commerce,    100 W. Main Street,    Geneseo, IL 61254-1502
10289159     +Geneseo Rotary Club,    PO Box 203,    Geneseo, IL 61254-0203
10289160     +Geneseo Telephone Company,    PO Box 330,    Geneseo, IL 61254-0330
10289161     +George M. Desmond,    2318 4th St. A,    East Moline, IL 61244-2625
10289162     +Ginger R. Nimick,    524 S. Congress,    Geneseo, Il 61254-1770
10289163     +Goodwood Custom Homes, Inc.,    6430 Doering Lane,    Prophetstown, IL 61277-9312
10289165     +Growth Investment Properties,    11752 Garden Grove Blvd. - Ste. 115,
               Garden Grove, CA 92843-1441
10604344    +++Growth Property Investment Group, Inc.,    c/o Mathew M. Hevrin, Esq.,    Hinshaw & Culbertson LLP,
               POB 1389,    Rockford, IL 61105-1389
10289167     +Harker's Distribution, Inc.,    Box 1308,    LeMars, IA 51031-1308
10289168     +Harley's Wooden Nickel,    131 S. State St.,    Geneseo, IL 61254-1347
10289170     +Hasselberg, Williams, Grebe, Snodgrass &,    Bank One Bldg. - Ste. 360,    124 SW Adams Street,
               Peoria, IL 61602-1320
10289171     +Heather Gustafson,    2181 S. Oakwood Avenue,    Geneseo, IL 61254-1973
10289172     +Heather Jo Lester,    9909 Wolf Rd.,    Geneseo, IL 61254-9041
10610214     +Helen F Behrends,    c/o Lesa Behrends POA,    1005 E 6th St,    Coal Valley IL 61240-9494
10289173     +Henry County Advertiser Shopper,    108 W. 1st Street,    Geneseo, IL 61254-1342
10289174     +Henry County Treasurer,    307 W. Center Stret,    Cambridge, IL 61238-1240
10289175     +Hobart Corporation,    1312 N. Harrison Street,    Davenport, IA 52803-4905
10289176     +Holly J. Lentz,    309 E. South St.,    Cambridge, IL 61238-1408
10289177      Honkamp Krueger & Co.,    PO Box 699,    Dubuque, IA  52004-0699
10289178     +Hughes Business Telephone,    2407 40th Avenue,    Moline, IL 61265-7235
10289179    +++IL Dept of Employment Security,    33 South State St,    Chicago, IL 60603-2808
10289181      IL Dept of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
10289183      IL Dept. of Transportation,    819 Depot Avenue,    Dixon, IL 61021-3500
10557914    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
               100 W Randolph St., Level 7-400,    Chicago IL 60601)
```

```
District/off: 0752-3           User: lorsmith              Page 3 of 7              Date Rcvd: Dec 09, 2010
Case: 05-77123                 Form ID: pdf006             Total Noticed: 349


10289187      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10289185       Illinois Casualty Company,    PO Box 4208,    Rock Island, IL 61204-4208
10289180       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10544411      +Illinois Power Co,    Attn Collection Group H-45,    370 South Main St,    Decatur IL 62523-1404
10289186       Insight Communications,    PO Box 151,    Galesburg, IL 61402-0151
10289189      +Jacob A. Burton,    28326 E. 1870 St.,    Geneseo, IL 61254-8407
10289191      +Jacob J. Park,    70 Lynwood Ave.,    Geneseo, IL 61254-9510
10289192      +Jacqueline Allen,    2181 South Oakwood Avenue,    Suite 1,    Geneseo, IL 61254-1973
10289193      +James L.Perrigo,    22695 Dorchester Dr.,    Geneseo, IL 61254-8306
10289194      +Jamie L. Kilpatrick,    601S. Stewart - #2,    Geneseo, IL 61254-1675
