### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  05 B 77123 |
| | ) | |
| MARCIA MILLER | ) | CHAPTER 7 |
| | ) | |
| Debtor(s). | ) | JUDGE MANUEL BARBOSA |

### AMENDED NOTICE OF HEARING

TO:   Clerk of the U.S. Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101
        See attached Service List

**PLEASE TAKE NOTICE** that on the 19th day of January, 2011 at 9:30 am, I shall appear before the Honorable Manuel Barbosa, 211 S. Court Street, Rockford, IL 61101 and shall then and there present the previously sent **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT** at which time you may appear if you so desire.

        /s/   *Bradley J. Waller*
        **Bankruptcy Trustee**

### PROOF OF SERVICE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )  ss |
| COUNTY OF DEKALB | ) |

    The undersigned, being first duly sworn on oath depose and state that I served the above and foregoing Notice upon the above named by addressed as aforesaid and placing same in the U.S. Mail, postage prepaid on the 27TH day of December, 2010, before the hour of 5:00 p.m. at Sycamore, IL 60178.

        /s/       *Vicki Maurer*

Subscribed and sworn to before me
me this 27TH day of December, 2010.

/s/   *Bradley J. Waller*
         Notary Public

Prepared by:
**BRADLEY J. WALLER**
Klein, Stoddard, Buck, Waller & Lewis LLC
2045 Aberdeen Court
Sycamore, IL 60178
(815) 748-0380