# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MILLER, MARCIA                                         Case No. 05-77123
_____,              Chapter   7
                    Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $1,016,042.00            Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $25,319.85     Claims Discharged
                                                Without Payment: $1,059,338.42

Total Expenses of Administration: $21,233.74

---

3) Total gross receipts of $   46,553.59   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $46,553.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $6,435.00 | $6,435.00 | $6,435.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,733.74 | 21,233.74 | 21,233.74 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 38,167.27 | 38,383.66 | 18,884.85 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 4,209,005.62 | 1,058,824.83 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,272,341.63 | $1,124,877.23 | $46,553.59 |

    4) This case was originally filed under Chapter 7 on October 15, 2005. The case was pending for 70 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/02/2011          By: /s/BRADLEY J. WALLER
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DAYS INN & SUITES, GALESBURG | 1110-000 | 34,800.00 |
| RENT RECEIPTS | 1222-000 | 11,360.00 |
| Interest Income | 1270-000 | 393.59 |
| **TOTAL GROSS RECEIPTS** | | **$46,553.59** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| AB | Sterling Federal Bank, F.S.B | 4110-000 | N/A | 2,080.00 | 2,080.00 | 2,080.00 |
| B | Sauk Valley Bank & Trust Co. | 4110-000 | N/A | 4,355.00 | 4,355.00 | 4,355.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$6,435.00** | **$6,435.00** | **$6,435.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 5,405.36 | 5,405.36 | 5,405.36 |
| BRADLEY J. WALLER | 2200-000 | N/A | 275.00 | 275.00 | 275.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| CLERK OF THE UNITED STATES BANKRUPTCY COURT | 2700-000 | N/A | 0.00 | 250.00 | 250.00 |
| LEE G. SCHWENDNER, CPA | 3410-000 | N/A | 0.00 | 2,250.00 | 2,250.00 |
| First Glass | 2420-000 | N/A | 151.60 | 151.60 | 151.60 |
| American Auction Associates, Inc. | 3620-000 | N/A | 12,647.66 | 12,647.66 | 12,647.66 |
| Ed's Heating, A/C, PLB, EL Inc | 2420-000 | N/A | 60.00 | 60.00 | 60.00 |
| H & H Sewer & Drain Cleaning Service | 2420-000 | N/A | 175.00 | 175.00 | 175.00 |
| Klein, Stoddard, Buck, Waller, & Lewis LLC | 2300-000 | N/A | 19.12 | 19.12 | 19.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 18,733.74 | 21,233.74 | 21,233.74 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 371.50 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 26.92 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 115.17 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 115.17 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 26.92 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 37.15 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 37.15 | 0.00 |
| 7 | Frances L. DeShane | 5300-000 | N/A | 344.00 | 248.88 | 248.88 |
| 12 | Ronald A. Stetter | 5300-000 | N/A | 348.50 | 252.14 | 252.14 |
| 14 | Illinois Department of Revenue | 5800-000 | N/A | 10,000.00 | 10,000.00 | 4,741.68 |
| 43 | Marilyn Curran | 5300-000 | N/A | 194.00 | 140.36 | 140.36 |
| 47 | Emily Juchinski | 5300-000 | N/A | 172.00 | 124.45 | 124.45 |
| 52 | Ashley Theobald | 5300-000 | N/A | 280.00 | 202.58 | 202.58 |
| 53 | Diana Loerzeh | 5300-000 | N/A | 316.00 | 228.63 | 228.63 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | Robert DeShane | 5300-000 | N/A | 203.00 | 146.87 | 146.87 |