10289195      +Jarred W. Gephart,    10868 Wolf Rd.,    Geneseo, IL 61254-8363
10289196      +Jason E. Geeskie,    2181 S. Oakwood Avenue,    Geneseo, IL 61254-1973
10289197      +Jennifer Gorman,    121 N. Chicago St.,    Geneseo, IL 61254-2149
10289198      +Jennifer Soltow,    208 E. 12th Street,    Sterling, IL 61081-2446
10289199      +Jill K. Hanssen,    25577 Ridge Rd,    Colona, IL 61241-9078
10289200      +Joan Wirth,    2140 Banks Road,    Erie, IL 61250-9320
10289201      +Joanna F. Nimrick,    419 E. Orange St.,    Geneseo, Il 61254-2016
10289203      +Jodie Hanley,    112 E. North St.,    Geneseo, IL 61254-1433
10289204      +John Barbre,    2181 S. Oakwood Avenue - Room 14,    Geneseo, IL 61254-1973
10289205      +John Miller,    200 E. Roosevelt Rd. - #129,    Lombard, IL 60148-4539
10289206      +John Newbould,    1002 W. 4th St. - Apt. 3,    Sterling, IL 61081-3200
10703855     +++John and Brenda Martin,    c/o Ward, Murray, Pace & Johnson, P.C.,    Paul A Osborn,    POB 400,
                Sterling IL 61081-0400
10289207      +John’s Glass Shop,    504 Commercial Street,    Kewanee, IL 61443-2016
10289208      +Jolene N. Iannitelli,    309 E. South St.,    Cambridge, IL 61238-1408
10289209      +Jonathon D. Klein,    2181 S. Oakwood Ave,    Geneseo, IL 61254-1973
10289210       Joseph G. Heeren,    2511 Locust St.,    Prophetstown, IL 61277
10289211      +Joseph Heeren,    1032 Zang,    Kewanee, IL 61443-2661
10289213       Judge & Dolph, Ltd.,,    1620 W. Chanute - Stes A & B,    Peoria, IL 61615
10289214      +Judy Powell,    511 E. 3rd St.,    Sterling, IL 61081-3703
10289215      +Kamron Karringotn,    9811 W. Charleston Blvd. - Ste. 2-248,    Las Vegas, NV 89117-7528
10289216      +Karen Huett,    185 Lakeview Drive,    Melrose, FL 32666-3024
10289217       Karen R. Carlson,    711 5th Avenue,    Geneseo, IL 61254
10289219      +Katherine R. Holman,    11666 N. 1000th Ave.,    Cambridge, IL 61238-9230
10289220       Kathleen A. Sauer,    21255 Califa Street,    Woodland Hills, CA 91367-5021
10289221      +Kelly M. Haviland,    619 E. Prospect Ct.,    Geneseo, IL 61254-1827
10289222      +Ken Stottler,    PO Box 311,    Geneseo, IL 61254-0311
10289223      +Kevin L. Hager,    707 E. 4th St. - Apt. #1,    Sterling, IL 61081-3859
10289224       Klavine Motor Co.,    119 South Center Street,    Geneseo, IL 61254-1337
10289225       Knowles Publishing, Inc.,    PO Box 911004,    Ft Worth, TX 76111-9104
10289226      +Knox County Treasuer,    200 S Cherry Street,    Galesburg, IL 61401-4912
10289228       Knox-Galesburg Symphony,    Knox College,    Box K-195,    Galesburg, IL 61401
10289230      +Kristen M. Reagin,    51 Longview Dr.,    Geneseo, IL 61254-9111
10289231      +Kristin L. Littrel,    207 S. West St.,    Cambridge, IL 61238-1348
10289232      +Larry Brill,    408 Circle Drive - B,    Rock Falls, IL 61071-1985
10289233      +Laura Brill,    202 W. 7th St. - #1,    Sterling, IL 61081-3597
10289234      +Liennea Goreth,    216 S. Spring St.,    Geneseo, IL 61254-1451
10289235      +Linda Beck,    425 Rockwell,    Kewanee, IL 61443-2717
10289238       Lisa Gerhardt,    735 N. Aldrich St.,    Geneseo, IL 61254
10703854     +++Lois Drummet,    c/o Ward, Murray, Pace & Johnson, P.C.,    Paul A Osborn,    POB 400,