| 59S | Internal Revenue Service | 5800-000 | N/A | 400.00 | 400.00 | 189.67 |
| 82P | IL Dept of Employment Security | 5800-000 | N/A | 13,434.28 | 13,434.28 | 6,370.10 |
| 83P | IL Dept of Employment Security | 5800-000 | N/A | 11,859.29 | 11,859.29 | 5,623.29 |
| | Internal Revenue Service | 5800-000 | N/A | 371.50 | 371.50 | 371.50 |
| | Internal Revenue Service | 5800-000 | N/A | 26.92 | 26.92 | 26.92 |
| | Internal Revenue Service | 5800-000 | N/A | 115.17 | 115.17 | 115.17 |
| | Internal Revenue Service | 5800-000 | N/A | 54.61 | 54.61 | 54.61 |
| | Internal Revenue Service | 5800-000 | N/A | 12.76 | 12.76 | 12.76 |
| | Internal Revenue Service | 5800-000 | N/A | 17.62 | 17.62 | 17.62 |
| | Internal Revenue Service | 5800-000 | N/A | 17.62 | 17.62 | 17.62 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 38,167.27 | 38,383.66 | 18,884.85 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Service Solutions | 7100-000 | N/A | 138.20 | 138.20 | 0.00 |
| 2 | Universal Premium Acceptance Corp c/o Keith J | 7100-000 | N/A | 2,039.57 | 2,039.57 | 0.00 |
| 3 | Sallie Mae Trust | 7100-000 | N/A | 25,995.37 | 25,995.37 | 0.00 |
| 4 | Klavine Motor Co. | 7100-000 | N/A | 502.50 | 502.50 | 0.00 |
| 5 | Illinois Power Co | 7100-000 | N/A | 9,421.58 | 9,421.58 | 0.00 |
| 6 | Fox River Foods | 7100-000 | N/A | 13,927.79 | 13,927.79 | 0.00 |
| 8 | American Industrial Door Company | 7100-000 | N/A | 316.89 | 316.89 | 0.00 |
| 9 | Judge & Dolph, Ltd., | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 10 | American Hotel Register Co | 7100-000 | N/A | 2,436.84 | 2,436.84 | 0.00 |
| 11 | Geneseo Telephone Company | 7100-000 | N/A | 231.67 | 231.67 | 0.00 |
| 13 | Zenith Insurance Co | 7100-000 | N/A | 1,628.00 | 1,628.00 | 0.00 |
| 15 | Knox County Treasuer | 7100-000 | N/A | 104,672.78 | 0.00 | 0.00 |
| 16 | Cone's Repair Service | 7100-000 | N/A | 606.07 | 606.07 | 0.00 |
| 17 | Persona, Inc. | 7100-000 | N/A | 3,514.31 | 0.00 | 0.00 |
| 18 | Allied Waste Services | 7100-000 | N/A | 84.48 | 84.48 | 0.00 |
| 19 | Allied Waste Services | 7100-000 | N/A | 141.68 | 141.68 | 0.00 |
| 20 | City of Kewanee | 7100-000 | N/A | 519.76 | 519.76 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---:|---:|---:|
| 21 | Phillips Lawncare | 7100-000 | N/A | 468.00 | 468.00 | 0.00 |
| 22 | Sauk Valley Newspapers | 7100-000 | N/A | 68.58 | 68.58 | 0.00 |
| 23 | Ecolab | 7100-000 | N/A | 8,158.80 | 8,158.80 | 0.00 |
| 24 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | 7100-000 | N/A | 1,721.81 | 1,721.81 | 0.00 |
| 25 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | 7100-000 | N/A | 1,721.81 | 1,721.81 | 0.00 |
| 26 | Nazir Qureshi | 7100-000 | N/A | 85,000.00 | 85,000.00 | 0.00 |
| 27 | Henry County Advertiser Shopper | 7100-000 | N/A | 3,397.39 | 3,397.39 | 0.00 |
| 28 | Roque andKristina Peneflor | 7100-000 | N/A | 400.00 | 400.00 | 0.00 |
| 29 | Frances L. DeShane | 7100-000 | N/A | 344.00 | 344.00 | 0.00 |
| 30 | Harker's Distribution, Inc. | 7100-000 | N/A | 100.00 | 100.00 | 0.00 |
| 31 | Garrison Electric | 7100-000 | N/A | 170.44 | 170.44 | 0.00 |
| 32 | Sterling Federal Bank, F.S.B. | 7100-000 | N/A | 129,875.25 | 0.00 | 0.00 |
| 33 | Illinois American Water | 7100-000 | N/A | 56.61 | 56.61 | 0.00 |
| 34 | Barry and Melanie Kirby | 7100-000 | N/A | 100,000.00 | 100,000.00 | 0.00 |
| 35 | Erick Poffenberger | 7100-000 | N/A | 12,000.00 | 12,000.00 | 0.00 |
| 36 | Mary Wienen | 7100-000 | N/A | 15,000.00 | 15,000.00 | 0.00 |
| 37 | Growth Property Investment Group, Inc. c/o Mathew M. | 7100-000 | N/A | 1,210,663.01 | 0.00 | 0.00 |
| 38 | Ronald A. Stetter | 7100-000 | N/A | 348.50 | 348.50 | 0.00 |