                Sterling IL 61081-0400
10289240      +Luz Mulero,    202 W. 7th St. - Apt. 4,    Sterling, IL 61081-3597
10289251      ++MEDIACOM COMMUNICATIONS CORPORATION,    ATTN ERIK MIRROW,    100 CRYSTAL RUN ROAD,
                MIDDLETOWN NY 10941-4048
               (address filed with court: Mediacom,    3900 26th Avenue,    Moline, IL 61265-4999)
10289241      +Marcia Miller,    309 7th Ave.,    Sterling, IL 61081-3716
10289242       Maria De La Luz Arciego,    615 Est.,    Kewanee, IL 61443
10289243      +Marian M. Van Ormer,    Box 232,    Atkinson, IL 61235-0232
10289244      +Marilyn Curran,    501 South Center,    Geneseo, IL 61254-1615
10289245      +Marilynn T. Curran,    501 S. Center St.,    Geneseo, IL 61254-1615
10289246       Marjorie M. Goepper,    126 Southwind Est.,    Kewanee, IL 61443
10289247      +Mark D. Slayton,    38 Green Acres,    Geneseo, IL 61254-9503
10289248       Mary Wienen,    306 Bench Street,    Galena, IL 61036
10289249      +Matthew L. Nicholson,    205 W. South St.,    Cambridge, IL 61238-1425
10289250      +Meagan Gorman,    115 1/2 S. Walnut St.,    Kewanee, IL 61443-2352
10289252      +Mel Foster,    731 South Tremont,    Kewanee, IL 61443-2897
10289253      +Melissa Johnson,    11726 Osco Rd.,    Cambridge, IL 61238-9517
10289254      +Michele M. Rodriguez,    306 E. Henry St.,    Atkinson, IL 61235-9557
10289255      +Miller, Lancaster & Walker, PC,    PO Box 535,    Sterling, IL 61081-0535
10289256       Moline Dispatch Publishing Company, LLC,    1720 5th Avenue,    Moline, IL 61265-7977
10289257      +Murphy’s Container Service,    330 N. Park,    Kewanee, IL 61443-2067
10289258      +Natalie Hongsermeier,    236 Evelyn Avenue,    Loves Park, IL 61111-5090
10289259       Natasha Nilsson,    13733 N. 2250 Ave.,    Geneseo, IL 61254
10289260      +Natasha R. Cotton,    17029 E. 100th St.,    Orion, IL 61273-9286
10289261      +National By-Products, LLC,    PO Box 615,    Des Moines, IA 50306-0615
10289262       National City,    PO Box 2349,    Kalamazoo, MI 49003-2349
10289263      +National Telecommunications,    520 Broad Street,    Newark, NJ 07102-3121
10289264      +Nazir Qureshi,    605 4th Ave.,    Sterling, IL 61081-3725
10289265      +Network Business Systems, Inc.,    23834 E. 1260th St.,    Geneseo, IL 61254-8369
10289266      +Nickole L. Wagner,    505 E. Wells,    Geneseo, IL 61254-1160
10289267      +Nicole L. Pratt,    2131 W. 3rd St.,    Davenport, IA 52802-1612
```

```
District/off: 0752-3           User: lorsmith              Page 4 of 7                   Date Rcvd: Dec 09, 2010
Case: 05-77123                 Form ID: pdf006             Total Noticed: 349

10289274     +Noel Feather,    723 W. Route 30,    Rock Falls, IL 61071-2828
10703820     +Noel and Sue Feather,    c/o Ward, Murray, Pace & Johnson, P.C.,      202 E. 5th Street,
               Sterling, IL 61081-3651
10289276     +OSF-St. Mary Medical Center,    3333 N. Seminary St.,    Galesburg,IL 61401-1299
10289275      Office Specialists, LLC,    PO Box 70,   Galesburg, IL 61402-0070
10289285     +PCI - Complince Service Dept.,    2865 Metropolitan Place,    Pomina, CA 91767-1853
10289277     +Pamela Kay Rowald,   601 S. Steward - #34,    Geneseo, IL 61254-1675