| 39 | Federal Express Corp | 7100-000 | N/A | 248.26 | 248.26 | 0.00 |
| 40 | Kohl's Department Store | 7100-000 | N/A | 357.70 | 357.70 | 0.00 |
| 41 | Helen F Behrends | 7100-000 | N/A | 80,000.00 | 80,000.00 | 0.00 |
| 42 | Lisa Behrends | 7100-000 | N/A | 25,000.00 | 25,000.00 | 0.00 |
| 44 | Galesburg Sign & Lighting, Inc. | 7100-000 | N/A | 5,225.00 | 5,225.00 | 0.00 |
| 45 | Citibank (South Dakota) | 7100-000 | N/A | 7,743.28 | 7,743.28 | 0.00 |
| 46 | Growth Property Investment Group, Inc. c/o Mathew M. | 7100-000 | N/A | 1,237,306.85 | 0.00 | 0.00 |
| 48 | Days Inn Worldwide Inc c/o David S Catuogno Esq | 7100-000 | N/A | 11,682.16 | 11,682.16 | 0.00 |
| 49 | Travelodge Hotels c/o David S Catuogno Esq | 7100-000 | N/A | 55,959.40 | 55,959.40 | 0.00 |
| 50 | Saranda's Furniture Co., Inc. | 7100-000 | N/A | 10,000.00 | 10,000.00 | 0.00 |
| 51 | US Food Service | 7100-000 | N/A | 11,930.43 | 11,930.43 | 0.00 |
| 54 | Verizon Wireless Midwest/AFNI | 7100-000 | N/A | 218.27 | 218.27 | 0.00 |
| 55 | Verizon Wireless Midwest/AFNI | 7100-000 | N/A | 434.29 | 434.29 | 0.00 |
| 56 | Allied Waste Services | 7100-000 | N/A | 84.48 | 84.48 | 0.00 |
| 57 | Allied Waste Services | 7100-000 | N/A | 141.68 | 141.68 | 0.00 |
| 59U | Internal Revenue Service | 7100-000 | N/A | 100.00 | 100.00 | 0.00 |
| 60 | Goodwood Custom Homes, Inc. | 7100-000 | N/A | 3,328.75 | 3,328.75 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | Virginia Surety Co., Inc. | 7100-000 | N/A | 1,732.77 | 1,732.77 | 0.00 |
| 62 | Sauk Valley Bank & Trust Co. | 7100-000 | N/A | 5,092.02 | 5,092.02 | 0.00 |
| 63 | Sauk Valley Bank & Trust Co. | 7100-000 | N/A | 19,983.02 | 0.00 | 0.00 |
| 64 | Sauk Valley Bank & Trust Co. | 7100-000 | N/A | 68,490.96 | 0.00 | 0.00 |
| 65 | Sauk Valley Bank & Trust Co. | 7100-000 | N/A | 17,610.92 | 0.00 | 0.00 |
| 66 | Sauk Valley Bank & Trust Co. | 7100-000 | N/A | 85,511.74 | 0.00 | 0.00 |
| 67 | Sauk Valley Bank & Trust Co. | 7100-000 | N/A | 47,788.90 | 0.00 | 0.00 |
| 68 | Sauk Valley Bank & Trust Co. | 7100-000 | N/A | 39,048.90 | 0.00 | 0.00 |
| 69 | Sauk Valley Bank & Trust Co. | 7100-000 | N/A | 74,886.16 | 0.00 | 0.00 |
| 70 | Sauk Valley Bank & Trust Co. | 7100-000 | N/A | 36,357.49 | 0.00 | 0.00 |
| 71 | Sauk Valley Bank & Trust Co. | 7100-000 | N/A | 25,470.50 | 0.00 | 0.00 |
| 72 | Sauk Valley Bank & Trust Co. | 7100-000 | N/A | 49,000.00 | 0.00 | 0.00 |
| 73 | Noel and Sue Feather | 7100-000 | N/A | 195,000.00 | 195,000.00 | 0.00 |
| 74 | Russell and Barbara Swords | 7100-000 | N/A | 20,000.00 | 20,000.00 | 0.00 |
| 75 | William and Beverly Boesen | 7100-000 | N/A | 10,000.00 | 10,000.00 | 0.00 |
| 76 | William and Kay Abner c/o Ward, Murray, Pace & Johnson | 7100-000 | N/A | 24,000.00 | 24,000.00 | 0.00 |
| 77 | Carol Drummet c/o Ward, Murray, Pace & Johnson | 7100-000 | N/A | 90,000.00 | 90,000.00 | 0.00 |
| 78 | Lois Drummet c/o Ward, Murray, Pace & Johnson, P.C. | 7100-000 | N/A | 10,000.00 | 10,000.00 | 0.00 |
| 79 | John and Brenda Martin c/o Ward, Murray, Pace & | 7100-000 | N/A | 33,000.00 | 33,000.00 | 0.00 |
| 80 | Ron Marlier Ward, Murray, Pace & Johnson | 7100-000 | N/A | 150,000.00 | 150,000.00 | 0.00 |
| 81 | Amy Smith c/o Ward, Murray, Pace & Johnson | 7100-000 | N/A | 20,000.00 | 20,000.00 | 0.00 |
| 82U | IL Dept of Employment Security | 7200-000 | N/A | 220.00 | 220.00 | 0.00 |
| 83U | IL Dept of Employment Security | 7200-000 | N/A | 380.00 | 380.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 4,209,005.62 | 1,058,824.83 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-77123  
**Case Name:** MILLER, MARCIA  