10289279     +Pat Warner,   226 N Center - Apt. 2,    Geneseo, IL 61254-1208
10289280     +Pat Whitmer,   1211 1/2  9th Avenue,    Sterling, IL 61081
10289281     +Patricia K. Weeber,    702  7th St.,   Erie, IL 61250-7743
10289282     +Patrick E. Schaefer,    PO Box 101,    Geneseo, IL 61254-0101
10289283     +Patty Weber,    702  7th St.,   Erie, IL 61250-7743
10289284     +Paul A. Heise,    PO Box 461,   Atkinson, IL 61235-0461
10289286      Pekin Insurance,    2505 Court Street,    Pekin, IL  61558-0001
10289287      Persona, Inc.,    PO Box 210,   Watertown, SD  57201-0210
10289288    +++Phillips Lawncare,    2215 US Highway 150N,    Wataga, IL 61488-9519
10289289     +Prairie Waste Service,    6449 Valley Drive,    Bettendorf, IA 52722-5558
10289290     +Prophetstown Farmers Mutual Ins. Co.,     PO Box 95,   Prophetstown, IL 61277-0095
10289291     +Puritan Beverage,    820 Sibley Memorial Highway,    Mendota Heights, MN 55118-1708
10289292     +Randi Winfree,    519 S. Henry St.,    Geneseo, IL 61254-1623
10289293     +Ray Hagar,    16682 Spring Valley Road,    Morrison, IL 61270-9791
10289294     +Raymond A. DePauw,    613 S. Oakwood,    Geneseo, IL 61254-1754
10289295     +Rentway,    1515 E. Main Street,    Galesburg, IL 61401-5301
10289296     +Restaurant News,    PO Box 5038,   Brentwood, TN 37024-5038
10289297     +Richard Porter,    1120 Kent St.,   Rockford, IL 61102-2747
10289298     +Robbie L. Wirth,    2140 Banks Rd,    Erie, IL 61250-9320
10289299     +Robert DeShane,    100 E. Upper St. - Lot 28,    Cambaridge, IL 61238-1050
10289301     +Roberts Sign Services, Inc.,    PO Box 765,   Memphis, TN 38101-0765
10289302     +Rodney A. Van Rycke, Sr.,    1613 Wike Drive,    Rock Falls, IL 61071-2830
10289303    +++Ron Marlier,    Ward, Murray, Pace & Johnson,    Paul A Osborn,    POB 400,    Sterling IL 61081-0400
10289304     +Ronald A. Stetter,    49 Meadowbrook Dr.,    Geneseo, IL 61254-9196
10289305     +Ronald E. Lewis,    625 S. Olive St.,    Geneseo, IL 61254-1729
10289306     +Ronnie E. Danner,    445 E. South St.,    Geneseo, IL 61254-1739
10289307     +Roque andKristina Peneflor,    308  13th Avenue,    Stelring, IL 61081-2853
10289308      Rose M. Dennis,    140 Fairview Junkon - Apt. #1,    Kewanee, IL  61443
10289309     +Russell & Barbara Swords,    1205  8th Ave.,    Rock Falls, IL 61071-2841
10703841     +Russell and Barbara Sword,    c/o Ward, Murray, Pace & Johnson, P.C.,      202 E. 5th Street,
               Sterling, IL 61081-3651
10703842     +Russell and Barbara Swords,    c/o Ward, Murray, Pace & Johnson, P.C.,      202 E. 5th Street,
               Sterling, IL 61081-3651
10289310     +Ryan Bell,    12 Ponderosa Drive,    Colona, IL 61241-9460
10289311     +Sabrina and Marco Walker,    606 1/2  W. 5th St.,    Sterling, IL 61081-3320
10289312      Sallie Mae,    PO Box 9500,    Wilkes-Barre, PA  18773-9500
10543033     +Sallie Mae Trust,    C/O Sallie Mae, Inc.,    220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
10289313     +Sandra Gonzales,    103 Hollis St.,    Kewanee, IL 61443-3425
10289314     +Sandra M. Graves,    PO Box 644,    Colona, IL 61241-0644
10289316     +Sauk Valley Bank,    201 W 3rd St,    Sterling, IL 61081-3506