**Period Ending:** 08/02/11

**Trustee:** (330501) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 10/15/05 (f)  
**§341(a) Meeting Date:** 12/09/05  
**Claims Bar Date:** 04/21/06

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | RESIDENCE-309 7TH AVE, STERLING | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | RENTAL PROPERTY- 1600 LAKE ST. KEWANEE | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | RENTAL PROPERTY-414 RIDYARD AVE, KEWANEE | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | RENTAL PROPERTY-425 ROCKWELL, KEWANEE | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | RENTAL PROPERTY-1032 ZANG, KEWANEE | 29,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | RENTAL PROPERTY-115 S. WALNUT, KEWANEE | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | RENTAL PROPERTY-122 E. 7TH ST, KEWANEE | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | RENTAL PROPERTY-606 W 3RD ST, STERLING | 59,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | RENTAL PROPERTY-1211-1211 1/2 9TH AVE ROCK FALLS | 55,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | RENTAL PROPERTY-506-508 W. 3RD ST, STERLING | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | RENTAL PROPERTY-606-606 1/2 W 5TH, STERLING | 55,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | RENTAL PROPERTY-1211 W 21 ST, ROCK FALLS | 49,000.00 | 0.00 | OA | 0.00 | FA |
| 13 | RENTAL PROPERTY-213 1ST AVE, ROCK FALLS | 30,000.00 | 0.00 | OA | 0.00 | FA |
| 14 | RENTAL PROPERTY-408 CIRCLE DR, ROCK FALLS | 125,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | RENTAL PROPERTY-716 8TH AVE, ROCK FALLS | 26,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | RENTAL PROPERTY-202 W 7TH ST, STERLING | 95,000.00 | 0.00 | OA | 0.00 | FA |
| 17 | RENTAL PROPERTY-1002 W 4TH ST., STERLING | 87,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | RENTAL PROPERTY-308 13TH AVE, STERLING | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 19 | RENTAL PROPERTY-208-210 E 12TH ST, STERLING | 59,500.00 | 0.00 | OA | 0.00 | FA |
| 20 | DAYS INN & SUITES, GALESBURG | 2,900,000.00 | 34,800.00 | | 34,800.00 | FA |
| 21 | CHECKING ACCOUNT-SELECT EMPLOYEES CU | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | CHECKING ACCOUNT-SAUK VALLEY BANK | 10.00 | 0.00 | DA | 0.00 | FA |
| 23 | SAVINGS ACCOUNT-SELECT EMPLOYEES CU | 25.00 | 0.00 | DA | 0.00 | FA |
| 24 | SAVING ACCOUNT-SAUK VALLEY BANK | 10.00 | 0.00 | DA | 0.00 | FA |
| 25 | CHECKING ACCOUNT-WELLS FARGO BANK | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 05-77123  
**Case Name:** MILLER, MARCIA  

**Period Ending:** 08/02/11

**Trustee:** (330501) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 10/15/05 (f)  
**§341(a) Meeting Date:** 12/09/05  
**Claims Bar Date:** 04/21/06

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26 | AMEREN IP-DAYS INN & SUITES | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | CITY OF GENESEO | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 28 | AMEREN IP-115 S. WALNUT, KEWANEE | 442.00 | 0.00 | DA | 0.00 | FA |
| 29 | NICOR-1002 W 4TH ST, STERLING | 200.00 | 0.00 | DA | 0.00 | FA |
| 30 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 31 | WEARING APPAREL | 250.00 | 0.00 | DA | 0.00 | FA |
| 32 | JEWELRY | 500.00 | 0.00 | DA | 0.00 | FA |
| 33 | TERM INSURANCE | 1.00 | 0.00 | DA | 0.00 | FA |
| 34 | ILLINOIS DEFERRED COMPENSATION PLAN | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 35 | ILLINOIS STATE RETIREMENT SYSTEM | Unknown | 0.00 | DA | 0.00 | FA |
| 36 | STOCKS & INTERESTS-MAPLE LEAF INN, INC | Unknown | 0.00 | DA | 0.00 | FA |
| 37 | STOCKS & INTERESTS-DAYS INN GALESBURG, LLC | Unknown | 0.00 | DA | 0.00 | FA |
| 38 | POSSIBLE BREACH OF CONTRACT CLAIM | Unknown | 0.00 | DA | 0.00 | FA |
| 39 | POSSIBLE CLAIM FOR EMBEZZLEMENT AND FRAUD | Unknown | 0.00 | DA | 0.00 | FA |
| 40 | 2000 SATURN | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 41 | 1995 CHEVY S-10 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 42 | 1983 SUZUKI MOTORCYCLE | 0.00 | 0.00 | DA | 0.00 | FA |
| 43 | HOME COMPUTER | 100.00 | 0.00 | DA | 0.00 | FA |
| 44 | 4 CATS | 4.00 | 0.00 | DA | 0.00 | FA |
| 45 | TIMESHARE-ORLANDO, FL | Unknown | 0.00 | DA | 0.00 | FA |
| 46 | RENT RECEIPTS (u) | 0.00 | 11,360.00 | | 11,360.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 393.59 | FA |
| 47 | Assets   Totals (Excluding unknown values) | **$3,916,042.00** | **$46,160.00** | | **$46,553.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

.