10289317    +++Sauk Valley Bank & Trust Co.,    Attn: Esther Brotheridge,    201 W 3rd St,
               Sterling IL 61081-3506
10289318     +Sauk Valley Bank & Trust Co.,    PO Box 1063,    Sterling, IL 61081-8063
10289327     +Sauk Valley Newspapers,    PO Box 498,    Sterling, IL 61081-0498
10289329     +Sean Ryan,    606 W. 3rd St. - #B,    Sterling, IL 61081-3314
10464080     +Service Solutions,    Attn: Debra Czech,    655 Loan Oak Dr,    Eagan, MN 55121-1649
10289330     +Service Solutions,    PO Box 100494,    Atlanta, GA 30384-0494
10289331     +Shawn P. Murphy,    217 S Ridge St,    Cambridge, IL 61238-1324
10289332     +Sheanna D. Brooks,    17225 E. 1500th St.,    Geneseo, IL 61254-8735
10289333      Shell,    PO Box 790070,    Houston, TX  77279-9070
10289334      Shell/CitiBank SD NA,    PO Box 15687,    Wilmington, DE  19850
10289335     +Sheri Ballard,    13660 Van Damme Rd.,    Prophetstown, IL 61277-9786
10289336      Shirley A. Fletcher,    17284  45th St.,    Mineral, IL  61344
10289337     +Shronda E. Johnson,    602 Jackson St.,    Prophetstown, IL 61277-1428
10289339     +Sindi R. Krause,    115 W. Exchange St.,    Atkinson, IL 61235-7781
10289340      Southern Wine & Spirits of Illinois,     2971 Paysphere Circle,    Chicago, IL  60674-2971
10289341     +Spencer L. Dragolovich,    504 S. Oakwood,    Geneseo, IL 61254-1753
10289342     +Sprint,    PO Box 88026,    Chicago, IL 60680-1026
10289343     +Stella M. Sherbeyn,    412 W. View Dr.,    Box 22,    Atkinson, IL 61235-9705
10586270     +Sterling Federal Bank, F.S.B.,    110 E. 4th Street,    Sterling, IL 61081-3671
10289344     +Sterling Federal Savings,    110 E. 4th Street,    Sterling, IL 61081-3671
10289346     +Stern Beverage,    PO Box 828,    Milan, IL 61264-0828
10289347     +Steven A. Loftus,    17119 N. 2250 Avenue,    Geneseo, IL 61254-8764
10289348      Steven L. Morgan,    117 E. South St.,    Geneseo, IL  61254-1758
10289350      Stoerzbach & Morrison,    PO Box 1328,    Galesburg, IL  61402-1328
10289351     +Sue Feather,    22109Buell Rd.,    Sterling, IL 61081-9551
10289352     +Susan K. Ricail,    305 W. Center St.,    Atkinson, IL 61235-9728
10289353     +Tammy J. Williams,    PO Box 47,    Atkinson, IL 61235-0047
10289354     +Tasha & Wilbur Schultz,    408 Circle Drive - C,    Rock Falls, IL 61071-1985
10289355     +Terence M. Patton - State’s Attorney,     307 W. Center Strete,    Cambridge, IL 61238-1240
10289356      The Register-Mail,    PO Box 310,    Galesburg, IL  61402-0310
10289357     +The Times Record,    PO Box 309,    Aledo, IL 61231-0309
10289358     +Thomas W. Johnson,    23553 N. 2900 Avenue,    Prophetstown, IL 61277-8821
10289359     +Tia M. Mariman,    755 Dilenbeck Dr. - Apt. 1,    Geneseo, IL 61254-1676
10289361     +Timothy Perrigo,    22695 Dorchester Dr.,    Geneseo, IL 61254-8306
10289362     +Toni N. Chandler,    101 1/2  W. Exchange,    Cambridge, IL 61238-1227
10289363      Traveler Discount Guide,    4025 Northwest Sixth Street,    Gainesville, FL  32609
```

```
District/off: 0752-3          User: lorsmith              Page 5 of 7                   Date Rcvd: Dec 09, 2010
Case: 05-77123                Form ID: pdf006             Total Noticed: 349


10635232      +++Travelodge Hotels,    c/o David S Catuogno Esq,     Forman Holt & Eliades,    218 Route 17 North,