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-77123  
**Case Name:** MILLER, MARCIA  

**Period Ending:** 08/02/11

**Trustee:**　(330501)　BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 10/15/05 (f)  
**§341(a) Meeting Date:** 12/09/05  
**Claims Bar Date:** 04/21/06

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**　December 31, 2007　　**Current Projected Date Of Final Report (TFR):**　December 15, 2010  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-77123 | | Trustee: | BRADLEY J. WALLER (330501) |
| Case Name: | MILLER, MARCIA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****06-65 - Money Market Account |
| Taxpayer ID #: | **-***4469 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/02/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/14/05 | {46} | John Newbould-1002 W. 4th St. Sterling | Rent -Apt. 3 | 1222-000 | 365.00 | | 365.00 |
| 11/14/05 | {46} | Kristina Castillo-308 13th Ave, Sterling | Rent | 1222-000 | 380.00 | | 745.00 |
| 11/14/05 | {46} | Amy Hicks-1221 W.21st St, Rock Falls | Rent | 1222-000 | 405.00 | | 1,150.00 |
| 11/14/05 | {46} | Patricia Whitmer-1211 1/2 9th Ave,RockFa | Rent | 1222-000 | 225.00 | | 1,375.00 |
| 11/14/05 | {46} | Joseph Rivera-1501 Buell Rd, RockFalls | Rent - for Pat Whitner (first half) | 1222-000 | 225.00 | | 1,600.00 |
| 11/14/05 | {46} | Linda Beck-425 Rockwell, Kewanee | Rent | 1222-000 | 400.00 | | 2,000.00 |
| 11/14/05 | {46} | Robert Fecht-202 W.7th, Sterling | Rent- Apt. 5 | 1222-000 | 350.00 | | 2,350.00 |
| 11/14/05 | {46} | Anita McConnell-506 W 3rd, Sterling | Rent | 1222-000 | 440.00 | | 2,790.00 |
| 11/14/05 | {46} | Delia Dyer-1002 W 4th, Sterling | Rent-Apt. 6 | 1222-000 | 375.00 | | 3,165.00 |
| 11/14/05 | {46} | Cindy James-1002 W. 4th Street, Sterling | Rent | 1222-000 | 380.00 | | 3,545.00 |
| 11/18/05 | {46} | Carla Wagner-301 E 9th, Rock Falls | Rent | 1222-000 | 300.00 | | 3,845.00 |
| 11/18/05 | {46} | Marcia Miller for 408 Circle Dr. Apt. D | Rent- for Mike & Sandy Helm | 1222-000 | 395.00 | | 4,240.00 |
| 11/28/05 | {46} | Charlie Strand | Rent | 1222-000 | 150.00 | | 4,390.00 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 0.90 | | 4,390.90 |
| 12/02/05 | {46} | Charlie Strand-1211 9th Ave Rock Falls | Rent | 1222-000 | 150.00 | | 4,540.90 |
| 12/02/05 | {46} | Joseph A. Rivera for Pat Whitner | Rent | 1222-000 | 225.00 | | 4,765.90 |
| 12/06/05 | {46} | John A. Newbould | Rent | 1222-000 | 365.00 | | 5,130.90 |
| 12/06/05 | {46} | Linda L. Beck | Rent | 1222-000 | 400.00 | | 5,530.90 |
| 12/08/05 | {46} | Joseph Rivera | Rent for Pat Whitner | 1222-000 | 225.00 | | 5,755.90 |
| 12/08/05 | {46} | Amy J. Hicks | Rent | 1222-000 | 550.00 | | 6,305.90 |
| 12/12/05 | {46} | Anita A. McConnell | Rent | 1222-000 | 440.00 | | 6,745.90 |
| 12/12/05 | {46} | Mike & Sandy Helm | Rent (2 months) | 1222-000 | 790.00 | | 7,535.90 |
| 12/19/05 | 1001 | Sterling Federal Bank, F.S. B | Payment of Rent Collected and turned over to Secured Creditor | 4110-000 | | 2,080.00 | 5,455.90 |
| 12/19/05 | 1002 | Sauk Valley Bank & Trust Co. | Payment of Rent collected and turned over to Secured Creditor | 4110-000 | | 4,355.00 | 1,100.90 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 3.29 | | 1,104.19 |
| 01/31/06 | {46} | Joseph Rivera | Rent for Pat Whitmer | 1222-000 | 225.00 | | 1,329.19 |
| 01/31/06 | {46} | Linda Beck | Rent | 1222-000 | 400.00 | | 1,729.19 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 1.85 | | 1,731.04 |

Subtotals :  $8,166.04   $6,435.00

{} Asset reference(s)