                 Rochelle Park NJ 07662-3399
10289364       Travelodge/Thriftlodge,    PO Box 360933,    Pittsburgh, PA 15251-6933
10289366      +Tri-City Communications,     415 Perry Street,    Davenport, IA 52801-1617
10289367      +Tri-City Electric Co.,    415 Perry Street,    Davenport, IA 52801-1617
10289368      +Tri-City Equipment Co.,    527 W. 4th Street,    Davenport, IA 52801-1100
10289369      +Tri-Co Insurance Service,    PO Box 66,    Geneseo, IL 61254-0066
10289370      +Tri-State Fire Control, Inc.,     2316 Fourth Avenue,    Moline, IL 61265-1522
10289371       TriLutions Computer & Internet Center,     PO Box 909,    Galesburg, IL 61402-0909
10289377       UPAC,   PO Box 212516,    Kansas City,M O 64121-2516
10289132     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan,     PO Box 790084,    St. Louis, MO 63179-0084)
10571156      +US BANK CORP/RETAIL PAYMENT SOLUTIONS,     PO BOX 5229,    CINCINNATI, OHIO 45201-5229
10289378      +US Food Service,    PO Box 102,   Streator, IL 61364-0102
10289372      +Union Federal S&L,    104 N Tremont,    Kewanee, IL 61443-2264
10541756      +Universal Premium Acceptance Corp,     c/o Keith J Shuttleworth,    Lighton Tower Plaza,
                 7500 College Blvd 5th Floor,    Overland Park KS 66210-4035
10289380      +Valari L. Baumberger,    2181 S. Oakwood Avenue - Ste. 3,     Geneseo, IL 61254-1973
10289381      +Vanessa Hurtt,    2437 W. Adams,    St. Charles, MO 63301-1427
10289382     +++Verizon Wireless Midwest/AFNI,     404 Brock Dr,   Bloomington IL 61701-2654
10289383     +++Virginia Surety Co., Inc.,    Attn Brian Reed,    1712 Magnanox Way,    Fort Wayne IN 46804-1538
10289395      +WYEC,   PO Box 266,    Kewanee, IL 61443-0266
10289384      +Waste Management, Inc.,    PO Box 2506,    East Peoria, IL 61611-0506
10289385      +Watkins & Shepard Trucking,    PO Box 5238,    Missoula, Montana 59806
10289386      +Wells Fargo Bank,    200 E. Main Street,    Galesburg, IL 61401-4700
10289388      +William Harmening - Chief Special Agent,     Illinois Securities Dept.,
                 300 W. Jefferson St. - Ste. 300A,     Springfield,IL 62702-5071
10289389       William R. Saulnier,    223 W. Holmes,    Cambridge, IL 61238
10703844     +++William and Beverly Boesen,    c/o Ward, Murray, Pace & Johnson, P.C.,     POB 400,
                 Sterling, IL 61081-0400
10289387     +++William and Kay Abner,    c/o Ward, Murray, Pace & Johnson,     Paul A Osborn,    POB 400,
                 Sterling IL 61081-0400
10289390      +Wilson Paper Co.,    PO Box 1367,   Galesburg, IL 61402-1367
10289391       Winstein, Kavensky & Wallace,    PO Box 4298,    Rock Island, IL 61204-4298
10289392      +Wirth, Inc.,    133 E. Exchange St.,    Geneseo, IL 61254-2138
10289393      +Worldwide Collections,    United Mercantile Agencies, Inc.,     600 S. 7th Street,
                 Louisville, KY 40203-1968
10289394       Wright Electric, Inc.,    PO Box 148,    Geneseo, IL 61254-0148
10289397      +Zeb A. Holewet,    12424 Wolf Rd.,    Geneseo, IL 61254-8345
10463294      +Zenith Insurance Co,    %Kathleen Sauer,    21255 Califa St,    Woodland Hills, CA 91367-5005

The following entities were noticed by electronic transmission on Dec 09, 2010.