Printed: 08/02/2011 12:10 PM     V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-77123 | | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|---|
| Case Name: | MILLER, MARCIA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****06-65 - Money Market Account |
| Taxpayer ID #: | **-***4469 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/02/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/09/06 | {46} | Mary H. Musyl | Rent for Robert Ditsworth | 1222-000 | 300.00 | | 2,031.04 |
| 02/09/06 | 1003 | First Glass | Payment for parts and labor to board up commercial door opening at Days Inn | 2420-000 | | 151.60 | 1,879.44 |
| 02/13/06 | {46} | Linda Beck | Rent | 1222-000 | 400.00 | | 2,279.44 |
| 02/17/06 | {46} | JP MORGAN CHASE BANK | NSF- check #1406 by Mary H. Musyl returned for non sufficient funds | 1222-000 | -300.00 | | 1,979.44 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 1.01 | | 1,980.45 |
| 03/15/06 | {46} | Linda Beck | Rent | 1222-000 | 400.00 | | 2,380.45 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 1.29 | | 2,381.74 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.51 | | 2,383.25 |
| 05/19/06 | {20} | American Auction Associates, Inc. | Gross Auction Proceeds from Sale of Hotel (Furniture and Equipment) | 1110-000 | 34,800.00 | | 37,183.25 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 8.49 | | 37,191.74 |
| 06/21/06 | 1004 | American Auction Associates, Inc. | Payment for Expenses per court order of 06/19/2006 | 3620-000 | | 12,647.66 | 24,544.08 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 24.46 | | 24,568.54 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 20.03 | | 24,588.57 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 16.71 | | 24,605.28 |
| 09/14/06 | {46} | Linda Beck | Rent payment | 1222-000 | 400.00 | | 25,005.28 |
| 09/14/06 | {46} | Linda Beck | Rent payment | 1222-000 | 400.00 | | 25,405.28 |
| 09/14/06 | {46} | Linda Beck | Rent payment | 1222-000 | 400.00 | | 25,805.28 |
| 09/14/06 | {46} | Linda Beck | Rent payment | 1222-000 | 400.00 | | 26,205.28 |
| 09/14/06 | {46} | Linda Beck | Rent payment | 1222-000 | 400.00 | | 26,605.28 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 16.16 | | 26,621.44 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 18.66 | | 26,640.10 |
| 11/02/06 | 1005 | Ed's Heating, A/C, PLB, EL Inc | Payment for Invoice # 48626, Service call for Basement Floor Backed up with Sewage. | 2420-000 | | 60.00 | 26,580.10 |
| 11/13/06 | {46} | Linda L. Beck | Rent payment | 1222-000 | 400.00 | | 26,980.10 |
| 11/13/06 | 1006 | H & H Sewer & Drain Cleaning Service | Payment for Invoice dated 10/31/2006 at 425 Rockwell | 2420-000 | | 175.00 | 26,805.10 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 17.61 | | 26,822.71 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 17.04 | | 26,839.75 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 17.89 | | 26,857.64 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 13.38 | | 26,871.02 |
| 03/01/07 | 1007 | BRADLEY J. WALLER | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-77123<br>Voided on 03/01/07 | 2300-000 | | ! 19.12 | 26,851.90 |

Subtotals :    $38,174.24    $13,053.38

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 08/02/2011 12:10 PM    V.12.57

Exhibit 9

## FORM 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 05-77123 | | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|---|
| Case Name: | MILLER, MARCIA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****06-65 - Money Market Account |
| Taxpayer ID #: | **-***4469 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/02/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/01/07 | 1007 | BRADLEY J. WALLER | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-77123<br>Voided: check issued on 03/01/07 | 2300-000 | | ! -19.12 | 26,871.02 |
| 03/01/07 | 1008 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-77123 | 2300-000 | | 19.12 | 26,851.90 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.34 | | 26,866.24 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.82 | | 26,881.06 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.83 | | 26,895.89 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.88 | | 26,909.77 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.32 | | 26,925.09 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.85 | | 26,939.94 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.42 | | 26,953.36 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.83 | | 26,969.19 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.03 | | 26,983.22 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 13.74 | | 26,996.96 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 12.34 | | 27,009.30 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.54 | | 27,014.84 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.01 | | 27,019.85 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.76 | | 27,023.61 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.38 | | 27,026.99 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.43 | | 27,030.42 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.43 | | 27,033.85 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.21 | | 27,037.06 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.54 | | 27,040.60 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.94 | | 27,043.54 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.12 | | 27,045.66 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.91 | | 27,047.57 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 27,048.67 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.03 | | 27,049.70 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 27,050.87 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 27,051.97 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 27,053.03 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 27,054.20 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 27,055.34 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 27,056.48 |

Subtotals :   $204.58   $0.00

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 08/02/2011 12:10 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05-77123  
**Case Name:** MILLER, MARCIA  

**Trustee:** BRADLEY J. WALLER (330501)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****06-65 - Money Market Account  

**Taxpayer ID #:** **-***4469  
**Period Ending:** 08/02/11  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 27,057.58 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 27,058.68 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 27,059.82 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 27,060.96 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 27,062.02 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.03 | | 27,063.05 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 27,064.26 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.18 | | 27,064.44 |
| 04/06/10 | | Wire out to BNYM account 9200******0665 | Wire out to BNYM account 9200******0665 | 9999-000 | -27,064.44 | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 19,488.38 | 19,488.38 | $0.00 |
| Less: Bank Transfers | -27,064.44 | 0.00 | |
| **Subtotal** | 46,552.82 | 19,488.38 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$46,552.82** | **$19,488.38** | |

{} Asset reference(s)