10289098      +E-mail/Text: legalcollections@comed.com                            ComEd,
                 Systems Credit Department,    2100 Swift Drive,    Oakbrook, IL 60523-1559
10289155      +E-mail/Text: RAINACH@MSN.COM                            Gallatin River Communications,
                 PO Box 1800,    Galesburg, IL 61402
10289166       E-mail/Text: financialcounselor@hammondhenry.com                            Hammond-Henry Hospital,
                 600 N. College Avenue,    Geneseo, IL 61254-1099
10289169      +E-mail/Text: bkynotice@harvardcollect.com
                 Harvard Collection Services, Inc.,    4839 N. Elston AVenue,    Chicago, IL 60630-2589
10289184       E-mail/Text: CSC.BANKRUTCYPROCESSING@AMWATER.COM                            Illinois American Water,
                 PO Box 578,    Alton, IL 62002-0578
10289213       E-mail/Text: nancy.brown@wirtzbev.com                            Judge & Dolph, Ltd.,,
                 1620 W. Chanute - Stes A & B,    Peoria, IL 61615
10289229      +E-mail/PDF: cr-bankruptcy@kohls.com Dec 10 2010 00:24:57     Kohl’s,   P.O. Box 2983,
                 Milwaukee, WI 53201-2983
10609865      +E-mail/PDF: cr-bankruptcy@kohls.com Dec 10 2010 00:24:57     Kohl’s Department Store,
                 c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
10289236      +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM                            Liquidity Solutions, Inc.,
                 One University Plaza - Ste. 312,    Hackensack, NJ 07601-6205
10289268      +E-mail/Text: bankrup@nicor.com                            NiCor Bankruptcy Department,
                 1844 Ferry Road,    Naperville, IL 60563-9600
10289396       E-mail/Text: jsanceri@yellowpagesinc.com                            Yellow Pages, Inc.,
                 PO Box 60006,    Anaheim, CA 92812-6006
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,     2045 Aberdeen Court,
                 Sycamore, IL 60178-3140
10289096*      City of Rock Falls,    603 W. 10th Street,    Rock Falls, IL 61071-2854
10289110*     +Dan Klein,    2181 S. Oakwood Avenue - Apt. 24,    Geneseo, IL 61254-1973
10289142*    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,     PO Box 630778,    Cincinnati, OH 45263)
10289145*     +First Federal S&L,    101 W Central Blvd,    Kewanee, IL 61443-2229
10289146*     +First Federal S&L,    101 W Central Blvd,    Kewanee, IL 61443-2229
10289182*      IL Dept of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
10289188*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
                 Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
```

```
District/off: 0752-3          User: lorsmith              Page 6 of 7                  Date Rcvd: Dec 09, 2010
Case: 05-77123                Form ID: pdf006             Total Noticed: 349

            ***** BYPASSED RECIPIENTS (continued) *****
10289189*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10289212*    +Joseph Heeren,    1032 Zang,    Kewanee, IL 61443-2661
10289227*    +Knox County Treasurer,    200 S Cherry Street,    Galesburg, IL 61401-4912
10289269*    +NiCor Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9600
10289270*    +NiCor Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9600
10289271*    +NiCor Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9600
10289272*    +NiCor Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9600
10289273*    +NiCor Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9600