Printed: 08/02/2011 12:10 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 05-77123 | | Trustee: | BRADLEY J. WALLER (330501) |
| --- | --- | --- | --- | --- |
| Case Name: | MILLER, MARCIA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******06-65 - Money Market Account |
| Taxpayer ID #: | **-***4469 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/02/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0665 | Wire in from JPMorgan Chase Bank, N.A. account ********0665 | 9999-000 | 27,064.44 | | 27,064.44 |
| 04/21/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.77 | | 27,065.21 |
| 04/21/10 | | To Account #9200******0666 | | 9999-000 | | 27,065.21 | 0.00 |
| | | | ACCOUNT TOTALS | | 27,065.21 | 27,065.21 | $0.00 |
| | | | Less: Bank Transfers | | 27,064.44 | 27,065.21 | |
| | | | Subtotal | | 0.77 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.77** | **$0.00** | |

{} Asset reference(s)                                                                                            Printed: 08/02/2011 12:10 PM        V.12.57

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 05-77123  
**Case Name:** MILLER, MARCIA  
**Taxpayer ID #:** **-***4469  
**Period Ending:** 08/02/11

**Trustee:** BRADLEY J. WALLER (330501)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/10 | | From Account #9200******0665 | | 9999-000 | 27,065.21 | | 27,065.21 |
| 01/19/11 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $5,405.36, Trustee Compensation;  Reference: | 2100-000 | | 5,405.36 | 21,659.85 |
| 01/19/11 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $275.00, Trustee Expenses;  Reference: | 2200-000 | | 275.00 | 21,384.85 |
| 01/19/11 | 103 | CLERK OF THE UNITED STATES BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 21,134.85 |
| 01/19/11 | 104 | LEE G. SCHWENDNER, CPA | Dividend paid 100.00% on $2,250.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,250.00 | 18,884.85 |
| 01/19/11 | 105 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $371.50; Filed: $0.00 for Federal W/H<br>Voided on 04/25/11 | 5300-000 | | 371.50 | 18,513.35 |
| 01/19/11 | 106 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $115.17; Filed: $0.00 for FICA<br>Voided on 04/25/11 | 5300-000 | | 115.17 | 18,398.18 |
| 01/19/11 | 107 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $26.92; Filed: $0.00 for Medicare<br>Voided on 04/25/11 | 5300-000 | | 26.92 | 18,371.26 |
| 01/19/11 | 108 | Frances L. DeShane | Dividend paid 100.00% on $248.88; Claim# 7; Filed: $344.00; Reference: | 5300-000 | | 248.88 | 18,122.38 |
| 01/19/11 | 109 | Ronald A. Stetter | Dividend paid 100.00% on $252.14; Claim# 12; Filed: $348.50; Reference: | 5300-000 | | 252.14 | 17,870.24 |
| 01/19/11 | 110 | Marilyn Curran | Dividend paid 100.00% on $140.36; Claim# 43; Filed: $194.00; Reference: | 5300-000 | | 140.36 | 17,729.88 |
| 01/19/11 | 111 | Emily Juchinski | Dividend paid 100.00% on $124.45; Claim# 47; Filed: $172.00; Reference: | 5300-000 | | 124.45 | 17,605.43 |
| 01/19/11 | 112 | Ashley Theobald | Dividend paid 100.00% on $202.58; Claim# 52; Filed: $280.00; Reference: | 5300-000 | | 202.58 | 17,402.85 |
| 01/19/11 | 113 | Diana Loerzeh | Dividend paid 100.00% on $228.63; Claim# 53; Filed: $316.00; Reference: | 5300-000 | | 228.63 | 17,174.22 |
| 01/19/11 | 114 | Robert DeShane | Dividend paid 100.00% on $146.87; Claim# 58; Filed: $203.00; Reference: | 5300-000 | | 146.87 | 17,027.35 |
| 01/19/11 | 115 | INTERNAL REVENUE SERVICE | Dividend paid 47.41% on $115.17; Filed: $0.00 for FICA<br>Voided on 04/25/11 | 5800-000 | | 54.61 | 16,972.74 |
| 01/19/11 | 116 | INTERNAL REVENUE SERVICE | Dividend paid 47.41% on $26.92; Filed: $0.00 for Medicare | 5800-000 | | 12.76 | 16,959.98 |

Subtotals : $27,065.21    $10,105.23

{} Asset reference(s)