10289319*    +Sauk Valley Bank & Trust Co.,    PO Box 1063,    Sterling, IL 61081-8063
10289320*    +Sauk Valley Bank & Trust Co.,    PO Box 1063,    Sterling, IL 61081-8063
10289321*    +Sauk Valley Bank & Trust Co.,    PO Box 1063,    Sterling, IL 61081-8063
10289322*    +Sauk Valley Bank & Trust Co.,    PO Box 1063,    Sterling, IL 61081-8063
10289323*    +Sauk Valley Bank & Trust Co.,    PO Box 1063,    Sterling, IL 61081-8063
10289324*    +Sauk Valley Bank & Trust Co.,    PO Box 1063,    Sterling, IL 61081-8063
10289325*    +Sauk Valley Bank & Trust Co.,    PO Box 1063,    Sterling, IL 61081-8063
10289326*    +Sauk Valley Bank & Trust Co.,    PO Box 1063,    Sterling, IL 61081-8063
10289345*    +Sterling Federal Savings,    110 E. 4th Street,    Sterling, IL 61081-3671
10289365*     Travelodge/Thriftlodge,    PO Box 360933,    Pittsburgh, PA 15251-6933
10289373*    +Union Federal S&L,    104 N Tremont,    Kewanee, IL 61443-2264
10289374*    +Union Federal S&L,    104 N Tremont,    Kewanee, IL 61443-2264
10289375*    +Union Federal S&L,    104 N Tremont,    Kewanee, IL 61443-2264
10289376*    +Union Federal S&L,    104 N Tremont,    Kewanee, IL 61443-2264
10289076    ##+Cedant Hotel Group,    9700 W. Higgins Rd. - Ste. 200,    Rosemont, IL 60018-4796
10289080    ##+Charla L. Smith,    PO Box 15,    Lima, IL 62348-0015
10289082    ##+Charlie Strand,    1211 9th Avenue,    Rock Falls, IL 61071-2753
10289089    ##+Cindy James,    1002 W. 4th St. - Apt. #2,    Sterling, IL 61081-3200
10289124    ##+Douglas E. Mitchell,    13870 Moline Rd.,    Erie, IL 61250-9764
10289125    ##+Dr. Brent C. Nielsen,    1005 East 6th St.,    Coal Valley, IL 61240-9494
10289126    ##+Dr. John A. Miller,    408 W. Lincolnway,    Morrison, IL 61270-2206
10289134    ##+Emily Reynolds,    23232 E. 750th St.,    Colona, IL 61241-8955
10289158    ##+Geneseo Municipal Utilities,    101 S. State St.,    Geneseo, IL 61254-1336
10289164    ##+Gregory A. Miller,    113 S. College Ave.,    Geneseo, IL 61254-1317
10289202    ##+Jodi L. Addis,    513 E. Orange,    Geneseo, IL 61254-2018
10289218    ##+Karen S. Buhler,    313 E. South St.,    Geneseo, IL 61254-1737
10289237    ##+Lisa Behrends,    1005 East 6th St.,    Coal Valley, IL 61240-9494
10289239    ##+Lisa N. Ross,    100 E. Upper St. - Lot #17,    Cambridge, IL 61238-1050
10289278    ##+Pamela Perrigo,    22695 Dorchester Dr.,    Geneseo, IL 61254-8306
10289300    ##+Robert Fecht,    202 W. 7th St. - Apt. 5,    Sterling, IL 61081-3597
10289315    ##+Saranda's Furniture Co., Inc.,    4015 N. Rockwell,    Chicago, IL 60618-3720
10289328    ##+Scholmer Refrigeration,    1804 Windish Drive,    Galesburg, IL 61401-9769
10289338    ##+Sign Innovations,    4009 E. 53rd St. - Ste. 103,    Davenport, IA 52807-3058
10289349    ##+Steven Murphy,    217 S Ridge St,    Cambridge, IL 61238-1324
10289360     ##Tiburon Financial, LLC,    218A S. 108th Avenue,    Omaha, NE 68154-2631
10289379     ##USA Today,    PO Box 2847,    Glen Ellyn, IL 60138-2847
                                                                                               TOTALS: 0, * 30, ## 22
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: lorsmith           Page 7 of 7              Date Rcvd: Dec 09, 2010
Case: 05-77123                Form ID: pdf006          Total Noticed: 349

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2010**                        **Signature:**    _Joseph Speetjens_