Printed: 08/02/2011 12:10 PM    V.12.57

Exhibit 9

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

**Case Number:** 05-77123  
**Case Name:** MILLER, MARCIA  
**Taxpayer ID #:** **-***4469  
**Period Ending:** 08/02/11

**Trustee:** BRADLEY J. WALLER (330501)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 04/25/11 | | | | |
| 01/19/11 | 117 | INTERNAL REVENUE SERVICE | Dividend paid 47.41% on $37.15; Filed: $0.00 for FUTA<br>Voided on 04/25/11 | 5800-000 | | 17.62 | 16,942.36 |
| 01/19/11 | 118 | INTERNAL REVENUE SERVICE | Dividend paid 47.41% on $37.15; Filed: $0.00 for SUTA<br>Voided on 04/25/11 | 5800-000 | | 17.62 | 16,924.74 |
| 01/19/11 | 119 | Illinois Department of Revenue | Dividend paid 47.41% on $10,000.00; Claim# 14; Filed: $10,000.00; Reference: | 5800-000 | | 4,741.68 | 12,183.06 |
| 01/19/11 | 120 | Internal Revenue Service | Dividend paid 47.41% on $400.00; Claim# 59S; Filed: $400.00; Reference: | 5800-000 | | 189.67 | 11,993.39 |
| 01/19/11 | 121 | IL Dept of Employment Security | Dividend paid 47.41% on $13,434.28; Claim# 82P; Filed: $13,434.28; Reference: | 5800-000 | | 6,370.10 | 5,623.29 |
| 01/19/11 | 122 | IL Dept of Employment Security | Dividend paid 47.41% on $11,859.29; Claim# 83P; Filed: $11,859.29; Reference: | 5800-000 | | 5,623.29 | 0.00 |
| 04/25/11 | 105 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $371.50; Filed: $0.00 for Federal W/H<br>Voided: check issued on 01/19/11 | 5300-000 | | -371.50 | 371.50 |
| 04/25/11 | 106 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $115.17; Filed: $0.00 for FICA<br>Voided: check issued on 01/19/11 | 5300-000 | | -115.17 | 486.67 |
| 04/25/11 | 107 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $26.92; Filed: $0.00 for Medicare<br>Voided: check issued on 01/19/11 | 5300-000 | | -26.92 | 513.59 |
| 04/25/11 | 115 | INTERNAL REVENUE SERVICE | Dividend paid 47.41% on $115.17; Filed: $0.00 for FICA<br>Voided: check issued on 01/19/11 | 5800-000 | | -54.61 | 568.20 |
| 04/25/11 | 116 | INTERNAL REVENUE SERVICE | Dividend paid 47.41% on $26.92; Filed: $0.00 for Medicare<br>Voided: check issued on 01/19/11 | 5800-000 | | -12.76 | 580.96 |
| 04/25/11 | 117 | INTERNAL REVENUE SERVICE | Dividend paid 47.41% on $37.15; Filed: $0.00 for FUTA<br>Voided: check issued on 01/19/11 | 5800-000 | | -17.62 | 598.58 |
| 04/25/11 | 118 | INTERNAL REVENUE SERVICE | Dividend paid 47.41% on $37.15; Filed: $0.00 for SUTA<br>Voided: check issued on 01/19/11 | 5800-000 | | -17.62 | 616.20 |
| 04/25/11 | 123 | U.S. Bankruptcy Clerk | REISSUED CHECK FROM STALE CHECK PROCESSING<br>Voided on 04/25/11 | 5300-001 | | ! 616.20 | 0.00 |

Subtotals :   $0.00   $16,959.98

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 08/02/2011 12:10 PM   V.12.57

## Form 2

Page: 8

### Cash Receipts And Disbursements Record

**Case Number:** 05-77123  
**Case Name:** MILLER, MARCIA  

**Taxpayer ID #:** **-***4469  
**Period Ending:** 08/02/11  

**Trustee:** BRADLEY J. WALLER (330501)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/25/11 | 123 | U.S. Bankruptcy Clerk | REISSUED CHECK FROM STALE CHECK PROCESSING<br>Voided: check issued on 04/25/11 | 5300-001 | | ! -616.20 | 616.20 |
| 04/25/11 | 124 | Internal Revenue Service | Dividend paid 100% on $371.50; Filed 0.00 for Federal W/H | 5800-000 | | 371.50 | 244.70 |
| 04/25/11 | 125 | Internal Revenue Service | Dividend paid 100.00% on $26.92; filed $0.00 for Medicare | 5800-000 | | 26.92 | 217.78 |
| 04/25/11 | 126 | Internal Revenue Service | Dividend paid $100% on $115.17; filed 0.00 for FICA | 5800-000 | | 115.17 | 102.61 |
| 04/25/11 | 127 | Internal Revenue Service | Dividend paid 47.41% on $115.17; filed $0.00 for FICA | 5800-000 | | 54.61 | 48.00 |
| 04/25/11 | 128 | Internal Revenue Service | Divident paid 47.41% on $26.92; filed $0.00 for Medicare | 5800-000 | | 12.76 | 35.24 |
| 04/25/11 | 129 | Internal Revenue Service | Dividend paid 47.41% on $37.15; filed $10.00 for FUTA | 5800-000 | | 17.62 | 17.62 |
| 04/25/11 | 130 | Internal Revenue Service | Divident paid 47.41% on $37.15; filed $0.00 for SUTA | 5800-000 | | 17.62 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 27,065.21 | 27,065.21 | $0.00 |
| Less: Bank Transfers | 27,065.21 | 0.00 | |
| **Subtotal** | 0.00 | 27,065.21 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$27,065.21** | |

Net Receipts :   46,553.59  
Net Estate :   $46,553.59

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****06-65** | 46,552.82 | 19,488.38 | 0.00 |
| **MMA # 9200-******06-65** | 0.77 | 0.00 | 0.00 |
| **Checking # 9200-******06-66** | 0.00 | 27,065.21 | 0.00 |
| | **$46,553.59** | **$46,553.59** | **$0.00** |